O5CV-13-245

IN THE CIRCUIT COURT OF BOONE COUNTY
STATE OF ARKANSAS

Jerry and Terry Miller,                                                                    Plaintiffs

VS.          Case No.: O5CV-13-245-3      JURY TRIAL DEMANDED

Johnstone Supply, Inc., and
Omega Flex, Inc.,                                                                          Defendants

## COMPLAINT

The Plaintiffs, Jerry and Terry Miller, for cause of action against Defendants, Johnstone Supply, Inc. (Johnstone Supply), and Omega Flex, Inc. (Omega Flex), allege:

I.

At all times herein, the Plaintiffs, Jerry and Terry Miller, were residents of Boone County, Arkansas and the owners of the residence with a mailing address of 2898 Eagle Ridge Rd., Protem, Missouri.

II.

The Defendant, Johnstone Supply, is a foreign corporation, domiciled in the State of Oregon, and conducting business in the State of Arkansas.

III.

The Defendant, Omega Flex, is a foreign corporation, domiciled in the State of Pennsylvania, and conducting business in the State of Arkansas.

IV.

On September 7, 2012, the Plaintiffs' home, located in Boone County, Arkansas with a mailing address of 2898 Eagle Ridge Rd, Protem, Missouri, was damaged by an



explosion and subsequent fire after a lightning strike. The explosion and fire caused extensive damage to the structure and personal property of the Plainitffs'.

V.

The explosion, fire, and resulting damage were caused by the failure of flexible gas piping/corrugated stainless steel tubing (CSST). The CSST was installed in the Plaintiffs' home as part of the gas distribution system.

VI.

The Defendant, Omega Flex, designed, manufactured, and placed the CSST in the stream of commerce.

VII.

The Defendant, Johnstone Supply, sold the CSST to the Plaintiffs. The Plaintiffs then installed the CSST purchased from Johnstone Supply into their home.

VIII.

The CSST was defective at the time it left the control of the Defendants, Omega Flex and Johnstone Supply, and each of them. The defect made the product unreasonably dangerous. The Plaintiffs were reasonably anticipated consumers of corrugated stainless steel tubing.

IX.

The Defendants, Omega Flex and Johnstone Supply, and each of them, failed to advise the Plaintiffs of the need to properly bond the CSST. Defendants, Omega Flex and Johnstone Supply, and each of them, failed to warn the Plaintiffs of the unreasonably

dangerous nature of the CSST.

X

The defect in the corrugated stainless steel tubing was the proximate cause of the explosion, fire and the Plaintiffs' damages.

XI.

As a result of the acts of the Defendants, and each of them, the Plaintiffs' home and personal property sustained extensive damage.

XII.

The acts of Omega Flex were intentional and malicious, by reason of which Plaintiffs seek punitive damages.

WHEREFORE, Plaintiffs seek actual damages in an amount in excess of Seventy Five Thousand Dollars ($75,000), and punitive damages in an amount in excess of Seventy Five Thousand Dollars ($75,000). The Plaintiffs further seek recovery of attorney fees, costs, and any and such other relief as the Court may deem just and proper.

**CATHCART & DOOLEY**

_/s/ J. Wilson_
Jarrett A. Wilson, Arkansas Bar No. 13069
2807 Classen Boulevard
Oklahoma City, Oklahoma 73106
Phone: 405/524-1110; Fax: 405/524-4143
jwilson@cathcartdooley.com