**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

JERRY and TERRY MILLER PLAINTIFFS

VS.

CASE NO. 14-3007

JOHNSTONE SUPPLY, INC. and
OMEGA FLEX, INC. DEFENDANTS

**MOTION FOR SUMMARY JUDGMENT**

COME NOW the Defendants, Johnstone Supply, Inc., and Omega Flex, Inc., by and through their attorneys, Barber Law Firm PLLC, and for their Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, state:

1. Even viewing the facts in the light most favorable to the Plaintiffs, Jerry Miller and Terry Miller, there are no genuine issues of material fact presented in this litigation and Defendants are entitled to judgment as a matter of law.

2. The present lawsuit arises from a fire loss suffered at the Plaintiffs' residence located in Boone County, Arkansas, on or about September 7, 2012.

3. Plaintiffs allege the fire loss was the result of a nearby lightning strike. Plaintiffs further allege they had previously installed corrugated stainless steel tubing ("CSST") in their home prior to the fire loss which was manufactured and/or sold by Defendants, and that this CSST was defective at the time it left Defendants' control.

4. It is Plaintiffs' contention that the lightning strike caused the allegedly defective CSST to explode, and that Defendants had failed to warn Plaintiffs that the CSST should be properly grounded when installed in a residential home.

5. Defendants are entitled to judgment as a matter of law on Plaintiffs' causes of action for negligence and strict liability due to Plaintiffs' inability to prove the CSST was defective, which rendered it unreasonably dangerous at the time it left the hands of Defendants.

6. Plaintiffs have failed to reasonably identify the existence of any specific defect within the CSST, and Plaintiffs have not eliminated other possible causes for the fire loss.

7. Plaintiffs lack sufficient evidence to establish the fire loss would have still occurred had Plaintiffs appropriately grounded/bonded the CSST while it was being installed in their home. Plaintiffs are also incapable of eliminating other possible causes for the residential fire.

8. Consequently, Plaintiffs equally lack evidence establishing Defendants were a proximate cause of Plaintiffs' alleged damages. The undisputed facts reveal it was Plaintiffs' own acts or omissions which resulted in the fire loss.

9. In addition, Plaintiffs fail to sufficiently support their allegation Defendants did not provide adequate warning of the need to ground/bond the CSST once installed in Plaintiffs' home.

10. The undisputed facts reveal that ample warning of the need to ground/bond the CSST was provided in separate Defendant, Omega Flex, Inc.'s TracPipe Design and Installation Guide, but that Plaintiffs failed to heed this warning in that they chose to ignore the installation instructions while installing the CSST in their home. As such, any additional warnings provided by either Defendant would have been futile.

11. Therefore, Defendants are entitled to summary judgment on each of the causes of action contained in Plaintiffs' Complaint.

12. In further support of this Motion, the Defendants incorporate, as if set forth word-for-word herein, each of the Exhibits set forth in Defendants' Exhibit List, which is attached hereto.

13. A Statement of Undisputed Facts is also being filed contemporaneously herewith, pursuant to Local Rule 56.1, and is incorporated, as if set forth word-for-word herein.

14. Finally, a Brief in Support of this Motion is being filed contemporaneously herewith, and is likewise incorporated, as if set forth word-for-word herein.

WHEREFORE, the Defendants, Johnstone Supply, Inc., and Omega Flex, Inc., pray for judgment in their favor as a matter of law pursuant to Rule 56 of the Federal Rules of Civil Procedure, for their costs expended herein, and for all other just and proper relief to which they may be entitled.

Respectfully Submitted,

BARBER LAW FIRM PLLC
Attorneys for Johnstone Supply, Inc. and Omega Flex, Inc.
2700 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201-3414
(501)372-6175

By: /s/ Breana Ott Mackey
Breana Ott Mackey ARBIN14035
By: /s/ James D. Robertson
James D. Robertson ARBIN 95181

AND

THOMAS DEMICCO
Wilson, Elser, Moskowitz & Dicker, LLP
Attorneys for Omega Flex, Inc.
1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000
Thomas.demicco@wilsonelser.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2015, a copy of the foregoing pleading was forwarded via the ECF filing system to the following:

Jarrett A. Wilson
CATHCART & DOOLY
Attorneys for Plaintiffs
2807 Classen Boulevard
Oklahoma City, OK 73106
(405) 524-1110
jwilson@cathcartdooly.com

Thomas DeMicco
Wilson, Elser, Moskowitz & Dicker, LLP
Attorneys for Omega Flex, Inc.
1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000
Thomas.demicco@wilsonelser.com

By: /s/Breana Ott Mackey
Breana Ott Mackey