

# Miller v. Omega Flex

EXHIBIT "4"

Kaytomaa0001

# Miller v. Omega Flex

Prepared for

Thomas DeMicco
Wilson Elser Moskowitz Edelman & Dicker, LLP
1133 Westchester Avenue
White Plains, NY 10604

Prepared by

*[Signature: H. Kytömaa]*

*[Seal: State of Arkansas Licensed Professional Engineer, No. 16481, Harri K. Kytömaa]*

Harri Kytömaa, Ph.D., P.E.
Exponent, Inc.
9 Strathmore Rd.
Natick, MA 01760

January 26, 2015

1. CORROSION TESTING: Exponent evaluated the effects of TracPipe exposure to ferric chloride (a known corrosive to stainless steels) and water.  A detailed description of this testing can be found in Appendix F.

2. CSST AND BRANCH CIRCUIT WIRING IN A FIRE ENVIRONMENT: Exponent performed testing in which TracPipe was placed in close proximity to energized branch circuit wiring (under several different configurations) and then subjected to a fire environment. A detailed description of this testing can be found in Appendix G.

3. GAS JET IGNITION TESTS:  In these tests, the jacket of Omega Flex TracPipe was removed and holes of various sizes were drilled into the tubing wall.  The TracPipe was supplied with fuel gas at household line pressures and Exponent attempted to ignite the escaping gas to identify the conditions under which the gas jet would and would not ignite. Tests were performed without the presence of any obstruction in the vicinity of the gas jet and with an obstruction at various distances from the hole in the TracPipe. A detailed description of this testing can be found in Appendix H.

4. ARC IGNITION TESTING: Testing was also performed in which an arc was generated between a copper electrode and a section of TracPipe pressurized with fuel gas, with its yellow jacket present to determine under what conditions a hole could be formed, and if a hole formed, whether or not the escaping gas was ignited.  A detailed description of this testing can be found in Appendix H.

**Findings and opinions**

Based on my education, background, training, experience, testing, analysis and my review of the relevant materials, I offer the following opinions to a reasonable degree of engineering and scientific certainty.  My curriculum vitae, including a list of publications, are provided in Appendix C.  If additional information becomes available, I reserve the right to modify or amend these findings:

1. TracPipe is a safe and effective product for distributing fuel gas throughout a residence when it is installed and maintained in accordance with the manufacturer's instructions as provided in the Omega Flex TracPipe Flexible Gas Piping Design Guide and Installation Instructions (D&I Guide).

January 26, 2015

2. A TracPipe gas distribution system in a home is less prone to leaks than black iron pipe gas distribution systems. This is because black iron pipe requires more fittings than TracPipe.

3. TracPipe is more flexible than black iron pipe and therefore is less susceptible to damage than black iron pipe during acts of nature such as earthquakes, ground swell, sink holes, tornados, landslides, floods, and hurricanes that may cause structural damage to a residence.

4. Lightning can enter a home due to direct or indirect lightning strikes, often through metallic roof penetrations, metal roofs, the household electrical system, or other utilities.

5. A lightning event is considered to be highly unlikely by standards organizations. For this reason, protection against lightning is not required by most building codes.

6. Direct bonding of TracPipe, as prescribed by the Omega Flex D&I Guide, is necessary to significantly reduce the likelihood of arcing between TracPipe and another conductor such as a metal duct, water pipe, or branch circuit wiring in the event of a lightning strike.

7. The requirements for direct bonding of TracPipe to a grounding electrode are clearly described in the Omega Flex D&I Guide. If an installer is not sure of the requirements, the installer should contact the manufacturer for clarification prior to putting the gas system into service.

8. ANSI LC-1 requires the manufacturer's installation instructions to include a warning stating that the manufacturer's instructions must be followed during installation. The TracPipe D&I Guide contains such a warning. The standard also requires installers in the United States to be trained by the manufacturer prior to installing their product.

Rev. 9-10-2014

TracPipe is a brand of Corrugated Stainless Steel Tubing (CSST). CSST is commonly used in residences to distribute fuel gas (either natural gas or propane) throughout the structure. CSST is often used either in conjunction with or in place of traditional black iron pipe. Black iron pipe, unlike CSST, must be installed in straight rigid lengths connected by multiple threaded fittings to change directions as the pipe is routed through walls, ceilings, and crawlspaces.

## Safety of CSST

Since CSST is flexible, its installation only requires fittings at junctions and at connections to appliances. Thus the installation of CSST requires many fewer fittings than the installation of black iron pipe for a similar household configuration. This makes a CSST system less expensive to install than a black iron pipe system, and less prone to leaks. Gas leaks can occur at a fitting due to the fitting not being properly tightened, or to the fitting loosening over time, and are a common safety hazard in homes with gas service. CSST reduces the risk of gas leaks (due to the reduced number of fittings) and thus is a safer alternative than black iron pipe.

CSST also provides additional safety over black iron pipe in resisting damage from acts of nature, such as earthquakes, tornadoes, landslides, floods and hurricanes. Any event that causes a shift in the house foundation and/or structure may cause relative movement of two ends of a gas line. If that gas line is CSST, the inherent flexibility of CSST can accommodate considerable movement without damage. If however, the gas line is black iron pipe, the pipe may break due to the stresses induced by the movement of the structure.[1]

CSST products are listed by Underwriters' Laboratories (UL) and have been independently tested and found to be suitable for the distribution of fuel gas within a structure in accordance with ANSI LC-1/CSA 6.26 Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST). In addition, CSST is required to be installed only by a qualified installer who has passed the manufacturer's certification/training program.[2]

---

[1] *Testing to Compare the Seismic Response of TracPipe Flexible Gas Piping (CSST) with Black Steel Piping Systems Under Simulated Earthquake Induced Motions.* Report to Omega Flex 11/11/1998

[2] ANSI LC-1/CGA 6.26-2005 Standard for Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST) Exhibit B: Items Unique to the United States, section B.1

1199999.000 - 3885

EXHIBIT "4"

Kaytomaa0070