IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JERRY and TERRY MILLER                                              PLAINTIFFS

VS.                                    CASE NO. 14-3007

JOHNSTONE SUPPLY, INC. and
OMEGA FLEX, INC.                                                    DEFENDANTS

**AFFIDAVIT OF HARRI KYTÖMAA, Ph.D., P.E.**

STATE OF Massachusetts )
                              ) ss.
COUNTY OF Middlesex     )

     I, Harri Kytömaa, having been duly sworn do hereby state on oath:

     1.    I, Harri Kytömaa, am of sound mind and am over the age of 18.  I am competent to make this statement under oath.

     **2.**    Currently, I am Corporate Vice President and Practice Director of the Thermal Sciences practice at Exponent, Inc. I am an expert in the field of mechanical engineering and the analysis of thermal flow processes. A copy of my curriculum vitae is attached hereto as **Exhibit A.**

     3.    I have authored two reports in this matter, dated January 26, 2015 and February 27, 2015, which provide my analysis and findings and which are attached hereto as **Exhibits B and C.** I have been asked to review the reports and deposition testimony of Dr. Robert Durham and Mr. William Coleman in this matter. My observations and conclusions based upon my specialized knowledge, training, skill, experience, and education are as follows:

**I.    Lightning strike energy at the tree vs. entering the house**

     1.    In his deposition, Dr. Durham stated that the "vast majority of the energy that was available from the lightning event was available on the gas system."[1] Dr. Durham has presented no analysis, testing, or peer-reviewed literature to support his opinion either in his deposition or in his report.

---

[1] Deposition of Robert Durham, Ph.D. March 24, 2015. Page 51.

5517312v.1

EXHIBIT "22"

2.    When lightning strikes a tree it is conducted down the tree to the earth, which raises the electrical potential (i.e. the voltage) of the earth at the base of the tree. Electrical current will then flow through the earth in all directions seeking areas of lower electrical potential. This concept is explained in a publication by Kraft and Torbin which states: "lightning will use all available paths to disperse this electrical energy to neutral earth."[2] This concept is also explained in a publication by Dr. Durham, which states: "[w]hen a cloud does discharge, the point of impact of lightning will be the center of a wave that is dissipating into the ground. The wave appears to be circular rings around the point of impact. These waves move outward much like ripples of water."[3]

3.    At the Miller home, some fraction of the electrical current at the tree could have been conducted to the underground storage tank and into the house on the underground gas pipe. However, since lightning current would have been conducted in all directions away from the tree (through tree roots and soil) only a small fraction of the electrical current would have reached the storage tank and underground piping. Dr. Durham has no basis to conclude that the "vast majority" of the energy deposited on the tree would have reached the gas system.

## II.    Multi-stroke flashes

4.    On page 52 of his deposition, Dr. Durham states that all three lightning strokes recorded within one-tenth of a mile from the Miller residence, which make up a multi-stroke flash, struck the same tree near the Miller residence. As a basis for this opinion, Dr. Durham relies on a 1977 NASA publication.[4] The publication focuses on lightning protection of aircraft and only has a short section on lightning characteristics. The only section in the publication that addresses the formation of subsequent lightning strokes in a multi-stroke flash is on page 18 which states: "[t]he restrike starts with additional charge being lowered from the cloud to form a new leader, or, more properly, to recharge the central portion of the old leader."[5] This section describes how a subsequent stroke in a multi-stroke flash can develop, i.e. recharging the central portion of the previous stroke, but does not state that all strokes in a multi-stroke flash attach to the same location—as claimed by Dr. Durham in his deposition.

5.    More recent lightning publications clearly show that subsequent strokes in a multi-stroke flash do not necessarily follow the same path to ground. A 2003 lightning textbook by Rakov and Uman states that: "one-half the negative cloud-to-ground flashes create more than one termination on ground."[6] A peer-reviewed journal publication by Rakov, Uman, and Thottappillil states that "an unalterable path to ground in a given flash is apparently established

---

[2] Kraft, B. and Torbin, R. Effectiveness of direct bonding of gas piping in mitigating damage from an indirect lightning flash. August 2007. Page 5.

[3] Durham, M.O. and Durham, R.A. Lightning, grounding, and protection for control systems. *IEEE Transactions on Industry Applications.* Vol. 31. No. 1. Jan/Feb 1995. Page 47.

[4] Deposition of Robert Durham, Ph.D. March 24, 2015. Page 54. The NASA publication is Reference #41 in Dr. Durham's report.

[5] Fisher, F.A. and Plumer, J.A. *Lighting Protection of Aircraft.* NASA Reference Publication 1008. 1977.

[6] Rakov, V.A. and Uman, M.A. *Lightning Physics and Effects.* Cambridge University Press. 2003. Page 114.

5517312v.1

EXHIBIT "22"

only after at least four consecutive strokes have participated in channel conditioning."[7] Dr. Durham's basis for his opinion that all three lightning strokes hit the same tree is not sufficient, and in addition, more recent publications show that his opinion is unfounded and speculative.

### III.     Possibility of a lighting strike to the structure

6.      A possible cause of the fire at the Miller home is a direct lightning strike to the structure igniting a fire. Dr. Durham claims to have ruled out this possibility for two reasons (1) "had we had a lightning strike attached directly to the structure and caused a fire, we would have had indications of a fire event occurring prior to the explosion that occurred,"[8] and (2) "the characteristics of lightning, the direction of the storm movement, the position of the tree at the residence all lead us to believe that it is unlikely that there was an attachment to the house".[9] Durham's first reason is incorrect. There was evidence of a fire event prior to the explosion. His second reason is without basis. Dr. Durham does not provide any analysis or reference to peer-reviewed literature to show that "the characteristics of lightning, the direction of the storm movement, and the position of the tree" support a conclusion that lightning did not attach to the house. Lightning regularly attaches to roofs of houses. If the lightning strike that hit the tree was part of a multi-stroke flash, it is certainly plausible that one of the strokes attached to the house.

### IV.     Lightning Waveform

7.      On page 97 of his deposition, Dr. Durham addresses lightning calculations that I performed in my original report (dated January 26, 2015). Dr. Durham stated that: "he [Dr. Kytömaa] talks about a typical lightning current waveform of 10 by 50 microseconds, and the fact that a 27.5 kA strike was capable of depositing 1.7 coulombs charge on a tree. 10 by 50 is not a typical lightning waveform, so I'm not sure where he came up with that, and 1.7 coulombs is significantly less than the actual charge that was available from the event." I clearly stated in my January 26, 2015 report my basis for a 10x50 waveform. Footnote 39 on page 35 of my report states: "a 10x50 µs [microsecond] waveform approximates the duration of a median waveform for negative strokes. See IEC Standard IEC62305-1 Protection Against Lighting (2006) Appendix A." Identical data to the IEC standard can also be found in the lighting textbook by Rakov and Uman.[10]

8.      In his report, Dr. Durham provides two waveforms that he describes as "a typical lightning signal for a single discharge": a 1.2 x 50 µs waveform and an 8 x20 µs.[11] Dr. Durham also states that "the bulk of the energy…can be roughly defined by a 20 µs square wave. A 20 µs square wave with a peak current of 27.5 kA, gives a charge transfer of 0.6 coulombs. This means that Dr. Durham's method to calculate the total charge yields a total charge of 0.6 C which is less

---

[7] Rakov, V.A., Uman, M.A., and Thottappillil, R. Review of lightning properties from electric field and TV observations. *Journal of Geophysical Research.* Vol. 99, No. D5. Page 10747.
[8] Deposition of Robert Durham, Ph.D. March 24, 2015. Page 60.
[9] Deposition of Robert Durham, Ph.D. March 24, 2015. Page 61.
[10] Rakov, V.A. and Uman, M.A. *Lightning Physics and Effects.* Cambridge University Press. 2003. Page 146.
[11] Report of Robert A. Durham. January 26, 2015. Page 35. Paragraph 14.

5517312v.1

EXHIBIT "22"

than the value of 1.7 C that I calculated. The consequence of Dr. Durham's analysis is that the total charge available from the most energetic lightning return stroke to the Miller home is even less than I represented in my report.

## V.      Energy needed to form a hole in CSST

9.      Dr. Durham calculates the energy needed to melt a hole in CSST equal to the size of the hole observed in the Miller home. In his January 26, 2015 report, Dr. Durham calculates this energy to be 32 J.[12] When the errors in his calculation are corrected, the value is 10 J.[13] Dr. Durham applies a correct thermodynamic energy equation; however, his calculation only accounts for the amount of energy needed to heat up and melt 5 square millimeters of stainless steel (i.e. the exact size of the hole). His calculation ignores all the other effects an electrical arc would have that would require additional energy. Specifically, Dr. Durham's calculation ignores at least the following effects:

- The molten metal would have been heated above the melting temperature. This would require additional energy.
- Some of the metal may have been vaporized. This would require additional energy to heat the molten metal up to the boiling point and then even more energy to vaporize the metal.
- A larger area of steel was melted than just the 5 square millimeters size of the hole. There is additional molten and solidified metal around the hole, as can be seen clearly from the metallurgical inspection. Additional energy would have been needed to melt this additional metal.
- To melt the steel at the hole, the arcing event would also have heated up the metal just outside the melt region. Dr. Durham's calculation assumes that all the metal other than the 5 square millimeters remained at room temperature.
- Additional energy would be needed to heat, melt, and potentially vaporize metal of the opposing electrode for the arcing event. Dr. Durham does not identify the opposing electrode or determine how much melting occurred at the opposing electrode.
- Additional energy would have been dissipated in the form of resistive heating along the entire path of the electrical discharge including the electrical arc path through the air, and the path through all conductive materials such as metals.

10.      Because of all these mechanisms of energy dissipation, only a very small fraction of the total energy of the event would have been available to form the hole.  For this reason, an arcing event which dissipated only 10 J could not have created a hole of the size seen at the Miller home. Dr. Durham has not performed any experimentation or simulation regarding what arcing energy is needed to form a hole in CSST of a particular size (or to form a hole at all), nor has he cited any experimentation performed by others. Dr. Durham has no idea how much arcing

---

[12] Report of Robert A. Durham. January 26, 2015. Page 50-51. Paragraph 28.
[13] The corrections to Dr. Durham's calculation are described in my report dated February 27, 2015.

5517312v.1

EXHIBIT "22"

energy would have been needed to form the hole in the Miller home because he cannot account for any of the multiple additional factors described above.

11.    The analysis presented in my report relies on experimental measurements of the charge transfer needed to make holes of different sizes as published by Hagenguth.[14,15] The results from Hagenguth are also consistent with testing performed by Boeing[16] and by the Gas Technology Institute[17], and with Exponent's own testing, described in my original report (dated January 26, 2015) and in a recent publication[18].

## VI.    Metallurgical features of the hole

12.    Mr. Coleman claims that the CSST in the Miller home did not arc with a branch circuit wire.[19] His basis for this conclusion is that he did not observe significant copper around the hole in the CSST and his expectation is that if CSST arced with a copper branch circuit wire there would be some transfer of copper to the CSST.[20]

13.    Mr. Coleman admits in his deposition that he has not performed any testing involving electrical arcing between CSST and a branch circuit wire.[21] He also does not cite any peer-reviewed literature by others who have done such testing. I have performed such testing, as described in my original report. Through that testing I demonstrated that transfer of copper does not always occur, contrary to Mr. Coleman's opinion. Mr. Coleman states in his deposition that he has no criticisms of the methodology I used.[22] Instead, regarding the testing he states that: "I don't believe that's consistent with what we have in this case or in other cases."[23] I agree that my test results are not consistent with Mr. Coleman's opinion of "what we have in this case". However, my testing is entirely consistent with my own opinion regarding what occurred: the CSST arced with a branch circuit wire during the fire. Mr. Coleman has no basis for his opinion that the CSST did not arc with a branch circuit wire.

14.    Relevant portions of literature referenced herein are attached hereto as **Exhibit D**.

---

[14] McEachron, K.B., Hagenguth, J.H. Effect of Lightning on Thin Metal Surfaces. AIEE Transactions. Vol 61. August, 1942.
[15] Hagenguth, J. H. Lightning Stroke Damage to Aircraft. AIEE Transactions. 1949, volume 68.
[16] Brick, R.O. A Method for Establishing Lightning Resistance / Skin-Thickness Requirements for Aircraft. Technical Report AFAL-TR-68-290, Part II. Lightning and Static Electricity Conference, 3-5 December 1968.
[17] Hammerschmidt, A. "Validation of Installation Methods for CSST Gas Piping to Mitigate Indirect Lightning Related Damage." Final Report. Gas Technology Institute. September 5, 2013.
[18] Morse, T., Ellison, A., Kytömaa, H. "Electrical Fault Damage to Corrugated Stainless Steel Tubing in a House Fire." International Symposium on Fire Investigation Science & Technology. Baltimore, MD. October 2014
[19] Report of William Coleman. January 26, 2015. Page 5.
[20] Deposition of William Coleman. March 9, 2015. Pages 22, 74
[21] Deposition of William Coleman. March 9, 2015. Page 25.
[22] Deposition of William Coleman. March 9, 2015. Page 103.
[23] Deposition of William Coleman. March 9, 2015. Page 103.

5517312v.1

EXHIBIT "22"

Further Affiant Sayeth not.

_____

**Harri Kytömaa, Ph.D., P.E.**

May 8, 2015.

**Date**

On this _8th_ day of ___May_____, 2015 before me a Notary Public, duly commissioned, qualified, acting within and for said County and State, appeared in person the within named **Harri Kytömaa**, to me personally well-known, and states on oath the facts, circumstances, information, and opinions set forth herein are true and correct to the best of his information, knowledge, and belief.

_____
Notary Public

_____
Print Name of Notary Public

My Commission Expires:

_August 20, 2015_____



5517312v.1

EXHIBIT "22"



Exponent
9 Strathmore Road
Natick, MA 01760

telephone 508-652-8500
facsimile 508-652-8599
www.exponent.com

## Harri K. Kytömaa, Ph.D., P.E., CFEI
**Corporate Vice President**

**Professional Profile**

Dr. Harri Kytömaa is a Corporate Vice President and Director of the Thermal Sciences practice, specializing in mechanical engineering and the analysis of thermal and flow processes. Dr. Kytömaa applies his expertise to the investigation and prevention of failures in mechanical systems, including CO formation in combustion equipment and its migration. He also investigates fires and explosions, and the determination of their cause and origin. Dr. Kytömaa investigates such failures in aircraft, motor vehicles, marine facilities, processing and manufacturing plants, and office and residential occupancies. He has provided consultation to the power generation, oil and gas, and chemical industries. Dr. Kytömaa's project experience includes turbines, compressors, boilers, steam generators, pneumatic and hydraulic systems, instrumentation, nuclear waste management, heat transfer systems, liquid and gas fuel distribution, delivery and storage systems and cryogenic facilities including LNG regasification and liquefaction facilities and their associated equipment.

Dr. Kytömaa has decades of experience in the area of dynamics and thermal hydraulics of piping systems, valves and pipelines. He has developed flow modeling tools for such systems and their components and has applied these to drilling and downhole applications. He pioneered the modeling of the acoustics of drilling fluid filled piping systems for acoustic telemetry and Measurement-While-Drilling (MWD), which was one of the enabling technologies for directional drilling. Dr. Kytömaa has also developed ultrasonic techniques for both medical and engineering applications, including instrumentation for flow measurement and the characterization of dense suspensions.

Dr. Kytömaa was Assistant Professor and Associate Professor of Mechanical Engineering at the Massachusetts Institute of Technology, where he was head of the Fluid Mechanics Laboratory. He has also held positions as Visiting Professor at the Helsinki University of Technology and at the DOE Pacific Northwest Laboratory in Washington, and served as Lecturer at the Worcester Polytechnic Institute. Dr. Kytömaa consulted for Teleco Oil Field Services, Inc., developing MWD technology and other downhole applications.

**Academic Credentials and Professional Honors**

Ph.D., Mechanical Engineering, California Institute of Technology, 1986
M.S., Mechanical Engineering, California Institute of Technology, 1981
B.Sc., Engineering Science, Durham University, England (First Class with Honors), 1979

Session Chairman, LNG Plant Safety and Protection: 2014, 2013, 2012 and 2011 AIChE Spring Meetings & 10th, 9th, 8th and 7th Global Congress on Process Safety; Keynote Speaker: AIChE 2014 Spring National Meeting, 14th Topical Conference on Gas Utilization, New Orleans, LA,

EXHIBIT "A"
EXHIBIT "22"

March 30–April 3, 2014; Liquefied Natural Gas (LNG) installations and equipment, ISO /TC 67/ WG10: Committee Member, 2008–2014; Outstanding Presentation Award, AIChE Spring Meeting, 2013; Excellence Award at the SAE 2006 World Congress & Exhibition; Lewis F. Moody Award for best paper on a subject useful in engineering practice presented to American Society of Mechanical Engineers (ASME), 1993; Henry L. Doherty Professor in Ocean Utilization, 1991–1993; Chairman, Organizing Committee, Engineering Foundation Workshop, Davos, Switzerland, 1993; National Science Foundation Review Panelist, Washington, DC, 1990; National Science Foundation Group Leader, Acoustic Methods Workshop on Visualization of Particulate Two-Phase Flows, Washington, DC, 1990; Diver in the Finnish Navy, rank Able Seaman, Distinguished Service, 1980; Institute of Mechanical Engineers Prize for Outstanding Project Work (United Kingdom), 1979

**Licenses and Registrations**

Registered Professional Mechanical Engineer, California, #34290; Louisiana, #PE.0035054; Massachusetts, #48202; Maine, #12370; Michigan, #6201057546; Washington, #47486; New York, #089361 (2011–2013)

Certified Fire and Explosion Investigator (CFEI, Registration No. 13524-6843) in accordance with the National Association of Fire Investigators (NAFI) National Certification Board per NFPA 921 Section 11.6.4;
Certified Fire Investigator (CFI certificate No. 20-005) in accordance with the International Association of Arson Investigators (2009–2014);
Fire Investigation 1A Certification accredited by the California State Fire Marshal;
Short Course on Aircraft Fire protection/Mishap Investigation, AFP Associates, November 9, 2001;
National Waste Operations and Emergency Response Training, 29 CFR 1910.120 (1994–2000);
Asbestos Worker, Certificate No. 97-164-112-102, pursuant to Title II of the Toxic Substance Control Act, 15 USC 2646, 1997;
Nordic Sportsdiver's Certificate, CMAS International Diving Certificate "2 stars," No 1076;
Open Water Certified Scuba Diver, NAUI Certification #: kyto062958harsd;
Enriched Air Diver, Nitrox, Max 40% $O_2$ concentration, PADI Diver No. 0604055220

**Languages**

French, Finnish

**Professional Affiliations**

Member:  American Society of Mechanical Engineers; American Institute of Chemical Engineers; Society of Fire Protection Engineering; Sigma Xi, The Scientific Research Honor Society; National Fire Protection Association



EXHIBIT "A"

EXHIBIT "22"

**Publications and Articles**

Ibarreta AF, Morrison DR, Kytömaa HK.  Small scale and transportation: navigating the risk. LNG Industry Magazine, October 17–24, 2014.

McInerney EH, Hart RJ, Morrison DR, Kytömaa HK.  New quantitative risk criteria for US LNG facilities.  Process Safety Progress 2014; 33(3):237–246.

Ibarreta A, Ponchaut N, Hart R, Morrison D, Kytömaa HK.  Reducing flammable release hazards at LNG facilities.  FS-World Magazine (www.fs-world.com) – Oil & Gas Industry, Spring 2014 Edition, pp. 18–22.

Kytömaa HK, Morrison DR.  A moving target.  LNG Industry Magazine, November/December 2013; 57–62.

Kytömaa HK, Morrison DR.  The Liquefied Natural Gas (LNG) industry and fire protection regulations.  Fire Protection Engineering 2013; 60:8–24.

Morse TL, Kytömaa HK.  The effect of turbulence on the rate of evaporation of LNG on water.  Journal of Loss Prevention in the Process Industries 2011; 24:791–797.

Ponchaut NF, Kytömaa HK, Morrison DR, Chernovsky MK.  Modeling the vapor source term associated with the spill of LNG into a sump or impoundment area.  Journal of Loss Prevention in the Process Industries; Nov 2011; 24(6):870–878.

Gavelli F, Chernovsky MK, Bullister E, Kytömaa HK.  Modeling of LNG spills into trenches.  J Hazard Mater 2010; 180(1–3):332–339.

Gavelli F, Chernovsky MK, Bullister E, Kytömaa HK.  Quantification of source-level turbulence during LNG spills onto a water pond.  Journal of Loss Prevention in the Process Industries; Aug 2009; 22:809–819.

Gavelli F, Chernovsky M, Kytömaa HK.  Modelling pool hazards from large-scale liquefied natural gas spills.  Exploration Production:  Oil Gas Rev 2008; 6(2):76–82.

Gavelli F, Bullister E, Kytömaa HK.  Application of CFD (Fluent) to LNG spills into geometrically complex environments.  J Hazard Mater 2008;159(1):158-68.

Myers TJ, Kytömaa HK, Smith TR.  Environmental stress-corrosion cracking of fiberglass:  Lessons learned from failures in the chemical industry.  J Hazard Mater 2007; 142(3):695–704.

Davis SG, Chavez D, Kytömaa HK.  Hot surface ignition of flammable and combustible liquids.  SAE Paper 2006-01-1014.  SAE Trans—J Fuels Lubricants 2006.

Gavelli F, Kytömaa HK.  Liquefied natural gas transportation.  Coast Guard J Safety at Sea 2005; 62(3):33–36.

EXHIBIT "A"   E$^{\mathcal{X}}$™

EXHIBIT "22"

Boehm P, Kytömaa HK, Moncarz P.  LNG projects:  Myths and realities of environmental and safety risks.  ABA Energy Committees Newsletter 2005; 3(1):7–10.

Kytömaa HK, Gavelli F.  Studies of LNG spills over water point up need for improvement.  Oil Gas Journal; May 9, 2005.

Myers TJ, Kytömaa HK, J. Martin RJ.  Fires and explosions in vapor control systems: A lessons learned anthology.  Process Safety Progress, 2003, vol. 22, no. 4, pp. 195-199.

Martin RJ, Myers T, Hinze P, Kytömaa HK.  Test your incinerator knowledge.  Chem Engin Progr 2003; 99:36–39.

Martin RJ, Hinze P, Myers T, Kytömaa HK.  Thermal oxidizing systems—Test your knowledge to improve your refinery's safety and reliability.  Hydrocarbon Processing 2002; 79–80, November.

Kytömaa HK, Kataja M, Timonen.  On the effect of pore pressure on the isotropic behavior of saturated porous media.  J Appl Phys 1997; 81(11).

Kytömaa HK.  Avoiding duct explosions, system changes can lead to disaster.  Chem Process 1996; July, Vol 59, no 7, pp 78-81.

Prasad D, Kytömaa HK.  Particle stress and viscous compaction during shear of dense suspensions.  Int J Multiphase Flow 1995; 21(5):775–785.

Kytömaa HK.  Theory of sound propagation in suspensions:  A guide to particle size and concentration characterization.  Powder Technol 1995; 82(1):115–121.

Prasad D, Kytömaa HK.  Particle stress and viscous compaction.  Liquid-Solid Flows 1994; 189:137–144.

Derksen JS, Kytömaa HK.  Acoustic properties of solid-liquid mixtures in the inertial regime: Determination of the added mass coefficient.  Liquid-Solid Flows 1994; 189:75–81.

Schiaffino S, Kytömaa HK.  Impulsive fluidization:  A mechanism for particle segregation in dense suspensions.  Indust Environ Applic Fluid Mechanics 1994; 186:155–163.

Schmid PJ, Kytömaa HK.  Stability analysis of unbounded uniform granular shear flow.  J Fluid Mech 1994; 264:255–275.

Kytömaa HK, Corrington SW.  Ultrasonic imaging velocimetry of transient liquefaction of cohesionless particulate media.  Int J Multiphase Flow 1994; 20(5):915–926.

Solomon SD, Kytömaa HK, Celi AC, Maas LC, Chou J, Hopkins E, Caguioa E, Lee RT.  Myocardial tissue characterization by autocorrelation of two-dimensional ultrasonic backscatter.  J Am Soc Echocardio 1994; 7(6):631–640.

EXHIBIT "A"  E$^x$™

EXHIBIT "22"

Kytömaa HK, Weselake K.  Current distribution and finite element mesh selection for electrical impedance tomography.  Comp Mech:  Int J 1994; 15(2):161–172.

Kytömaa HK.  Poudres & Grains, A.E.M.M.G. Association pour I'Etude de la Micromecanique des Milieux Granulaires, N° 5 – Mars-Avril, 1994.

Kytömaa HK, Prasad D.  The transition from frictional domination to the viscous flow regime.  pp. 281–287.  In:  Powders and Grains, Volume 93.  Thornton C (ed), Balkema, Rotterdam, 1993.

Schiaffino S, Kytömaa HK.  Steady fluidization of fine particles in a fixed bed of coarse particles.  Powder Technol 1993; 77:291–299.

Atkinson CM, Kytömaa HK.  Acoustic properties of solid-liquid mixtures and the limits of ultrasound diagnostics—I:  Experiments.  Journal of Fluids Engineering 1993; 115(4):665–675.

Kytömaa HK, Atkinson CM.  Sound propagation in suspensions and acoustic imaging of their microstructure.  Mech Mater 1993; 16:189–197.

Atkinson CM, Kytömaa HK.  Acoustic wave speed and attenuation in suspensions.  Int J Multiphase Flows 1992; 18(4):577–592.

Kytömaa HK, Schmid PJ.  On the collision of rigid spheres in a weakly compressible fluid.  Phys Fluids 1992; A (12):2683–2689.

Kandlikar SG, Pisera J, Kytömaa HK, Thome RJ.  Heat transfer and pressure drop characteristics of magnet winding during cooldown with flow boiling of LN2.  Experimental Heat Transfer, Fluid Mechanics and Thermodynamics, 1991.

Kytömaa HK, Brennen CE.  Small amplitude kinematic wave propagation in two-component media.  Int J Multiphase Flows 1991; 17(1):13–26.

Kytömaa HK.  Viscous particle interactions and their effect on kinematic wave propagation.  Chem Engin Commun 1991; 105:27–41.

Kytömaa HK.  Effects of internal reordering on sedimentation waves in concentrated incompressible suspensions.  Fluid/Particle Separation J 1991; (4)1:37–46.

Geschwindt JR, Kytömaa HK.  Design of the cooling system for the compact ignited Tokamak central solenoid.  Adv Cryogen Engin 1990; 35B:957.

Kytömaa HK.  Propagation and structure of solidification waves in concentrated suspensions.  Mech Mater 1990; 9(3):205–215.

Kytömaa HK, Brennen CE.  Some observations of flow patterns and statistical properties of three component flows.  J. Fluids Eng. 1988; 110(1):76–84.

EXHIBIT "A" 

EXHIBIT "22"

**Patents**

Hydrogen generator, WO 2014065923 A1 (Kmetich TJ, Zsigo GA, Mick AR, Kytömaa HK).

**Television Appearances**

Kytömaa HK.  The Cleveland 1944 accident:  History's worst liquefied natural gas (LNG) accident.  Modern Marvels:  Engineering Disasters 11, The History Channel, October 26, 2004.

**Keynote Addresses**

Kytömaa HK.  The past, present and future of LNG.  American Institute of Chemical Engineers 2014 Spring National Meeting, 14th Topical Conference on Gas Utilization, New Orleans, LA, March 30–April 3, 2014.

Kytömaa HK.  Modeling and simulation in the USA.  Keynote address, MASI Conference on Modeling and Simulation, Jyväskylä, Finland, May 9, 2006.

**Book Chapters**

Bamberger J, Kytömaa HK, Greenwood MS.  Slurry ultrasonic particle size and concentration characterization.  pp 485-495,  Science and Technology for Disposal of Radioactive Tank Wastes.  Schulz WW, Lombardo NJ (eds), Springer Science+Business Media, New York, NY, 1998.

Kytömaa HK, Liquefaction and solidification.  Chapter 24.  pp. 861–883.  Particulate Two-Phase Flows.  Roco M (ed).  Butterworth-Heinemann, Stoneham, MA, 1992.

**Conference Presentations, Proceedings and Invited Lectures**

Morse T, Ellison A, Kytömaa HK.  Electrical fault damage to corrugated stainless steel tubing in a house fire.  International Symposium of Fire Investigation Science and Technology, College Park, MD, 2014.

Colella F, Ibarreta A, Ponchaut NF, Kytömaa HK.  Effectiveness of vapor fences in mitigating LNG jetting and flashing releases.  American Institute of Chemical Engineers 2014 Spring National Meeting, 14th Topical Conference on Gas Utilization, New Orleans, LA, March 30–April 3, 2014.

Ibarreta A, Hart RJ, Ponchaut NF, Morrison D, Kytömaa HK.  How does concrete affect evaporation of cryogenic liquids: evaluating LNG plant safety.  ASME 2013 International Mechanical Engineering Congress & Exposition (IMECE 2013), San Diego, CA, November, 2013.

Morrison DR, Kytömaa HK.  Evaluating risk management and reliability for safe, continuous and efficient LNG operations.  Workshop at the 8th Annual LNG Tech Global Summit, Barcelona, Spain, October 14–16, 2013.



EXHIBIT "A"

EXHIBIT "22"

Colella F, Ibarreta A, Ponchaut NF, Kytömaa HK.  Numerical analysis of dense gas dispersion: Effect of staggered fences.  Mary Kay O'Connor Process Safety Center.  2013 International Symposium, College Station, TX, October 2013.

Marr KC, Ponchaut NF, Kytömaa HK.  Analysis of combustion efficiencies for industrial steam-assisted flares.  AFRC 2013 Industrial Combustion System, Koloa, HI, September 2013.

Ibarreta AF, Hart RJ, Morrison DR, Kytömaa HK.  A view of the evolving LNG regulations and associated exclusion zones from an industry perspective.  American Institute of Chemical Engineers 2013 Spring National Meeting, 13th Topical Conference on Gas Utilization, San Antonio, TX, April 28–May 2, 2013.

McInerney E, Hart R, Morrison DR, Kytömaa HK.  New quantitative risk criteria for U.S. LNG facilities.  American Institute of Chemical Engineers 2013 Spring National Meeting, 47th Loss Prevention Symposium, San Antonio, TX, April 28–May 2, 2013.

Hart RJ, Morrison DR, Ibarreta AF, Kytömaa HK.  Guidelines for relative hazard ranking of refrigerants and siting considerations for LNG liquefaction units.  American Institute of Chemical Engineers 2013 Spring National Meeting, 13th Topical Conference on Gas Utilization, San Antonio, TX, April 28–May 2, 2013.

Morrison DR, Kytömaa HK.  Performing LNG hazard and consequence analysis.  Workshop at the 7th Annual LNGTech Global Summit, Rotterdam, The Netherlands, December 3–5, 2012.

Morrison DR, Hart RJ, Kytömaa HK.  Guidelines for jetting and flashing LNG vapor exclusion zone analysis.  American Institute of Chemical Engineers, 2012 Spring National Meeting, LNG Plant Safety and Protection Session, Houston, TX, April 1–5, 2012.

Ellison AD, Morse TL, Kytömaa HK.  Lightning related structure fires.  International Symposium on Fire Investigation Science and Technology, University of Maryland, October 2012.

Morse TL, Ibarreta AF, Kytömaa HK.  Explosions in transformer tanks due to arcing events.  AIChE Spring Meeting, 8th Global Congress on Process Safety, Houston, TX, April 2012.

Morrison DR, Hart RJ, Kytömaa HK.  Guidelines for jetting and flashing LNG vapor exclusion zone analysis.  American Institute of Chemical Engineers, 2012 Spring National Meeting, LNG Plant Safety and Protection Session, Houston, TX, April 1-5, 2012.

Ponchaut NF, Kytömaa HK, DesAutels C, Kaganoi S, Becu O, Cardiff G.  Modeling of ground flare pits.  American Institute of Chemical Engineers, 2012 Spring National Meeting, 12th Topical Conference on Gas Utilization, Houston, TX, April 1–5, 2012.

Ponchaut NF, Ibarreta A, Kytömaa HK.  Modeling of LNG spills into trenches and troughs.  American Institute of Chemical Engineers, 2012 Spring National Meeting, 12th Topical Conference on Gas Utilization, Houston, TX, April 1–5, 2012.

EXHIBIT "A"   E$^{x}$ ™

EXHIBIT "22"

Ponchaut NF, Kytömaa HK, Ibarreta AF.  Modeling the vapor source associated with spills of LNG into troughs and trenches.  AIChE Spring National Meeting, 11th Topical Conference on Gas Utilization, Chicago, IL, March 2011.

Kytömaa HK.  Lessons learned from past major losses and possible future strategies: Buncefield.  The SPE International Conference on Health Safety and Environment in Oil and Gas Exploration and Production, Rio de Janeiro, Brazil, April 12–14, 2010.

Ponchaut NF, Kytömaa HK, Morrison DR, Chernovsky MK.  Modeling the vapor source associated with the spill of LNG into a sump or an impoundment area.  Mary Kay O'Connor Process Safety Center.  2010 International Symposium, College Station, TX, October 2010.

Kytömaa HK, Ibarreta A, Loud J.  Char depth mapping of floor structure to determine fire origin.  Proceedings, International Symposium on Fire Investigation Science and Technology, Hyattsville, MD, 2010.

Morse TL, Kytömaa HK.  Variations in the evaporation rate of a cryogenic liquid on a water surface.  Mary Kay O'Connor Process Safety Center 2010 International Symposium, College Station, TX, October 2010.

Ponchaut NF, Kytömaa HK.  Cooldown of large pipes during the commissioning phase of cryogenic facilities.  AIChE Spring Meeting, 10th Topical Conference on Natural Gas Utilization, San Antonio, TX, March 2010.

Myers TJ, Kytömaa HK, Ibarreta AF, Ponchaut NF.  Analyzing historic process data to identify near misses and warning signs:  Examples from the Buncefield incident.  AIChE Spring Meeting, 6th Global Congress on Process Safety, San Antonio, TX, March 2010.

Kytömaa HK, Myers TJ, Ibarreta AF, Ponchaut NF.  Using real time process models to detect loss of containment and mitigate hazards.  AIChE Spring Meeting, 6th Global Congress on Process Safety, San Antonio, TX, March 2010.

Morse TL, Kytömaa HK.  The effect of turbulence on the evaporation of cryogenic liquid spills on water.  AIChE Spring Meeting, 10th Topical Conference on Natural Gas Utilization, San Antonio, TX, March 2010.

Kytömaa HK.  CO poisoning.  PA Defense Counsel (PADC), September 2009.

Ponchaut NF, Kytömaa HK.  Transient spreading of LNG on water.  Mary Kay O'Connor Process Safety Center.  2009 International Symposium, College Station, TX, October 2009.

Kytömaa HK, Myers TJ, Ibarreta AF, Ponchaut NF.  Anatomy of the failures that led to the Buncefield explosion and fire.  Proceedings, 2009 Mary Kay O'Connor Process Safety Center International Symposium, College Station, TX, October 2009.



EXHIBIT "A"

EXHIBIT "22"

Kytömaa HK.  Carbon monoxide poisoning.  Massachusetts Defense Lawyers Association, May 2009.

Ponchaut NF, Chernovsky M, Gavelli F, Kytömaa HK.  Modeling the spreading of large LNG spills on water.  AIChE Spring Meeting, 9th Topical Conference on Natural Gas Utilization, Tampa, FL, April 2009.

Gavelli F, Chernovsky M, and Kytömaa HK.  The effect of substrate on LNG vapor dispersion from an impounded area.  AIChE Spring Meeting, 9th Topical Conference on Natural Gas Utilization, Tampa, FL, April 2009.

Myers TJ, Kytömaa HK, Ponchaut NF and Ibarreta AF.  Lessons learned from the Buncefield Fuel Depot explosion.  AIChE Spring Meeting & 5th Global Congress on Process Safety, Tampa, FL, April 2009.

F. Gavelli, M. Chernovsky, H. Kytömaa.  Quantification of source-level turbulence during LNG spills onto a water pond.  Proceedings, Mary Kay O'Connor Process Safety Center Symposium, College Station, TX, 2008.

Myers TJ, Long RT, Gavelli F, Kytömaa HK.  The use of smoke detector sequence of activation in determining the area of origin of a fire: investigation of the FedEx DC-10 fire.  Proceedings, International Symposium on Fire Investigation Science and Technology, Cincinnati, OH, 2008.

Myers TJ, Hinze PC, Kytömaa HK.  Fire and explosion in an explosives conditioning bunker.  Proceedings, 42nd Annual Loss Prevention Symposium, American Institute of Chemical Engineers Spring National Meeting, New Orleans, LA, 2008.

Gavelli F, Chernovsky MK, Kytömaa HK.  LNG pool fire models:  Similarities and differences I.  Proceedings, 4th Global Congress on Process Safety, American Institute of Chemical Engineers Spring National Meeting, New Orleans, LA, 2008

Kytömaa HK, Chernovsky M, Gavelli F.  A new experimental study on the spreading of liquid nitrogen over water.  Offshore Technology Conference, Houston, TX, May 2008.

Kytömaa HK.  Catastrophic incidents:  Learning from the past to prevent in the future, early detection of loss of containment.  Society of Petroleum Engineers, Health and Safety Conference, Nice France, April 15, 2008.

Kytömaa HK.  LNG pool spreading.  LNG Safety Workshop, LNG Tech Global Summit 2007, Rotterdam, Netherlands, September 10, 2007.

Kytömaa HK.  LNG release from a vessel.  Mary Kay O'Connor Process Safety Center:  CLNG Workshop at the Hamilton Crowne Plaza, Washington, DC, June 12–13, 2007.

Gavelli F, Chernovsky MK, Bullister E, Kytömaa HK.  Validation of a CFD model for vapor dispersion from LNG spills into an impoundment.  American Institute of Chemical Engineers Spring National Meeting, Houston, TX, April 2007.

EXHIBIT "A" 

EXHIBIT "22"

Kytömaa HK.  LNG hazards for offshore and onshore LNG receiving terminals.  Invited speaker/faculty member, LNG Development in the Northeast, Boston MA, December 5, 2006.

Gavelli F, Bullister E, Kytömaa HK.  Application of the fluent model to LNG spills over water. The Status of CFD Models for LNG Exclusion Zones.  Gas Technology Institute Seminar Houston, TX, September 13, 2006.

Gavelli F, Bullister E, Kytömaa HK.  Applications of CFD (Fluent) to LNG spills into geometrically complex environments.  Proceedings, 2006 Mary Kay O'Connor Process Safety Center International Symposium, pp. 468–485, 2006.

Grossman HL, Ray RM, Zhao K, Kytömaa HK.  Analysis of garage fires,  Paper  2006-01-0791, SAE World Congress, Detroit, MI, April 3–6, 2006.

Kytömaa HK, Gavelli F. Rangwala A.  Leakage of liquid from a cryogenic container.  LNG: The Environmental and Safety Agenda Operations/Emergency Preparedness and Response AIChE Meeting, Vancouver, BC, September 13, 2005.

Kytömaa HK.  Risks and common misconceptions associated with LNG.  Breakfast Seminar, the Downtown Club at Plaza, Houston, TX, May 25, 2005.

Gavelli F, Foulds J, Sire R, Kytömaa HK.  Root cause analysis of a gas turbine compressor stator blade failure.  ASME Power Conference, Chicago, IL, 2005.

Myers TJ, Kytömaa HK, Smith TR.  Environmental stress-corrosion cracking of fiberglass: Lessons learned from failures at small chemical facilities.  Proceedings, Mary Kay O'Connor Process Safety Center Symposium, College Station, TX, 2005.

Kytömaa HK, Hinze P.  Scientific fire investigation of automotive fires.  Bowman and Brooke, LLP, Hot Topics Seminar Series, September 15, 2004.

Kytömaa HK, Hinze P.  Automobile fire investigations.  Volvo Powertrain, Hagerstown, MD, September 1, 2004.

Kemal A, MacDonald M, Hebert J, Kytömaa HK.  Explosion hazards due to delayed ignition in gas turbines.  Electric Power 2004, Baltimore, MD, 2004.

Kytömaa HK.  Garage and house fires.  Bowman and Brooke, LLP, Hot Topics Seminar Series, Toyota USA, Los Angeles, CA, December 15, 2003.

Kytömaa HK.  Scientific investigation of fires and explosions.  Georgia Defense Lawyer's Association, 36th Annual Meeting, Hilton Head, SC, July 2003.

Kytömaa HK.  Lessons learned in fire investigations.  Trial Attorneys of America, Annual Meeting, Chicago, IL, June 2002.

EXHIBIT "A" 

EXHIBIT "22"

Kytömaa HK.  Building air circulation and carbon monoxide poisoning.  NFPA World Safety Conference, Minneapolis, MN, May 2002.

Kytömaa HK.  Fires and explosions in vapor control systems:  A lessons learned anthology.  AIChE Spring National Meeting, New Orleans, LA, March 2002.

Kytömaa HK.  Use of PowerPoint in the court room.  International Association of Defense Counsel, Tucson, AZ, February 2002.

Mottahed B, Kytömaa HK.  Cooldown simulation for the compact ignition Tokamack (CIT), poloidal field (PF) coils.  Proceedings, IMECE '02, Volume 4:185-194, New Orleans, LA, November 17–22, 2002.

Kytömaa HK.  Explosions and fires accident reconstruction.  Propane Gas Defense Association Meeting, Atlanta, GA, April 2001.

Kytömaa HK.  Investigation of a loading dock naphthalene fire.  American Institute of Chemical Engineers Process Plant Safety Symposium, AIChE Spring National Meeting, Houston, TX, April 2001.

Kytömaa HK.  The use of technology in fire investigations.  DRI Conference, Las Vegas, NV, February 2001.

Kytömaa HK.  Fire onboard DC-10 over New York City—A case study of the state of the art in aviation fire investigation.  Thermal Sciences and Engineering, Exponent, Inc., March 1999.

Bamberger J, Greenwood MS, Kytömaa HK.  Ultrasonic characterization of slurry density and particle size.  FEDSM98-5075.  American Society of Mechanical Engineers, New York, NY, 1998.

Shekarriz A, Brenden BB, Kytömaa HK.  Planar ultrasonic technique for real-time visualization and concentration measurement in dense solid-liquid slurries.  Proceedings, FEDSM'98 ASME Fluids Engineering Division Summer Meeting, Washington, DC, June 1998.

Kytömaa HK.  Hazards associated with vapour abatement systems:  Machinery failures and safety.  Trends in Technology, Law and Insurance, Helsinki, Finland, September 1997.

Kytömaa HK.  Hazards associated with fume collection and abatement systems:  Process safety.  AIChE Spring Meeting, Houston, TX, March 1997.

Kytömaa HK.  Safe operation of VOC collection/destruction systems.  New England Environmental Expo, Boston, MA, May 1996.

Solomon SD, Maas LC, Celi AC, Fox J, Shernan S, Kytömaa HK, Lee RT. Ultrasonic tissue characterization of infarcted myocardium by transesophageal echocardiography, Journal of the American Society of Echocardiography, May–June, 1995 Volume 8, Issue 3, Page 393

EXHIBIT "A"

EXHIBIT "22"

Schmid PJ, Kytömaa HK.  Receptivity of unbounded granular shear flow to periodic external forces.  Proceedings, Engineering Mechanics Conference, Stein Sture, Boulder, CO, 1995.

Kytömaa HK.  Ultrasound in suspensions.  Harvard University, Cambridge, MA, October 1994.

Kytömaa HK.  Unsteady fluidization of BiDisperse particulate systems.  AIChE Meeting November 1993.

Kytömaa HK.  Shearing of dense suspensions.  University of Surrey, Guildford, UK, July 1993.

Kytömaa HK, Peterson C, McClintock F, Schiaffino S.  Fluidization and segretation in bi-disperse solid-liquid particulate systems.  Proceedings, 11th Symposium on Energy Engineering Sciences, pp. 48−55, May 3−5, 1993.

Kytömaa HK, Abnet CA.  Harmonic excitation of an unconstrained saturated particle bed. Proceedings, 9th Engineering Mechanics Conference, ASCE, College Station, TX, 1993.

Kytömaa HK, McClintock F, Peterson C, Schiaffino S.  Comminution of energy materials. Proceedings, Argonne National Laboratory 11th Symposium on Energy Engineering Sciences, Argonne, IL, May 1993.

Kytömaa HK.  The modeling of the dynamics of long fluid filled transfer lines.  IKU, Trondheim, Norway, October 1992.

Kytömaa HK.  The propagation of ultrasound through dense suspensions.  IKU, Trondheim, Norway, October 1992.

Kytömaa HK, Abnet CA.  Measurement of velocity distribution in concentrated oscillating bed of sediments.  Proceedings, American Society of Civil Engineers Ninth Engineering Mechanics Conference, College Station, TX, May 1992.

Kytömaa HK.  Acoustic measurements in very concentrated solid-liquid mixtures and internal imaging of liquefaction events.  California Institute of Technology, Pasadena, CA, March 1992.

Kytömaa HK.  Ultrasonic measurements of liquefaction events.  Mechanical Engineering Seminar Series, University of Michigan, Ann Arbor, MI, December 1991.

Kandlikar, S.G., Pisera, J., Kytömaa, H., and Thome, R.J.  Heat transfer and pressure drop characteristics of magnet winding during cooldown with flow boiling of LN2.  Conference on Experimental Heat Transfer, Fluid Mechanics and Thermodynamics, Dubrovnik, Yugoslavia, August 1991.

Kytömaa HK.  Acoustic properties of solid-liquid mixtures.  Sibley School of Mechanical and Aerospace Engineering Colloquium Series, Cornell University, Ithaca, NY, March 1991.

EXHIBIT "A"  E$^x$™

EXHIBIT "22"

Kytömaa HK, Cohen MS.  Imaging of an unsteady circulating fluidized bed.  NMR of Materials. San Jose, CA, 1991.

Kytömaa HK.  Stability of multicomponent flows.  Department of Mechanical Engineering, Johns Hopkins University, Baltimore, MD, November 1988.

Kytömaa HK.  On enhanced separation processes in three-component mixtures.  Society of Rheology Annual Meeting.  Atlanta, GA, October 1987.

Kytömaa HK.  Kinematic wave propagation in two-phase flows.  Department of Mechanical Engineering Colloquium, University of California, Santa Barbara, CA, February 1986.

Kytömaa HK, Brennen CE.  Measurement of friction pressure drops in vertical slurry and bubbly flows.  Proceedings, Cavitation and Multiphase Flow Forum, AIAA/ASME 4th Fluids Mechanics Plasma Dynamics and Lasers Conference, Atlanta, GA, May 1986.

**Reports**

Kytömaa HK, Rau C, Smith T, Huet R.  Evaluation of the March 1995 failure of turbine generator #3 at Skeena Cellulose, Inc.  Exponent Failure Analysis Associates, Menlo Park, CA, May 2003.

Kytömaa HK.  June 4, 2000, ABB auxiliary boiler explosion.  Exponent Failure Analysis Associates, Menlo Park, CA, July 20, 2000.

Kytömaa HK.  Investigation of the explosion at the Nottingham filtration plant, Cleveland, Ohio.  Exponent Failure Analysis Associates, Menlo Park, CA, November 5, 1999.

Kytömaa HK.  Thermostat tests.  Exponent, Menlo Park, CA, March 3, 1999.

Kytömaa HK.  Water heater evaluation.  Exponent, Menlo Park, CA, September 29, 1998.

Kytömaa HK.  Investigation in the matter of Fireman's Fund Insurance Company vs. Xerox Corporation.  Exponent Failure Analysis Associates, Menlo Park, CA, March 20, 1998.

Kytömaa HK.  Fire damage to Chiron DNA synthesizer.  Exponent Failure Analysis Associates, Menlo Park, CA, November 17, 1997.

Kytömaa HK, Nunes S.  Analysis of mist deflagrations and pool fires near the Schenck Dynamic Balancer.  Exponent Failure Analysis Associates, Menlo Park, CA, August 26, 1997.

Kytömaa HK.  Passaic New Jersey fire.  Exponent Failure Analysis Associates, Menlo Park, CA, August 4, 1997.

Kytömaa HK.  Federal Express DC-10 fire on September 5, 1996.  Exponent Failure Analysis Associates, Menlo Park, CA, July 18, 1997.

EXHIBIT "A" 

EXHIBIT "22"

Kytömaa HK, Häkkinen RJ, Hirsch C, Krause E.  Computational fluid dynamics (CFD) technology programme 1995–1999.  Helsinki, Finland, June 1997.

Kytömaa HK.  Maruchan instant lunch product, Welbilt microwave oven.  Exponent Failure Analysis Associates, Menlo Park, CA, March 28, 1996.

Kytömaa HK, Smith T.  Investigation of the December 29, 1995, fire at the DuPont May plant, Exponent Failure Analysis Associates, Menlo Park, CA, June 25, 1999.

Kytömaa HK, Foulds J, Reza A, Hinman E, Correia P.  Old Harbour power station, Boiler No. 4 explosion, June 3, 1994, Jamaica.  Exponent Failure Analysis Associates, Menlo Park, CA, November 16, 1995.

Kytömaa HK, Grosso D.  Dynamic modeling of drilling fluid flow circuits for acoustic telemetry, 1993.

Kytömaa HK.  Interpretation of measured stand-pipe and annulus signals for the detection and quantification of down-hole gas.  Report to Teleco Oilfield Services, Inc., October 1991.

Kytömaa HK, Winckelmans G.  A fully time dependent numerical model for the sudden influx and propagation of gas in wells.  Report to Teleco Oilfield Services, Inc., January 1991.

EXHIBIT "A" E𝑥 ™

EXHIBIT "22"