

**Miller v. Omega Flex**

Kaytomaa0001

EXHIBIT "B"

# Miller v. Omega Flex

Prepared for

Thomas DeMicco
Wilson Elser Moskowitz Edelman & Dicker, LLP
1133 Westchester Avenue
White Plains, NY 10604

Prepared by

Harri Kytömaa, Ph.D., P.E.
Exponent, Inc.
9 Strathmore Rd.
Natick, MA 01760

January 26, 2015

Kaytomaa0002

EXHIBIT "B"

# Contents

|  | Page |
|---|---|
| **List of Figures** | **3** |
| **Executive Summary** | **5** |
| **Incident Background** | **10** |
| **TracPipe Installation** | **15** |
| Applicable Codes | 15 |
| Arkansas Fire Prevention Code, 2002 Edition | 16 |
| National Electric Code, 2002 Edition | 20 |
| Arkansas Gas Code, 1995 Edition | 21 |
| Industry Standards – NFPA 54, 2002 Edition | 22 |
| Omega Flex's Instructions | 23 |
| Bonding & Grounding | 24 |
| **Origin of the fire** | **26** |
| **Evidence Examinations** | **27** |
| TracPipe CSST | 27 |
| Hole 8A | 31 |
| Hole 8B | 31 |
| **Cause of the Miller residence fire** | **35** |
| First fuel ignited | 35 |
| Cause of holes in the TracPipe | 36 |
| **Limitations** | **38** |

Kaytomaa0003
EXHIBIT "B"

# List of Figures

Page

Figure 1: Satellite view of Miller home                                                                 10

Figure 2: Photograph of the Miller residence after the fire looking south in the direction
of the front of the house.                                                                              11

Figure 3: Miller residence after the fire looking south at the debris field behind the house.           12

Figure 4: Photograph of damage to tree approximately 11 feet from the underground
propane tank. The top of the propane tank is visible in the photograph just to
the left of the tree.                                                                                   13

Figure 5: Lightning strike ellipses for the three strikes that affected the Miller home                 14

Figure 6: Figure 4-21 of the March, 2003 and June, 2004 D&I Guides demonstrating
proper bonding clamp.                                                                                   24

Figure 7. Photograph of the remains of the Miller home after the fire.                                  26

Figure 8. Photograph of a section of TracPipe with corrosion damage.                                    27

Figure 9. Photograph of a section of TracPipe with corrosion damage.                                    28

Figure 10. Photograph of a section of TracPipe with corrosion damage.                                   28

Figure 11. Photograph of a section of TracPipe with corrosion damage.                                   29

Figure 12. Photograph of a section of TracPipe with corrosion damage.                                   29

Figure 13. Photograph of Section 8 of the TracPipe retained from the Miller residence,
after being sectioned length-wise. Hole 8A is the larger hole (at the bottom).
Hole 8B is the smaller hole (at the top).                                                               30

Figure 14. SEM image of the internal surface hole 8A. No melting was observed around
the edge of the hole.                                                                                   31

Figure 15. SEM image of external surface of hole 8B. The edge of the hole showed
evidence of molten and resolidfied metal.                                                               32

Figure 16. Optical microcope image of a cross-section through hole 8B after chemical
etching. The red rectangle indicates the region shown in Figure 17.                                     33

Figure 17. Optical microscope image of the region of the cross-section through hole 8B
after chemical etching shown by the red rectangle in Figure 16. There is a
small region of melted and re-solidifed metal at the edge of the hole.                                  33

Figure 18. SEM image of external surface of hole 8B.The red rectangle indicates the area
depicted in Figure 19.                                                                                  34

Kaytomaa0004
EXHIBIT "B"

January 26, 2015

Figure 19. SEM image of the area of interest on the inside surface of hole 8B shown as the red rectangle in Figure 18, indicating the locations where EDS was performed. Spectra 7, 8, 10, and 11 all showed the presence of copper. ............ 34

4

Kaytomaa0005

EXHIBIT "B"

January 26, 2015

# Executive Summary

Exponent, Inc. (Exponent) was retained by Omega Flex, Inc. to investigate a fire that occurred at the Miller residence, located at 2898 Eagle Ridge Road, Protem, MO on September 7, 2012. The residence was supplied with propane gas from an underground storage tank, which was distributed within the structure using TracPipe brand corrugated stainless steel tubing (CSST).

**Materials reviewed**

Exponent reviewed photographs from Smith & Associates of their inspection of the residence on November 15, 2012. Exponent also reviewed a StrikeNet report for the day of the incident and detailed lightning data from the National Lightning Detection Network (NLDN). The Boone County Sheriff Report, the Protem Fire Protection District Report, and the depositions of Terry and Jerry Miller, Steve Russell, Marc Lowery, Colin Lillard, and Albert Longo were also reviewed.

A full list of the material reviewed in this matter is provided in Appendix A.

**Inspections**

Exponent and other parties performed a laboratory examination of the evidence retained from the site on August 11, 2014 at The Way Labs in Bixby, OK. This inspection involved a review of all the evidence retained from the scene. Microscopic examination of the CSST was performed on August 12, 2014 at Element Materials Technology in Broken Arrow, OK using both a stereomicroscope and scanning electron microscope (SEM). Energy dispersive x-ray spectroscopy (EDS) was also performed at this time. On November 17, 2014 and December 4, 2014, further metallurgical examination of selected sections of CSST was performed at Element Materials Technology.

**Testing**

Exponent performed testing involving exemplar Omega Flex TracPipe. A detailed description of these tests and the test results are presented in Appendices F, G, and H. The tests include:

Kaytomaa0006

EXHIBIT "B"

1.  CORROSION TESTING: Exponent evaluated the effects of TracPipe exposure to ferric chloride (a known corrosive to stainless steels) and water.  A detailed description of this testing can be found in Appendix F.

2.  CSST AND BRANCH CIRCUIT WIRING IN A FIRE ENVIRONMENT: Exponent performed testing in which TracPipe was placed in close proximity to energized branch circuit wiring (under several different configurations) and then subjected to a fire environment. A detailed description of this testing can be found in Appendix G.

3.  GAS JET IGNITION TESTS:  In these tests, the jacket of Omega Flex TracPipe was removed and holes of various sizes were drilled into the tubing wall.  The TracPipe was supplied with fuel gas at household line pressures and Exponent attempted to ignite the escaping gas to identify the conditions under which the gas jet would and would not ignite. Tests were performed without the presence of any obstruction in the vicinity of the gas jet and with an obstruction at various distances from the hole in the TracPipe. A detailed description of this testing can be found in Appendix H.

4.  ARC IGNITION TESTING: Testing was also performed in which an arc was generated between a copper electrode and a section of TracPipe pressurized with fuel gas, with its yellow jacket present to determine under what conditions a hole could be formed, and if a hole formed, whether or not the escaping gas was ignited.  A detailed description of this testing can be found in Appendix H.

**Findings and opinions**

Based on my education, background, training, experience, testing, analysis and my review of the relevant materials, I offer the following opinions to a reasonable degree of engineering and scientific certainty.  My curriculum vitae, including a list of publications, are provided in Appendix C.  If additional information becomes available, I reserve the right to modify or amend these findings:

1.  TracPipe is a safe and effective product for distributing fuel gas throughout a residence when it is installed and maintained in accordance with the manufacturer's instructions as provided in the Omega Flex TracPipe Flexible Gas Piping Design Guide and Installation Instructions (D&I Guide).

EXHIBIT "B"

January 26, 2015

2.  A TracPipe gas distribution system in a home is less prone to leaks than black iron pipe gas distribution systems.  This is because black iron pipe requires more fittings than TracPipe.

3.  TracPipe is more flexible than black iron pipe and therefore is less susceptible to damage than black iron pipe during acts of nature such as earthquakes, ground swell, sink holes, tornados, landslides, floods, and hurricanes that may cause structural damage to a residence.

4.  Lightning can enter a home due to direct or indirect lightning strikes, often through metallic roof penetrations, metal roofs, the household electrical system, or other utilities.

5.  A lightning event is considered to be highly unlikely by standards organizations. For this reason, protection against lightning is not required by most building codes.

6.  Direct bonding of TracPipe, as prescribed by the Omega Flex D&I Guide, is necessary to significantly reduce the likelihood of arcing between TracPipe and another conductor such as a metal duct, water pipe, or branch circuit wiring in the event of a lightning strike.

7.  The requirements for direct bonding of TracPipe to a grounding electrode are clearly described in the Omega Flex D&I Guide.  If an installer is not sure of the requirements, the installer should contact the manufacturer for clarification prior to putting the gas system into service.

8.  ANSI LC-1 requires the manufacturer's installation instructions to include a warning stating that the manufacturer's instructions must be followed during installation.  The TracPipe D&I Guide contains such a warning.  The standard also requires installers in the United States to be trained by the manufacturer prior to installing their product.

Kaytomaa0008
EXHIBIT "B"

9.  The Miller home's gas system installation did not have a direct electrical bond to the home's grounding electrode, and thus was not installed in accordance with either the manufacturer's instructions or the building codes in effect.

10. Electrical arcs are rapid releases of electrical energy, which are capable of igniting combustible materials such as wood, paper, or dust.  Electrical arcs of sufficient magnitude and duration can also cause a hole to form in TracPipe by localized melting of the stainless steel.

11. Copper tubing, black iron pipe, and household electrical wiring all have a lesser resistance to electrical breakdown than TracPipe, due to the higher dielectric strength of TracPipe's jacket.  Thus, they are more likely to be involved in arcing during lightning events than TracPipe.  For that reason, copper tubing, black iron pipe, and household electrical wiring are more likely to contribute to ignition of a fire during a lightning event than TracPipe.

12. Fuel gas leaking from a hole in a TracPipe line at household line pressures cannot be ignited by an ignition source located at the hole because the gas velocity is too high and the gas concentration is too high at this location.

13. The energy from a lightning strike may cause multiple independent fires throughout a home due to electrical arcing.

14. The fire burned the structure to the ground until it self-extinguished. The extent of damage prevented a determination of the area of origin of the fire. The cause of the fire was also not determined.

15. Multiple corrosion holes were found throughout the TracPipe. These holes were formed over time after the fire, while the TracPipe was exposed to moisture and fire debris.

EXHIBIT "B"

16. One hole was found in the TracPipe that showed evidence of molten and re-solidified metal around the hole. This hole was formed by electrical arcing. The source of the electrical energy which formed this hole was most likely the household electrical system.

17. The Miller residence was not outfitted with an NFPA 780 compliant Lightning Protection System (LPS).

18. Installing an NFPA 780 compliant LPS is the most reliable method to protect a structure or its components from damage, including fire, in the event of a lightning strike.

Note that this Executive Summary does not contain all of Exponent's technical evaluations, analyses, and conclusions.  Hence, the main body of this report is at all times the controlling document.   Exponent reserves the right to modify these opinions in the event new information is discovered.

Kaytomaa0010

EXHIBIT "B"

January 26, 2015

# Incident Background

On the evening of September 7, 2012, a fire was reported at the Miller residence at 2898 Eagle Ridge Road, Protem, MO.  According to the Protem fire report, the "structure was a total loss before units arrived."[1]  No one was home at the time of the fire.

The Miller home was a single-story structure.  For the purposes of the report, the front of the house will be considered to face north.



Figure 1: Satellite view of Miller home

There was significant damage to the Miller residence as seen in Figure 2.  There was also evidence of an over pressure event occurring.   Figure 3 depicts the debris field to the south of the house.  A door from the house was found approximately 160 feet from the residence.

---

[1] Protem Fire Protection District, Fire Report, DOL:9-7-2012, Occupant: The Miller's

Kaytomaa0011
EXHIBIT "B"

Gunpowder, primers, bullets, brass, ammunition and guns were known to have been stored in the utility room of the basement of the Miller residence.[2]



Figure 2: Photograph of the Miller residence after the fire looking south in the direction of the front of the house.[3]

A local resident reported to the Sheriff's office that she had heard a loud boom at about 7:30 p.m. on September 7, 2012.[4] The fire report from the City of Harrison lists an alarm time at 7:54 p.m.[5] The Protem Fire Protection District fire report lists an 8:52 p.m.[6] The time the fire started was not determined.

---

[2] Deposition of Jerry Miller, August 19, 2014, pg 191-192

[3] From set of photographs taken by Smith & Associates on November 15, 2012.

[4] Boone County Sheriff's Office, Statement Form, Susan Bennett, September 10, 2012.

[5] City of Harrison NFIRS Report. Incident #2012465.

[6] Protem Fire Protection District, Fire Report, DOL:9-7-2012, Occupant: The Miller's

Kaytomaa0012
EXHIBIT "B"



Figure 3: Miller residence after the fire looking south at the debris field behind the house.[7]

Construction of the Miller home began in around 2002 when the foundation was laid.[8]  The house was finished in the summer of 2012.[9]  The underground propane tank was approximately 35 feet northwest of the residence.  The propane service supplied gas only to the boiler which was electrically grounded using an equipment grounding conductor.  At the time of Omega Flex's inspection (November, 15, 2012), the propane tank gauge read approximately 60% full.  The electrical service was provided via an underground service drop which entered the residence through the eastern wall.

AmeriGas ran the underground gas piping from the propane tank to the second stage regulator at the time of the tank installation.  In 2004, Mr. Miller attended a TracPipe installation course

---

[7] From set of photographs taken by Smith & Associates on November 15, 2012.

[8] Deposition of Terry Miller, August 19, 2014, pg 37

[9] Deposition of Terry Miller, August 19, 2014, pg 63

Kaytomaa0013

EXHIBIT "B"

offered by Johnstone Supply specifically regarding the "yellow-jacketed TracPipe."[10]  One week after the course, Mr. Miller installed the length of TracPipe in his own residence between the second stage regulator and the boiler.[11] There was no direct bond between the TracPipe and the electrical system ground installed at the Miller home.

A survey of the Miller property revealed lightning damage to a tree to the northwest of the Miller home.  This tree was several feet from the home's underground propane tank.  A photograph of the damaged tree is shown in Figure 4.



Figure 4: Photograph of damage to tree several feet from the underground propane tank. The top of the propane tank is visible in the photograph just to the left of the tree.[12]

---

[10] Deposition of Jerry Miller, July 14, 2014, pg 41-42

[11] Deposition of Jerry Miller, July 14, 2014, pg 46, 92

[12] From set of photographs taken by Smith & Associates on November 15, 2012.

EXHIBIT "B"

Exponent reviewed the WeatherFusion lightning strike verification report which reports data collected by the National Lightning Detection Network (NLDN) for all lightning strikes within 5.0 miles of the home. Detailed data including the millisecond time stamps was also requested from Vaisala, Inc.[13]

Vaisala (NLDN) recorded a total of 74 cloud-to-ground lightning strikes within 5.0 miles of the Miller home. Analysis of the data revealed that one of three strikes affected the Miller home with peak amplitudes of -27.5 kA, -16.3 kA, and -11.9 kA. The probability that one of these three strikes affected the Miller home exceeds 99.9%. The locations of these strikes are shown in Figure 5. The -16.3 kA strike was closest to the house. All three strikes occurred at approximately 6:20 p.m., over an hour before the neighbor heard a loud boom, and 1.5 hours before the fire was reported.



Figure 5: Lightning strike ellipses for the three strikes that affected the Miller home

---

[13] Both WeatherFusion and Vaisala utilize data from the same source, the NLDN. Although the Vaisala data set includes the same lightning strokes as listed in the WeatherFusion report, the Vaisala data includes more precise times for the strikes, as well as details regarding the geometry of the confidence ellipses for each stroke.

Kaytomaa0015
EXHIBIT "B"

# TracPipe Installation

TracPipe, as well as all CSST products, have specific installation requirements as published by their manufacturer.  For Omega Flex products, these requirements are outlined in the *Flexible Gas Piping Design Guide and Installation Instructions* (D&I Guide).  It is a requirement of ANSI LC-1/CGA 6.26 for manufacturers to produce and distribute instructional documents for their products.  CSST products are also required to comply with all applicable building codes.  In analyzing the manufacturer and code requirement(s) it is important to first identify the dates of installation of the CSST products.  The gas system at the Miller home was installed in 2004.[14]

## Applicable Codes

The Miller home is located on a peninsula which extends into Bull Shoals Lake near the border of Missouri and Arkansas.  The house has a mailing address of 2898 Eagle Ridge Road, Protem, MO.  The parcel numbers of the land owned by the Miller's include 356-00023-000, 356-00024-000, and 356-00035-000.  According to tax records, these parcels are zoned as part of unincorporated Boone County, Arkansas.[15]  Personal communication with the GIS Coordinator for Boone County, AR confirmed the zoning of the parcels as stated in the tax records.  The GIS Coordinator also explained that the property has a Missouri mailing address so the appropriate fire department can respond promptly in the event of a fire.  The location of this property is more easily accessible to Missouri fire departments than Arkansas fire departments.[16]

The construction of the home began in 2002 and was fully completed in 2012.[17]  The home owner, Jerry Miller, was enrolled in a course regarding the installation of TracPipe CSST in 2004.  This course was offered by Johnstone Supply.[18]  He installed the TracPipe CSST in his home after completing this course. This was the first and only time Mr. Miller installed any length CSST. [19] Personal communication with a Deputy Assessor for Boone County, AR

---

[14] Deposition of Jerry Miller, July 14, 2014, page 40-42, 46.

[15] Paid Receipt, 2011 Tax Receipt 2217, Boone County, Arkansas.

[16] Personal Communication with George Scarborough, GIS Coordinator, Boone County, AR, 12-3-2014.

[17] Deposition of Jerry Miller, July 14, 2014, page 59-60.

[18] Deposition of Jerry Miller, July 14, 2014, page 40-42.

[19] Deposition of Jerry Miller, July 14, 2014, page 46.

Kaytomaa0016

EXHIBIT "B"

revealed that there are no code adoptions by the municipalities or in unincorporated regions of Boone County.[20]  Therefore, only the codes adopted by the state of Arkansas were applicable at the time of construction.  Relevant codes include:

- Arkansas Fire Prevention Code [Vol.1-3] (2002 Edition) [AFPC]
  - Adopted by the Arkansas State Fire Marshal
- National Electric Code (2002 Edition) [NEC]
  - Adopted by the Arkansas Board of Electrical Examiners
- Arkansas Gas Code (1995 Edition) [AGC]
  - Adopted by the Arkansas Department of Health (Protective Health Codes)

## Arkansas Fire Prevention Code, 2002 Edition

The Arkansas Fire Prevention Code is a three volume document which was modeled after the International Code Council (ICC), 2000 series model codes.  Volume 1 is based on the International Fire Code (IFC); Volume 2 is based on the International Building Code (IBC); Volume 3 is based on the International Residence Code (IRC).

### Arkansas Fire Prevention Code: Volume 1

Chapter 1 of the AFPC (2002), Vol. 1 in section 101.2 outlines the scope of the document.

> *This code establishes regulations affecting or relating to structures, processes and premises and safeguards from the hazard of fire and explosion arising from the storage, handling or use of structures, materials or devices; from conditions hazardous to life, property or public welfare in the occupancy of structures or premises from fire hazards in the structure or on the premise from occupancy or operation; and, matters related to the construction, extension, repair, alteration or removal of fire suppression and alarm systems.*

---

[20] Personal Communication with Brian Force, Deputy Assessor, Boone County, AR, 12-3-14

Kaytomaa0017
EXHIBIT "B"

The requirements of AFPC (2002) Volume 1 apply to any building in the state of Arkansas in which life safety or property protection is a concern.  This would apply to any residential occupancy where there are mandatory safety requirements due to the installation and use of a fuel gas system.

In chapter 38 of the AFPC (2002), reference is made to NFPA 58 (1998).  Section 3803.1 states that all "Liquefied petroleum gas equipment shall be installed in accordance with the International Fuel Gas Code and NFPA 58".[21]  Therefore, the AFPC (2002), Arkansas inherently adopted the International Fuel Gas Code (IFGC) (2000) and NFPA 58 (1998).

NFPA 58 (1998) section 2-4.1.2 requires that "Piping, pipe and tubing fittings, and valves used to supply utilization equipment within the scope of NFPA 54, National Fuel Gas Code, shall comply with that code."  According to chapter 12 of the same code, the 1996 edition of NFPA 54 is the referenced version.

The National Fuel Gas Code (NFPA 54), 1996 Edition, prescribes guidelines and requirements regarding gas distribution systems within buildings, including residential structures.  This document's scope covers all the piping/tubing extending from the point of delivery (the second stage regulator in propane installations) to the connections with each gas utilization device.  This includes "design, materials, components, fabrication, assembly, installation, testing, inspection, operation, and maintenance" of piping systems.[22]

NFPA 54 (1996) states in its administrative section that "In applying this *Code*, reference shall also be made to the manufacturers' instructions and the serving gas supplier regulations."[23]  This statement indicates that the manufacturer's instructions shall be reviewed and followed by the installer.

NFPA 54 (1996) outlines its requirements for bonding in section 3.14(a):

---

[21] Chapter 45 of the 2002 AFPC identifies which specific editions of standards are referenced.  This section identifies the 1998 version of NFPA 58.

[22] NFPA 54 1996 1.1.1(a)(1); 1.1.1(a)(3)

[23] NFPA 54 1996 1.1.2

Kaytomaa0018
EXHIBIT "B"

January 26, 2015

> *Each above ground portion of a gas piping system upstream from the*
> *equipment shutoff valve shall be electrically continuous and bonded to*
> *any grounding electrode, as defined by NFPA 70, National Electric*
> *Code, ANSI/NFPA 70.*

The code provides no exceptions for section 3.14(a); therefore indicating that bonding is required by the code for all above ground gas piping systems, even when no electrically connected appliances are present.

Additionally, NFPA 54 (1996) also requires that all CSST be tested and listed in accordance with ANSI/AGA LC-1.[24]

In April of 2000 the NFPA issued a formal interpretation (FI) of NFPA 54 (1999) specifically in regards to section 3.14 of that standard which provided the requirements for bonding of fuel gas systems. [25]  Formal Interpretations are published by the NFPA for the purpose of providing formal explanations of the meaning or intent of the technical committee on specific or general provisions of a document.  Requests for FIs are required to be clearly worded so as to solicit a "Yes" or "No" answer from the technical committee.  As such, the request for formal interpretation asked the following question of the technical committee:

> *Is it the intent of NFPA 54, 3.14(a) and NEC 250-104(b) (metal gas*
> *piping), to consider this bonding requirement to be satisfied where a*
> *grounded gas appliance is attached to the metal gas piping system?*

The response from the technical committee to the above question was "Yes", indicating that the requirement is considered satisfied in the event a grounded gas appliance is attached to the piping system.

---

[24] NFPA 54 (1996) 2.6.3(d)

[25] NFPA FI-54-99-1

Kaytomaa0019

EXHIBIT "B"

This Formal Interpretation does not prohibit direct bonding of a gas system, nor does it indicate that an installer should deviate from the manufacturer's instructions in the event that those instructions require direct bonding.

**Arkansas Fire Prevention Code: Volume 2**

Arkansas Fire Prevention Code, Vol. 2, does not apply to one- and two-family dwellings. This is described as an exception to the scope of the code (section 101.2).

> *Exception: Detached one- and two-family dwellings and multiple single-family dwellings (townhouses) not more than three stories high with separate means of egress and their accessory structures shall comply with the Arkansas Fire Prevention Code Volume III.*

**Arkansas Fire Prevention Code: Volume 3**

Arkansas Fire Prevention Code, Vol. 3, provides requirements specific to residential one- and two-family dwellings.  This volume of the AFPC is based upon the ICC's International Residential Code for One- and Two-family Dwellings, 2000 Edition.  The scope of the document states that its requirements "shall apply to the construction, alteration, movement, enlargement, replacement, repair, equipment, use and occupancy, location, removal and demolition of detached one- and two-family dwellings." [26] The AFPC includes the following provision regarding referenced codes and standards:

> *R102.4 Referenced Codes and Standards.  The codes and standards referenced in this code shall be considered part of the requirements of this code to the prescribed extent of each such reference.  Where differences occur between the provisions of this code and the referenced codes and standards, the provisions of this code shall apply.*

---

[26] Arkansas Fire Prevention Code, Volume 3, 2002 Edition, Section R101.2

Kaytomaa0020
EXHIBIT "B"

> *Exception: Where enforcement of a code provision would violate the conditions of the listing of the equipment or appliance, the conditions of the listing and manufacturer's instructions shall apply.*

Therefore, according to the AFPC, installation of equipment must be performed in accordance with the conditions of listing and the manufacturer's instructions.

## National Electric Code, 2002 Edition

The Arkansas Board of Electrical Examiners adopted National Electric Code, NEC (2002) (NFPA 70) in its entirety on January 1, 2002.[27]  This was the applicable electric code at the time of the gas piping installation.  The NEC promulgates specific requirements for the bonding of metallic piping systems.

The 2002 Edition of the NEC outlines the requirements for bonding of piping systems and exposed structural steel in section 250.104.  Bonding requirements are outlined in three categories, "Metal Water Piping", "Other Metal Piping", and "Structural Steel."  CSST would be classified under the Section 250.104 (B) on "Other Metal Piping" which states:

> *(B) Other Metal Piping. Where installed in or attached to a building or structure, metal piping system(s), including gas piping, that may become energized shall be bonded to the service equipment enclosure, the grounded conductor at the service, the grounding electrode conductor where of sufficient size, or to the one or more grounding electrodes used. The bonding jumper(s) shall be sized in accordance with 250.122 using the rating of the circuit that may energize the piping system(s). The equipment grounding conductor for the circuit that may energize the piping shall be permitted to serve as the bonding means.*

---

[27] Personal Communication with Daniel Faulkner, Attorney, Arkansas Dept. of Labor, 12-9-14

EXHIBIT "B"

The code also includes a Fine Print Note[28] with this section that states "Bonding all piping and metal air ducts within the premises will provide additional safety."

It is clear in the NEC that other metal piping including gas piping, specifically, are required to be installed with a bond to the grounding electrode system.  In addition, it is clear that bonding that is considered to be above and beyond the minimum requirements promulgated by this code is not prohibited, and in fact is recommended by the standards committee.

## Arkansas Gas Code, 1995 Edition

The Arkansas Department of Health under the Protective Health Codes adopted the 1995 Edition of Arkansas Gas Code (AGC).  The Protective Health Codes "represents the minimum standards for installation, alteration, and repair of mechanical and plumbing equipment and systems."[29]

The 1995 Edition of the Arkansas Gas Code (AGC) is modeled after the 1994 Edition of the Standard Gas Code.  The scope of the AGC is described in section 101.2:

> *These standards represent the MINIMUM CODE REQUIREMENTS of the State of Arkansas governing the installation of consumer's piping and gas appliances… These requirements apply to consumer's gas piping systems extending from the outside side of the gas meter to the inlet connections of appliances and the installation and operation of residential and commercial gas appliances.  They are intended to cover the design, fabrication, installation, tests and operation of such systems for fuel gases …*

> *This Code shall not be construed to relieve from or lessen the responsibility or liability of any party owning, operating, controlling, or*

---

[28] Per NFPA 70 (2002) Article 90.5, the notation "FPN" denotes a Fine Print Note: "Explanatory material …in the form of Fine Print Notes (FPN)." The 2002 Edition of NFPA 70 provides more detail regarding the significance of FPNs in Article 90.5, citing that FPNs are "explanatory material", "informational only", and "not enforceable as requirements".

[29] http://www.healthy.arkansas.gov/programsServices/environmentalHealth/ProtectiveHealthCodes/Pages/default.aspx <Visited on 12-23-14>

Kaytomaa0022
EXHIBIT "B"

*installing gas piping or gas-fired appliances for damages to persons or*
*property caused by any defect therein.*

Section 309.12.1 of the AGC under "Grounding of Gas Piping" specifically requires that "Gas piping systems within a building and other above ground gas piping shall be electrically continuous and bonded to a grounded electrode as defined by NFPA 70". Section 309.12.2 continues to state "[g]as piping shall not be used as a grounding electrode."

Furthermore, section 306.2 specifies that "[c]orrugated stainless steel tubing systems shall be tested, listed, and installed in accordance with ANSI/AGA LC-1." Section 402.1 is entitled "Approval Installation of Listed or Unlisted Equipment", and mandates that "[a]ll listed appliances and equipment shall be installed in accordance with their listings."

TracPipe is listed under ANSI/AGA LC-1 which has a section dedicated to the installation instructions.[30] Therefore, the AGC specifically requires that the installer comply with the manufacturer's instructions when installing a listed CSST system, such as TracPipe. Furthermore, the AGC requires that all above ground gas piping systems be bonded to a grounding electrode. Finally, the listing of TracPipe itself requires installation in compliance with the manufacturer's instructions.

## Industry Standards – NFPA 54, 2002 Edition

NFPA 54 is an industry standard and its contents establishes the current state of the industry regarding the appropriate installation of a fuel gas system. Although the State of Arkansas adopted the 1996 edition of this model code, NFPA had published the 2002 edition of NFPA 54 prior to the installation of the CSST in the Miller home.

Additional language in NFPA 54 (2002) states that "Gas utilization equipment shall be connected to the building piping … by … (4) CSST where installed in accordance with the manufacturer's

---

[30] ANSI LC-1/CSA 6.26 (2005) Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST) Section 1.8

Kaytomaa0023
EXHIBIT "B"

instructions."[31]   Accordingly, the industry standard at the time of the Miller's CSST installation instructs the installer to perform the installation in accordance with the manufacturer's instructions.

## Omega Flex's Instructions

As outlined above, the installer of a gas piping system utilizing CSST is required to install the system in accordance with the manufacturer's instructions.  The original TracPipe installation was completed in 2004.[32]  From March, 2003 to July, 2004, the March, 2003 Flexible Gas Piping Design Guide and Installation Instructions (D&I Guide) was applicable. From July, 2004, to December, 2005, the July, 2004 Flexible Gas Piping Design Guide and Installation Instructions (D&I Guide) was applicable.  Therefore either the March, 2003 or the July, 2004 editions would have been applicable at the time of the installation.

Warnings are listed on the first page of Chapter 1 of the Omega Flex D&I Guides.  On these pages, the documents states "[t]he installation instructions and procedures contained in this Design Guide must be strictly followed in order to provide a safe and effective fuel gas piping system or system modification." [33]  Additionally, on these pages a highlighted box further warns that: "If this system is used or installed improperly, fire, explosion, or asphyxiation may result. The installation instructions and applicable local codes must be strictly followed."

As per ANSI LC-1, The D&I Guides contain a warning that TracPipe "must only be installed by a qualified person who has been trained or otherwise qualified through the TracPipe Gas Piping Installation Program."[34]

The D&I Guides include a section specific to "Electrical Bonding/Grounding" (Section 4.10).[35] This section states: "[i]n accordance with The National Fuel Gas Code NFPA 54/ANSI Z223,

---

[31] NFPA 54 (2002) 8.5.1

[32] Deposition of Jerry Miller, July 14, 2014, page 40-42.

[33] TracPipe Flexible Gas Piping Design Guide and Installation Instructions, March, 2003, pg 3, and July 2004, pg 3.

[34] TracPipe Flexible Gas Piping Design Guide and Installation Instructions, March, 2003, pg 3, and July 2004, pg 3.

[35] TracPipe Flexible Gas Piping Design Guide and Installation Instructions, March, 2003, pg 47, and July 2004, pg 59.

EXHIBIT "B"

'each above ground portion of a gas piping system upstream from the equipment shutoff valve shall be electrically continuous and bonded to any grounding electrode, as defined by the *National Electric Code*, ANSI/NFPA 70."[36]

Although the D&I Guides borrow language from the 1999 Edition of NFPA 54, it does not instruct the installer *only* to follow the requirements of NFPA 54, but rather *explicitly* states that bonding of the gas piping system to a grounding electrode is required, and then describe how to perform that bonding.  Furthermore, if an installer has any questions on bonding or any other installation requirements, the installer should not put the gas system into service, but rather should contact the manufacturer to adhere to the proper bonding requirements.

The D&I Guides continue by providing a schematic of the proper bonding, as follows:



*Figure 4-21*

Figure 6: Figure 4-21 of the March, 2003 and June, 2004 D&I Guides demonstrating proper bonding clamp.


## Bonding & Grounding

Local codes and industry standards at the time of this installation required that the gas service be installed in accordance with the manufacturer's instructions.  This included the installation of a direct bond between the TracPipe and the home's grounding electrode system.  This installation

---

[36] TracPipe Flexible Gas Piping Design Guide and Installation Instructions, March, 2003, pg 47, and July 2004, pg 59.

Kaytomaa0025
EXHIBIT "B"

technique is required to prevent or significantly reduce the likelihood of damage to the CSST in the event of a lightning strike.  The Miller home did not have a direct bond between the gas service and the home's electrical grounding system.  As such, the gas system installation was in violation of both manufacturer's instructions and the local codes in effect at the time of the installation.

Kaytomaa0026

EXHIBIT "B"

# Origin of the fire

Exponent did not perform an independent evaluation of the origin of the fire at the Miller residence. The fire consumed the structure, down to the foundation (see Figure 7). In such cases, the origin of a fire is difficult to determine and may be impossible. According to NFPA 921: "Determining which pattern was produced at the point of origin by the first material ignited usually becomes more difficult as the size and duration of the fire increases."[37]



Figure 7. Photograph of the remains of the Miller home after the fire.

---

[37] NFPA 921 (2014): Guide for Fire and Explosion Investigations. Section 6.3.1.2.2.

Kaytomaa0027
EXHIBIT "B"

January 26, 2015

# Evidence Examinations

Exponent attended a joint evidence examination at The Way Labs in Bixby, OK on August 11, 2014. All of the evidence retained from the fire scene was inspected at this examination, which included multiple sections of TracPipe CSST, the boiler, a length of cable television wiring, and piping sections and fittings.

## TracPipe CSST

The CSST removed from the Miller residence showed significant corrosion and multiple corrosion holes in various locations, as shown in Figure 8 through Figure 12. Corrosion was visible over a large area of the exterior of the piping.



Figure 8. Photograph of a section of TracPipe with corrosion damage.

Kaytomaa0028

EXHIBIT "B"



Figure 9. Photograph of a section of TracPipe with corrosion damage.



Figure 10. Photograph of a section of TracPipe with corrosion damage.

Kaytomaa0029

EXHIBIT "B"



Figure 11. Photograph of a section of TracPipe with corrosion damage.



Figure 12. Photograph of a section of TracPipe with corrosion damage.

Kaytomaa0030

EXHIBIT "B"

One section of TracPipe, identified as section 8 had two holes the cause of which could not be determined by visual examination alone, and required more detailed microscopic exam. The larger hole was denoted 8A and the smaller hole was denoted 8B. The section of TracPipe containing both holes was sectioned lengthwise (see Figure 13) so that the inside and outside surfaces of both holes could be examined using a scanning electron microscope.



Figure 13. Photograph of Section 8 of the TracPipe retained from the Miller residence, after being sectioned length-wise. Hole 8A is the larger hole (at the bottom). Hole 8B is the smaller hole (at the top).

Each hole was inspected using an optical microscope as well as a scanning electron microscope in its as-found condition and again after cleaning.  Each hole was then cross-sectioned, metallurgically mounted, mechanically polished, and chemically etched such that the underlying metallographic structure could be examined.

Kaytomaa0031
EXHIBIT "B"

## Hole 8A

The larger hole (denoted hole 8A) did not show any evidence of molten and re-solidified metal, either in the SEM images (example shown in Figure 14) or during a metallographic inspection of the cross-sectioned hole wall.



Figure 14. SEM image of the internal surface hole 8A. No melting was observed around the edge of the hole.

## Hole 8B

The smaller hole (denoted hole 8B) had the appearance of a molten and re-solidified edge, as shown in the SEM image in Figure 15. The presence of melting was confirmed by the metallographic examination of the cross-sectioned hole, shown in Figure 16 and Figure 17. As shown in Figure 17, the microstructure of the molten and re-solidified metal can be clearly distinguished from the original, un-melted metal.

Energy dispersive x-ray spectroscopy (EDS) was performed over several areas of interest around hole 8B to determine what elements were present on the surface and in the metal surrounding the

Kaytomaa0032
EXHIBIT "B"

January 26, 2015

hole. In the area of interest shown in Figure 18 (on the inside surface of the hole), a significant amount of copper (up to 3.2%) was identified in addition to elements typically found in stainless steel by EDS spectra taken at multiple locations.



Figure 15. SEM image of external surface of hole 8B. The edge of the hole showed evidence of molten and resolidfied metal.

EXHIBIT "B"

January 26, 2015



Figure 16. Optical microcope image of a cross-section through hole 8B after chemical etching. The red rectangle indicates the region shown in Figure 17.



Figure 17. Optical microscope image of the region of the cross-section through hole 8B after chemical etching shown by the red rectangle in Figure 16. There is a small region of melted and re-solidifed metal at the edge of the hole.

Kaytomaa0034

EXHIBIT "B"



Figure 18. SEM image of external surface of hole 8B.The red rectangle indicates the area depicted in Figure 19.



Figure 19. SEM image of the area of interest on the inside surface of hole 8B shown as the red rectangle in Figure 18, indicating the locations where EDS was performed. Spectra 7, 8, 10, and 11 all showed the presence of copper.

Kaytomaa0035
EXHIBIT "B"

# Cause of the Miller residence fire

Lightning energy is well known to cause fires when it impacts residential structures. According to NFPA 921: Guide for Fire and Explosion Investigations (2011 edition), "Because the voltages and currents from lightning strikes are so high, arcs can jump at many places, cause mechanical damage, and ignite many kinds of combustibles."[38] A single lightning flash is also capable of igniting independent fires in multiple locations.

Lightning struck to a tree to the northwest of the Miller home. Based on Exponent's analysis of the NLDN data (described above), the lighting strike to the tree was one of three strikes all occurring at 6:20 p.m. and having peak currents of -27.5 kA, -16.3 kA, and -11.9 kA. Using a typical lightning current waveform of 10x50 µs[39], the -27.5 kA strike was capable of depositing 1.7 C of charge on the tree.

The lightning strike could have resulted in electrical arcing within the home and is a possible cause of the fire. However, due to the amount of damage to the home, the origin and cause of the fire remain undetermined.

## First fuel ignited

There are many fuels within a home that can be ignited by electrical arcing including: wood, wood fibers, saw dust (or other dust), or paper. Fuel gas can also be ignited by electrical arcing, but only under well-defined and specific conditions. The origin of this fire and the specific first fuel ignited were not able to be determined.

The hypothesis that propane gas was the first fuel ignited was considered. Assuming that the hole in the TracPipe was formed by the lightning strike, Exponent's testing (see Appendix H) has demonstrated that the fuel gas cannot be ignited by the arcing event. As the concentration inside the TracPipe is 100% propane, an ignitable mixture of fuel gas only exists far from the hole. If

---

[38]   NFPA 921 (2014) 8.9.4.2.2.

[39]   A 10x50 µs waveform approximates the duration of a median waveform for negative strokes. See IEC Standard IEC62305-1 Protection Against Lightning (2006) Appendix A.

Kaytomaa0036

EXHIBIT "B"

the gas burned, it had to have been ignited by a pre-existing fire burning a distance away from the hole, such as ordinary combustibles ignited by lightning-related electrical arcing. Therefore, the first fuel ignited was not propane escaping from a hole in the TracPipe.

## Cause of holes in the TracPipe

The TracPipe in the Miller home exhibited significant corrosion resulting in multiple holes. The holes formed after the fire as the TracPipe was in contact with moisture and fire debris.

Only one hole (denoted as 8B) was determined to show evidence of molten and re-solidified metal. As the heat from a typical residential fire is insufficient to melt stainless steel, this melting hole was formed by electrical arcing. Since copper was identified around the hole, the opposing electrode for the arcing event was comprised of copper. Hole 8B was elliptical, with a major axis of 4.1 mm(0.162 inches) and a minor axis of 1.5 mm (0.061 inches), and thus an area of (5 mm$^2$). A hole of this size requires an arcing event that delivers 1.7 C of charge to form.[40] As described above, the largest lightning that could have struck the tree delivered approximately 1.7 C of charge. Since only a fraction of the charge deposited on the tree would have entered the home, and only a fraction of the charge entering the home could have potentially been involved in an arcing event with the TracPipe, the amount of charge available for such an arcing event would be significantly less than 1.7 C.  As such, the hole was most likely not caused by one of the lightning strikes recorded by NLDN.

The only other source of electrical energy able to form this hole is the household electrical system.  Exponent has performed testing in our laboratory that demonstrates that household electrical conductors protected by ordinary circuit breakers can form holes in TracPipe during arcing events with a range of sizes (see Appendix G).  Such holes can be formed when insulated and energized branch circuit wires and the jacketed TracPipe are exposed to a pre-existing fire which consumes the electrical insulation and TracPipe jacket. Hole 8B showed evidence of copper around the hole, consistent with arcing involving a branch circuit wire. The size and

---

[40] Based on a calculation using the formula provided by McEachron & Hagenguth. Effect of Lightning on Thin Metal Surfaces.  IEEE Transactions,Vol 61,  August 1942.

EXHIBIT "B"

morphology of Hole 8B is consistent with holes that Exponent has observed in the laboratory during testing with branch circuit wiring.

Kaytomaa0038
EXHIBIT "B"

# Limitations

At the request of Omega Flex, Inc., Exponent, Inc. (Exponent) conducted an investigation of the fire that occurred at the Miller residence on September 7, 2012 for the purposes of an ongoing legal matter.  The scope of services performed during this investigation may not adequately address the needs of other users of this report, and any re-use of this report or its findings, conclusions, or recommendations presented herein are at the sole risk of the user.  The opinions and comments formulated during this assessment are based on observations and information available at the time of the investigation.  No guarantee or warranty as to future life or performance of any reviewed condition is expressed or implied.

The findings presented herein are made to a reasonable degree of engineering certainty. Exponent has made every effort to accurately and completely investigate all areas of concern identified during this investigation.  The data and opinions presented in this report are only those finalized at the time of its publication.  If new data becomes available or there are perceived omissions or misstatements in this report regarding any aspect of those conditions, we ask that they be brought to our attention as soon as possible so that we have the opportunity to fully address them.

The opinions and data presented in this report are not intended to represent all of the opinions or the work product that Exponent has performed related to this matter. In the event that Exponent conducts additional work and analyses, additional opinions may be developed.

Kaytomaa0039
EXHIBIT "B"

# Appendix A – Material Reviewed

Kaytomaa0040
EXHIBIT "B"

1. NFIRS, Incident number 2012465, Chief Marc Lowery, Incident date September 8, 2012.

2. Protem Fire Protection District, Fire Report, September 7, 2012.

3. Boone County, AR Sheriff Department Incident Report (Incident#12104870), Dated September 8, 2012.

4. Boone County Sheriff's Office, Statement Form, Susan Bennett, September 10, 2012.

5. Other

6. Photographs taken by Smith & Associates on November 15, 2012.

7. Deposition of Jerry Miller, July, 14, 2014

8. Deposition of Jerry Miller, August, 19, 2014

9. Deposition of Terry Miller, August, 19, 2014

10. Deposition of Steve Russell, December, 9, 2014

11. Deposition of Marc Lowery, December, 9, 2014

12. Deposition of Colin Lillard, July 15, 2014

13. Deposition of Albert Longo, July 15, 2014

14. Vaisala Inc., StrikeNet report #205040 (Order number#5530050152)

15. Paid Receipt, 2011 Tax Receipt 2217, Boone County, Arkansas.

16. Arkansas GIS Maps, GeoStor Viewer.

17. Arkansas Fire Prevention Code, 2002 edition, Volumes 1-3.

18. NFPA 70. National Electric Code, 2002 edition.

19. Arkansas Gas Code, 1995 edition

20. International Code Council's model building codes, 2000 editions.

21. NFPA 58, Liquefied Petroleum Gas Code, 1998 edition.

22. NFPA 54. National Fuel Gas Code. 1996 edition.

23. NFPA 54. National Fuel Gas Code. 1999 edition, Formal Interpretation #1.

24. Standard Gas Code, 1994 edition.

25. NFPA 54, National Fuel Gas Code, 2002 edition.

26. ANSI LC-1/CSA 6.26 (2005) Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST)

27. TracPipe Flexible Gas Piping Design Guide and Installation Instructions, July 2004.

28. TracPipe Flexible Gas Piping Design Guide and Installation Instructions, March 2003.

29. NFPA 780: Standard for the Installation of Lightning Protection Systems. 2004.

Kaytomaa0041

EXHIBIT "B"

30. ANSI LC-1/CSA 6.26 (2005) Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST).

31. NFPA 921: Guide for fire and explosion investigations. NFPA. 2014.

32. McEachron, K.B., Hagenguth, J.H. Effect of Lightning on Thin Metal Surfaces.  A*IEEE Transactions*.  Vol 61. August, 1942.

33. Hagenguth, J. H. Lightning Stroke Damage to Aircraft. *AIEE Transactions*. 1949, volume 68.

34. Brick, R.O. A Method for Establishing Lightning Resistance / Skin-Thickness Requirements for Aircraft. Technical Report AFAL-TR-68-290, Part II. Lightning and Static Electricity Conference, 3-5 December 1968.

35. Uman, M. *The Lightning Discharge*. Dover Publications Inc., Mineola, New York. 2001.

36. Rakov, V & Uman, M. Lightning, Physics and Effects. Cambridge University Press. 2003.

37. Chowduri et.al. Parameters of Lightning Strokes: A Review. *IEEE Transactions on Power Delivery*. Vol 20, No. 1. January 2005.

38. IEC Standard IEC62305-1 Protection Against Lightning (2006).

39. Evarts, B. *Lightning Fires and Lightning Strike.* National Fire Protection Association, Fire Analysis and Research Division. December 2010.

40. Ahrens, M. *Home Structure Fires*. National Fire Protection Association, Fire Analysis and Research Division. March 2010.

41. Zeik, T.P., Dargi, M.M. Lightning Technologies Inc. *Test Report: High Current Arc Entry Testing on CSST Gas Tubing Samples Using LC1027 & LC1024 Methods*.  April 22, 2013.

42. Hall, A.L., Dargi, M.M. Lighting Technologies Inc. *Dielectric Breakdown Voltage and Current Conduction Tests of Omega Flex Flexible Gas Piping*. July 9, 2003.

43. Kraft, B. & Torbin, R. "Effectiveness of Direct Bonding of Gas Piping in Mitigating Damage from an Indirect Lightning Flash." August, 2007.

44. SEFTIM. Validation of Installation Methods for CSST Gas Piping to Mitigate Lightning Related Damage. Phase 1. Fire Protection Research Foundation. April 2011.

45. Hammerschmidt, A. "Validation of Installation Methods for CSST Gas Piping to Mitigate Indirect Lightning Related Damage." Final Report. Gas Technology Institute. September 5, 2013.

46. K. Crouch. Minimum Ignition Levels of Aircraft Fuel Constituents to Lightning Related Ignition Sources. *International Conference on Lightning and Static Electricity*, Dayton USA, 1986, 48-1-48-17.

47. Laurendeau, N.M. Thermal Ignition of Methane-Air Mixtures by Hot Surfaces: A Critical Examination. *Combustion and Flame* 46:29-49 (1982).

48. Kutcha, J.M. *Investigation of Fire Explosion Accidents in the Chemical, Mining, and Fuel Related Industries – A Manual*. U.S. Bureau of Mines, Bulletin 680, 1985.

49. Smyth, K. C.; Bryner, N. P. Combustion Science and Technology, Vol. 126, 225-253, 1997

50. *Testing to Compare the Seismic Response of TracPipe Flexible Gas Piping (CSST) with black steel piping systems under Simulated Earthquake Induced Motions*. Report addressed to Mr. Bill Rich, dated November 18, 1998.

51. Blevins, R.D. *Applied Fluid Dynamics Handbook*. Krieger Publishing Company. 2003.

52. Oosthuizen, P.H., Carscallen, W.E. *Compressible Fluid Flow*. The McGraw-Hill Companies, Inc. 1997.

53. Pope, S.B. *Turbulent Flows*. Cambridge University Press. 2000.

54. Sedriks, J. Corrosion of Stainless Steels, The Electrochemical Society, 1996.

55. Davis, S Chavez, D., Kytomaa, H. Hot Surface Ignition of Flammable and Combustible Liquids. *SAE International*. 2006-01-1014. 2006.

56. Ellison, A., Morse, T., Kytömaa, H. "Lightning Related Structure Fires." International Symposium on Fire Investigation, October 2012.

57. Ellison, A., Rosen, J. "Origin Determination in Fires Involving Fuel Gas." International Symposium on Fire Investigation Science & Technology. Baltimore, MD. October 2014.

58. Morse, T., Ellison, A., Kytömaa, H. "Electrical Fault Damage to Corrugated Stainless Steel Tubing in a House Fire." International Symposium on Fire Investigation Science & Technology. Baltimore, MD. October 2014.

Kaytomaa0043

EXHIBIT "B"

January 26, 2015

# Appendix B – StrikeNet Report

Kaytomaa0044
EXHIBIT "B"



**STRIKEnet®**

**Claim or Reference #:** MILLER
**Insured/Property Owner:**
**STRIKEnet Report #:**  205040
**Address:**
**Latitude / Longitude:** 36.48056667 / -92.86401667
**Search Period:**  Sun, Sep 07, 2014 12:16 AM US CDT – Mon, Sep 08, 2014 12:15 PM US CDT
**Search Radius:** 5 mile(s)/8km

**STRIKEnet verified there were ZERO cloud-to-ground lightning strokes detected within 5 miles of the property for the dates inquired.**

Thank you for using STRIKEnet to validate lightning. Your report was generated by Weather Fusion using data from Vaisala's National Lightning Detection Network® (NLDN), the most comprehensive lightning strike archive database in North America.

STRIKEnet lightning verification report data is provided by the National Lightning Detection Network (NLDN) and/or Environment Canada's Canadian Lightning Detection Network (CLDN)–operated by Vaisala. STRIKEnet is built upon 35 years of scientific heritage and is over 99% accurate at detecting the presence or absence of a lightning event within 5 miles of a U.S. property. Furthermore, NLDN is the most scientifically–referenced, reputable and accurate lightning network available, with lightning data back to 1989. For more information about STRIKEnet or the lightning data within the report, please visit Weather Fusion's website and frequently asked questions at:
http://www.weatherfusion.com/about-us/faq

If you have any questions about this report, or would like more information about Weather Fusion, please contact us at 888.929.4245 or sales@weatherfusion.com

Best Regards,



Weather Fusion, LLC
sales@weatherfusion.com
888.929.4245
2227 W. Lindsey St., Suite 1213
Norman, OK 73069

**Scan for Data Authentication**



*The original contents of this report are stored online in the original state provided by WeatherFusion.com. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*

© 2014 Weather Fusion, LLC. All Rights Reserved. STRIKEnet and NLDN are registered trademarks of Vaisala Group.
Weather Fusion, LLC • 2227 W. Lindsey St. • Suite 1213 • Norman, OK 73069
www.weatherfusion.com
Phone: 888.929.4245

Kaytomaa0045

EXHIBIT "B"



**STRIKEnet**®

**Claim or Reference #:** MILLER
**Insured/Property Owner:**
**STRIKEnet Report #:**  205040
**Address:**
**Latitude / Longitude:** 36.48056667 / -92.86401667
**Search Period:**  Sun, Sep 07, 2014 12:16 AM US CDT – Mon, Sep 08, 2014 12:15 PM US CDT
**Search Radius:** 5 mile(s)/8km



**Lightning Strokes Map**

| | |
|---|---|
| 2014-09-07 00:16:00 | |
| 2014-09-07 06:16:00 | |
| 2014-09-07 12:16:00 | |
| 2014-09-07 18:16:00 | |
| 2014-09-08 00:16:00 | |
| 2014-09-08 06:16:00 | |
| 2014-09-08 12:15:00 | |

**Lightning Strokes Detected within 5 mile(s)/8km:**     0
Lightning Strokes between…
**Sun, Sep 07, 2014 12:16 AM US CDT to Sun, Sep 07, 2014 06:16 AM US CDT:**     0
**Sun, Sep 07, 2014 06:16 AM US CDT to Sun, Sep 07, 2014 12:16 PM US CDT:**     0
**Sun, Sep 07, 2014 12:16 PM US CDT to Sun, Sep 07, 2014 06:16 PM US CDT:**     0
**Sun, Sep 07, 2014 06:16 PM US CDT to Mon, Sep 08, 2014 12:16 AM US CDT:**     0
**Mon, Sep 08, 2014 12:16 AM US CDT to Mon, Sep 08, 2014 06:16 AM US CDT:**     0
**Mon, Sep 08, 2014 06:16 AM US CDT to Mon, Sep 08, 2014 12:15 PM US CDT:**     0

© 2014 Weather Fusion, LLC. All Rights Reserved. STRIKEnet and NLDN are registered trademarks of Vaisala Group.
Weather Fusion, LLC • 2227 W. Lindsey St. • Suite 1213 • Norman, OK 73069
www.weatherfusion.com
Phone: 888.929.4245

Kaytomaa0046

EXHIBIT "B"



**STRIKEnet**®

**Claim or Reference #:** MILLER
**Insured/Property Owner:**
**STRIKEnet Report #:**  205040
**Address:**
**Latitude / Longitude:** 36.48056667 / -92.86401667
**Search Period:**  Sun, Sep 07, 2014 12:16 AM US CDT – Mon, Sep 08, 2014 12:15 PM US CDT
**Search Radius:** 5 mile(s)/8km

### Confidence Ellipses For Lightning Strokes



Lightning Confidence Ellipse Map indicates with 99% certainty that the recorded lightning event contacted the ground within the bounds of the ellipse.

© 2014 Weather Fusion, LLC. All Rights Reserved. STRIKEnet and NLDN are registered trademarks of Vaisala Group.

Weather Fusion, LLC • 2227 W. Lindsey St. • Suite 1213 • Norman, OK 73069
www.weatherfusion.com
Phone: 888.929.4245

Kaytomaa0047

EXHIBIT "B"



**STRIKEnet®**

Lightning Stroke Table (50 closest strokes)

| Date | Time | Peak Current (N/A) | Distance From Center (mi/km) | Latitude | Longitude |
|------|------|--------------------|------------------------------|----------|-----------|

No lightning detected within requested parameters.

© 2014 Weather Fusion, LLC. All Rights Reserved. STRIKEnet and NLDN are registered trademarks of Vaisala Group.

Weather Fusion, LLC • 2227 W. Lindsey St. • Suite 1213 • Norman, OK 73069

www.weatherfusion.com

Phone: 888.929.4245

Kaytomaa0048

EXHIBIT "B"



**STRIKEnet**®

Copyright © Weather Fusion LLC 2014. Copyright Vaisala Group 2014. All rights reserved. This report is intended for the sole use of the customer; copying, modifying, or distributing this report in part or in its entirety to any third party is expressly forbidden unless express written permission is granted by Weather Fusion. Weather Fusion's Terms and Conditions apply. STRIKEnet and NLDN are registered trademarks of Vaisala.

While Weather Fusion strives to implement processes and procedures to develop accurate data and reports, this report and the corresponding data are provided on an As Is basis and are for informational purposes only. Weather Fusion is not responsible for any use of its reports or corresponding data and is not be responsible for any resulting decisions based on the reports or data. Weather Fusion makes no representations or warranties of any kind, including express, implied, or warranties of non-infringement with respect to the reports or data or that the reports or data are accurate and complete or free of errors or mistakes. Use of Weather Fusion reports is further limited by and subject to the Terms and Conditions at WeatherFusion.com.

Kaytomaa0049

EXHIBIT "B"

January 26, 2015

# Appendix C – Dr. Kytomaa's CV

Kaytomaa0050

EXHIBIT "B"



*Failure Analysis Associates®*

Exponent
9 Strathmore Road
Natick, MA 01760

telephone 508-652-8500
facsimile 508-652-8599
www.exponent.com

**Harri K. Kytömaa, Ph.D., P.E., CFEI**
**Corporate Vice President**

**Professional Profile**

Dr. Harri Kytömaa is a Corporate Vice President and Director of the Thermal Sciences practice, specializing in mechanical engineering and the analysis of thermal and flow processes. Dr. Kytömaa applies his expertise to the investigation and prevention of failures in mechanical systems, including CO formation in combustion equipment and its migration.  He also investigates fires and explosions, and the determination of their cause and origin.  Dr. Kytömaa investigates such failures in aircraft, motor vehicles, marine facilities, processing and manufacturing plants, and office and residential occupancies.  He has provided consultation to the power generation, oil and gas, and chemical industries.  Dr. Kytömaa's project experience includes turbines, compressors, boilers, steam generators, pneumatic and hydraulic systems, instrumentation, nuclear waste management, heat transfer systems, liquid and gas fuel distribution, delivery and storage systems and cryogenic facilities including LNG regasification and liquefaction facilities and their associated equipment.

Dr. Kytömaa has decades of experience in the area of dynamics and thermal hydraulics of piping systems, valves and pipelines.  He has developed flow modeling tools for such systems and their components and has applied these to drilling and downhole applications.  He pioneered the modeling of the acoustics of drilling fluid filled piping systems for acoustic telemetry and Measurement-While-Drilling (MWD), which was one of the enabling technologies for directional drilling.  Dr. Kytömaa has also developed ultrasonic techniques for both medical and engineering applications, including instrumentation for flow measurement and the characterization of dense suspensions.

Dr. Kytömaa was Assistant Professor and Associate Professor of Mechanical Engineering at the Massachusetts Institute of Technology, where he was head of the Fluid Mechanics Laboratory. He has also held positions as Visiting Professor at the Helsinki University of Technology and at the DOE Pacific Northwest Laboratory in Washington, and served as Lecturer at the Worcester Polytechnic Institute.  Dr. Kytömaa consulted for Teleco Oil Field Services, Inc., developing MWD technology and other downhole applications.

**Academic Credentials and Professional Honors**

Ph.D., Mechanical Engineering, California Institute of Technology, 1986
M.S., Mechanical Engineering, California Institute of Technology, 1981
B.Sc., Engineering Science, Durham University, England (First Class with Honors), 1979

Session Chairman, LNG Plant Safety and Protection: 2014, 2013, 2012 and 2011 AIChE Spring Meetings & 10th, 9th, 8th and 7th Global Congress on Process Safety; Keynote Speaker: AIChE 2014 Spring National Meeting, 14th Topical Conference on Gas Utilization, New Orleans, LA,

Kaytomaa0051
EXHIBIT "B"

March 30–April 3, 2014; Liquefied Natural Gas (LNG) installations and equipment, ISO /TC 67/ WG10: Committee Member, 2008–2014; Outstanding Presentation Award, AIChE Spring Meeting, 2013; Excellence Award at the SAE 2006 World Congress & Exhibition; Lewis F. Moody Award for best paper on a subject useful in engineering practice presented to American Society of Mechanical Engineers (ASME), 1993; Henry L. Doherty Professor in Ocean Utilization, 1991–1993; Chairman, Organizing Committee, Engineering Foundation Workshop, Davos, Switzerland, 1993; National Science Foundation Review Panelist, Washington, DC, 1990; National Science Foundation Group Leader, Acoustic Methods Workshop on Visualization of Particulate Two-Phase Flows, Washington, DC, 1990; Diver in the Finnish Navy, rank Able Seaman, Distinguished Service, 1980; Institute of Mechanical Engineers Prize for Outstanding Project Work (United Kingdom), 1979

## Licenses and Registrations

Registered Professional Mechanical Engineer, California, #34290; Louisiana, #PE.0035054; Massachusetts, #48202; Maine, #12370; Michigan, #6201057546; Washington, #47486; New York, #089361 (2011–2013)

Certified Fire and Explosion Investigator (CFEI, Registration No. 13524-6843) in accordance with the National Association of Fire Investigators (NAFI) National Certification Board per NFPA 921 Section 11.6.4;
Certified Fire Investigator (CFI certificate No. 20-005) in accordance with the International Association of Arson Investigators (2009–2014);
Fire Investigation 1A Certification accredited by the California State Fire Marshal;
Short Course on Aircraft Fire protection/Mishap Investigation, AFP Associates, November 9, 2001;
National Waste Operations and Emergency Response Training, 29 CFR 1910.120 (1994–2000);
Asbestos Worker, Certificate No. 97-164-112-102, pursuant to Title II of the Toxic Substance Control Act, 15 USC 2646, 1997;
Nordic Sportsdiver's Certificate, CMAS International Diving Certificate "2 stars," No 1076;
Open Water Certified Scuba Diver, NAUI Certification #: kyto062958harsd;
Enriched Air Diver, Nitrox, Max 40% $O_2$ concentration, PADI Diver No. 0604055220

## Languages

French, Finnish

## Professional Affiliations

Member:  American Society of Mechanical Engineers; American Institute of Chemical Engineers; Society of Fire Protection Engineering; Sigma Xi, The Scientific Research Honor Society; National Fire Protection Association

Kaytomaa0052 

EXHIBIT "B"

**Publications and Articles**

Ibarreta AF, Morrison DR, Kytömaa HK.  Small scale and transportation: navigating the risk.  LNG Industry Magazine, October 17–24, 2014.

McInerney EH, Hart RJ, Morrison DR, Kytömaa HK.  New quantitative risk criteria for US LNG facilities.  Process Safety Progress 2014; 33(3):237–246.

Ibarreta A, Ponchaut N, Hart R, Morrison D, Kytömaa HK.  Reducing flammable release hazards at LNG facilities.  FS-World Magazine ([www.fs-world.com](www.fs-world.com)) – Oil & Gas Industry, Spring 2014 Edition, pp. 18–22.

Kytömaa HK, Morrison DR.  A moving target.  LNG Industry Magazine, November/December 2013; 57–62.

Kytömaa HK, Morrison DR.  The Liquefied Natural Gas (LNG) industry and fire protection regulations.  Fire Protection Engineering 2013; 60:8–24.

Morse TL, Kytömaa HK.  The effect of turbulence on the rate of evaporation of LNG on water.  Journal of Loss Prevention in the Process Industries 2011; 24:791–797.

Ponchaut NF, Kytömaa HK, Morrison DR, Chernovsky MK.  Modeling the vapor source term associated with the spill of LNG into a sump or impoundment area.  Journal of Loss Prevention in the Process Industries; Nov 2011; 24(6):870–878.

Gavelli F, Chernovsky MK, Bullister E, Kytömaa HK.  Modeling of LNG spills into trenches.  J Hazard Mater 2010; 180(1–3):332–339.

Gavelli F, Chernovsky MK, Bullister E, Kytömaa HK.  Quantification of source-level turbulence during LNG spills onto a water pond.  Journal of Loss Prevention in the Process Industries; Aug 2009; 22:809–819.

Gavelli F, Chernovsky M, Kytömaa HK.  Modelling pool hazards from large-scale liquefied natural gas spills.  Exploration Production:  Oil Gas Rev 2008; 6(2):76–82.

Gavelli F, Bullister E, Kytömaa HK.  Application of CFD (Fluent) to LNG spills into geometrically complex environments.  J Hazard Mater 2008;159(1):158-68.

Myers TJ, Kytömaa HK, Smith TR.  Environmental stress-corrosion cracking of fiberglass:  Lessons learned from failures in the chemical industry.  J Hazard Mater 2007; 142(3):695–704.

Davis SG, Chavez D, Kytömaa HK.  Hot surface ignition of flammable and combustible liquids.  SAE Paper 2006-01-1014.  SAE Trans—J Fuels Lubricants 2006.

Gavelli F, Kytömaa HK.  Liquefied natural gas transportation.  Coast Guard J Safety at Sea 2005; 62(3):33–36.

Kaytomaa0053 

EXHIBIT "B"

Boehm P, Kytömaa HK, Moncarz P.  LNG projects:  Myths and realities of environmental and safety risks.  ABA Energy Committees Newsletter 2005; 3(1):7–10.

Kytömaa HK, Gavelli F.  Studies of LNG spills over water point up need for improvement.  Oil Gas Journal; May 9, 2005.

Myers TJ, Kytömaa HK, J. Martin RJ.  Fires and explosions in vapor control systems: A lessons learned anthology.  Process Safety Progress, 2003, vol. 22, no. 4, pp. 195-199.

Martin RJ, Myers T, Hinze P, Kytömaa HK.  Test your incinerator knowledge.  Chem Engin Progr 2003; 99:36–39.

Martin RJ, Hinze P, Myers T, Kytömaa HK.  Thermal oxidizing systems—Test your knowledge to improve your refinery's safety and reliability.  Hydrocarbon Processing 2002; 79–80, November.

Kytömaa HK, Kataja M, Timonen.  On the effect of pore pressure on the isotropic behavior of saturated porous media.  J Appl Phys 1997; 81(11).

Kytömaa HK.  Avoiding duct explosions, system changes can lead to disaster.  Chem Process 1996; July, Vol 59, no 7, pp 78-81.

Prasad D, Kytömaa HK.  Particle stress and viscous compaction during shear of dense suspensions.  Int J Multiphase Flow 1995; 21(5):775–785.

Kytömaa HK.  Theory of sound propagation in suspensions:  A guide to particle size and concentration characterization.  Powder Technol 1995; 82(1):115–121.

Prasad D, Kytömaa HK.  Particle stress and viscous compaction.  Liquid-Solid Flows 1994; 189:137–144.

Derksen JS, Kytömaa HK.  Acoustic properties of solid-liquid mixtures in the inertial regime: Determination of the added mass coefficient.  Liquid-Solid Flows 1994; 189:75–81.

Schiaffino S, Kytömaa HK.  Impulsive fluidization:  A mechanism for particle segregation in dense suspensions.  Indust Environ Applic Fluid Mechanics 1994; 186:155–163.

Schmid PJ, Kytömaa HK.  Stability analysis of unbounded uniform granular shear flow.  J Fluid Mech 1994; 264:255–275.

Kytömaa HK, Corrington SW.  Ultrasonic imaging velocimetry of transient liquefaction of cohesionless particulate media.  Int J Multiphase Flow 1994; 20(5):915–926.

Solomon SD, Kytömaa HK, Celi AC, Maas LC, Chou J, Hopkins E, Caguioa E, Lee RT.  Myocardial tissue characterization by autocorrelation of two-dimensional ultrasonic backscatter.  J Am Soc Echocardio 1994; 7(6):631–640.

Kaytomaa0054  

EXHIBIT "B"

Kytömaa HK, Weselake K.  Current distribution and finite element mesh selection for electrical impedance tomography.  Comp Mech:  Int J 1994; 15(2):161–172.

Kytömaa HK.  Poudres & Grains, A.E.M.M.G. Association pour I'Etude de la Micromecanique des Milieux Granulaires, N° 5 – Mars-Avril, 1994.

Kytömaa HK, Prasad D.  The transition from frictional domination to the viscous flow regime.  pp. 281–287.  In:  Powders and Grains, Volume 93.  Thornton C (ed), Balkema, Rotterdam, 1993.

Schiaffino S, Kytömaa HK.  Steady fluidization of fine particles in a fixed bed of coarse particles.  Powder Technol 1993; 77:291–299.

Atkinson CM, Kytömaa HK.  Acoustic properties of solid-liquid mixtures and the limits of ultrasound diagnostics—I:  Experiments.  Journal of Fluids Engineering 1993; 115(4):665–675.

Kytömaa HK, Atkinson CM.  Sound propagation in suspensions and acoustic imaging of their microstructure.  Mech Mater 1993; 16:189–197.

Atkinson CM, Kytömaa HK.  Acoustic wave speed and attenuation in suspensions.  Int J Multiphase Flows 1992; 18(4):577–592.

Kytömaa HK, Schmid PJ.  On the collision of rigid spheres in a weakly compressible fluid.  Phys Fluids 1992; A (12):2683–2689.

Kandlikar SG, Pisera J, Kytömaa HK, Thome RJ.  Heat transfer and pressure drop characteristics of magnet winding during cooldown with flow boiling of LN2.  Experimental Heat Transfer, Fluid Mechanics and Thermodynamics, 1991.

Kytömaa HK, Brennen CE.  Small amplitude kinematic wave propagation in two-component media.  Int J Multiphase Flows 1991; 17(1):13–26.

Kytömaa HK.  Viscous particle interactions and their effect on kinematic wave propagation.  Chem Engin Commun 1991; 105:27–41.

Kytömaa HK.  Effects of internal reordering on sedimentation waves in concentrated incompressible suspensions.  Fluid/Particle Separation J 1991; (4)1:37–46.

Geschwindt JR, Kytömaa HK.  Design of the cooling system for the compact ignited Tokamak central solenoid.  Adv Cryogen Engin 1990; 35B:957.

Kytömaa HK.  Propagation and structure of solidification waves in concentrated suspensions.  Mech Mater 1990; 9(3):205–215.

Kytömaa HK, Brennen CE.  Some observations of flow patterns and statistical properties of three component flows.  J. Fluids Eng. 1988; 110(1):76–84.

Kaytomaa0055 

EXHIBIT "B"

## Patents

Hydrogen generator, WO 2014065923 A1 (Kmetich TJ, Zsigo GA, Mick AR, Kytömaa HK).

## Television Appearances

Kytömaa HK.  The Cleveland 1944 accident:  History's worst liquefied natural gas (LNG) accident.  Modern Marvels:  Engineering Disasters 11, The History Channel, October 26, 2004.

## Keynote Addresses

Kytömaa HK.  The past, present and future of LNG.  American Institute of Chemical Engineers 2014 Spring National Meeting, 14th Topical Conference on Gas Utilization, New Orleans, LA, March 30–April 3, 2014.

Kytömaa HK.  Modeling and simulation in the USA.  Keynote address, MASI Conference on Modeling and Simulation, Jyväskylä, Finland, May 9, 2006.

## Book Chapters

Bamberger J, Kytömaa HK, Greenwood MS.  Slurry ultrasonic particle size and concentration characterization.  pp 485-495,  Science and Technology for Disposal of Radioactive Tank Wastes.  Schulz WW, Lombardo NJ (eds), Springer Science+Business Media, New York, NY, 1998.

Kytömaa HK, Liquefaction and solidification.  Chapter 24.  pp. 861–883.  Particulate Two-Phase Flows.  Roco M (ed).  Butterworth-Heinemann, Stoneham, MA, 1992.

## Conference Presentations, Proceedings and Invited Lectures

Morse T, Ellison A, Kytömaa HK.  Electrical fault damage to corrugated stainless steel tubing in a house fire.  International Symposium of Fire Investigation Science and Technology, College Park, MD, 2014.

Colella F, Ibarreta A, Ponchaut NF, Kytömaa HK.  Effectiveness of vapor fences in mitigating LNG jetting and flashing releases.  American Institute of Chemical Engineers 2014 Spring National Meeting, 14th Topical Conference on Gas Utilization, New Orleans, LA, March 30–April 3, 2014.

Ibarreta A, Hart RJ, Ponchaut NF, Morrison D, Kytömaa HK.  How does concrete affect evaporation of cryogenic liquids: evaluating LNG plant safety.  ASME 2013 International Mechanical Engineering Congress & Exposition (IMECE 2013), San Diego, CA, November, 2013.

Morrison DR, Kytömaa HK.  Evaluating risk management and reliability for safe, continuous and efficient LNG operations.  Workshop at the 8th Annual LNG Tech Global Summit, Barcelona, Spain, October 14–16, 2013.

Kaytomaa0056 

EXHIBIT "B"

Colella F, Ibarreta A, Ponchaut NF, Kytömaa HK.  Numerical analysis of dense gas dispersion: Effect of staggered fences.  Mary Kay O'Connor Process Safety Center.  2013 International Symposium, College Station, TX, October 2013.

Marr KC, Ponchaut NF, Kytömaa HK.  Analysis of combustion efficiencies for industrial steam-assisted flares.  AFRC 2013 Industrial Combustion System, Koloa, HI, September 2013.

Ibarreta AF, Hart RJ, Morrison DR, Kytömaa HK.  A view of the evolving LNG regulations and associated exclusion zones from an industry perspective.  American Institute of Chemical Engineers 2013 Spring National Meeting, 13th Topical Conference on Gas Utilization, San Antonio, TX, April 28–May 2, 2013.

McInerney E, Hart R, Morrison DR, Kytömaa HK.  New quantitative risk criteria for U.S. LNG facilities.  American Institute of Chemical Engineers 2013 Spring National Meeting, 47th Loss Prevention Symposium, San Antonio, TX, April 28–May 2, 2013.

Hart RJ, Morrison DR, Ibarreta AF, Kytömaa HK.  Guidelines for relative hazard ranking of refrigerants and siting considerations for LNG liquefaction units.  American Institute of Chemical Engineers 2013 Spring National Meeting, 13th Topical Conference on Gas Utilization, San Antonio, TX, April 28–May 2, 2013.

Morrison DR, Kytömaa HK.  Performing LNG hazard and consequence analysis.  Workshop at the 7th Annual LNGTech Global Summit, Rotterdam, The Netherlands, December 3–5, 2012.

Morrison DR, Hart RJ, Kytömaa HK.  Guidelines for jetting and flashing LNG vapor exclusion zone analysis.  American Institute of Chemical Engineers, 2012 Spring National Meeting, LNG Plant Safety and Protection Session, Houston, TX, April 1–5, 2012.

Ellison AD, Morse TL, Kytömaa HK.  Lightning related structure fires.  International Symposium on Fire Investigation Science and Technology, University of Maryland, October 2012.

Morse TL, Ibarreta AF, Kytömaa HK.  Explosions in transformer tanks due to arcing events.  AIChE Spring Meeting, 8th Global Congress on Process Safety, Houston, TX, April 2012.

Morrison DR, Hart RJ, Kytömaa HK.  Guidelines for jetting and flashing LNG vapor exclusion zone analysis.  American Institute of Chemical Engineers, 2012 Spring National Meeting, LNG Plant Safety and Protection Session, Houston, TX, April 1-5, 2012.

Ponchaut NF, Kytömaa HK, DesAutels C, Kaganoi S, Becu O, Cardiff G.  Modeling of ground flare pits.  American Institute of Chemical Engineers, 2012 Spring National Meeting, 12th Topical Conference on Gas Utilization, Houston, TX, April 1–5, 2012.

Ponchaut NF, Ibarreta A, Kytömaa HK.  Modeling of LNG spills into trenches and troughs.  American Institute of Chemical Engineers, 2012 Spring National Meeting, 12th Topical Conference on Gas Utilization, Houston, TX, April 1–5, 2012.

E𝓍™

EXHIBIT "B"

Ponchaut NF, Kytömaa HK, Ibarreta AF.  Modeling the vapor source associated with spills of LNG into troughs and trenches.  AIChE Spring National Meeting, 11th Topical Conference on Gas Utilization, Chicago, IL, March 2011.

Kytömaa HK.  Lessons learned from past major losses and possible future strategies: Buncefield.  The SPE International Conference on Health Safety and Environment in Oil and Gas Exploration and Production, Rio de Janeiro, Brazil, April 12–14, 2010.

Ponchaut NF, Kytömaa HK, Morrison DR, Chernovsky MK.  Modeling the vapor source associated with the spill of LNG into a sump or an impoundment area.  Mary Kay O'Connor Process Safety Center.  2010 International Symposium, College Station, TX, October 2010.

Kytömaa HK, Ibarreta A, Loud J.  Char depth mapping of floor structure to determine fire origin.  Proceedings, International Symposium on Fire Investigation Science and Technology, Hyattsville, MD, 2010.

Morse TL, Kytömaa HK.  Variations in the evaporation rate of a cryogenic liquid on a water surface.  Mary Kay O'Connor Process Safety Center 2010 International Symposium, College Station, TX, October 2010.

Ponchaut NF, Kytömaa HK.  Cooldown of large pipes during the commissioning phase of cryogenic facilities.  AIChE Spring Meeting, 10th Topical Conference on Natural Gas Utilization, San Antonio, TX, March 2010.

Myers TJ, Kytömaa HK, Ibarreta AF, Ponchaut NF.  Analyzing historic process data to identify near misses and warning signs: Examples from the Buncefield incident.  AIChE Spring Meeting, 6th Global Congress on Process Safety, San Antonio, TX, March 2010.

Kytömaa HK, Myers TJ, Ibarreta AF, Ponchaut NF.  Using real time process models to detect loss of containment and mitigate hazards.  AIChE Spring Meeting, 6th Global Congress on Process Safety, San Antonio, TX, March 2010.

Morse TL, Kytömaa HK.  The effect of turbulence on the evaporation of cryogenic liquid spills on water.  AIChE Spring Meeting, 10th Topical Conference on Natural Gas Utilization, San Antonio, TX, March 2010.

Kytömaa HK.  CO poisoning.  PA Defense Counsel (PADC), September 2009.

Ponchaut NF, Kytömaa HK.  Transient spreading of LNG on water.  Mary Kay O'Connor Process Safety Center.  2009 International Symposium, College Station, TX, October 2009.

Kytömaa HK, Myers TJ, Ibarreta AF, Ponchaut NF.  Anatomy of the failures that led to the Buncefield explosion and fire.  Proceedings, 2009 Mary Kay O'Connor Process Safety Center International Symposium, College Station, TX, October 2009.



EXHIBIT "B"

Kytömaa HK.  Carbon monoxide poisoning.  Massachusetts Defense Lawyers Association, May 2009.

Ponchaut NF, Chernovsky M, Gavelli F, Kytömaa HK.  Modeling the spreading of large LNG spills on water.  AIChE Spring Meeting, 9th Topical Conference on Natural Gas Utilization, Tampa, FL, April 2009.

Gavelli F, Chernovsky M, and Kytömaa HK.  The effect of substrate on LNG vapor dispersion from an impounded area.  AIChE Spring Meeting, 9th Topical Conference on Natural Gas Utilization, Tampa, FL, April 2009.

Myers TJ, Kytömaa HK, Ponchaut NF and Ibarreta AF.  Lessons learned from the Buncefield Fuel Depot explosion.  AIChE Spring Meeting & 5th Global Congress on Process Safety, Tampa, FL, April 2009.

F. Gavelli, M. Chernovsky, H. Kytömaa.  Quantification of source-level turbulence during LNG spills onto a water pond.  Proceedings, Mary Kay O'Connor Process Safety Center Symposium, College Station, TX, 2008.

Myers TJ, Long RT, Gavelli F, Kytömaa HK.  The use of smoke detector sequence of activation in determining the area of origin of a fire: investigation of the FedEx DC-10 fire.  Proceedings, International Symposium on Fire Investigation Science and Technology, Cincinnati, OH, 2008.

Myers TJ, Hinze PC, Kytömaa HK.  Fire and explosion in an explosives conditioning bunker.  Proceedings, 42nd Annual Loss Prevention Symposium, American Institute of Chemical Engineers Spring National Meeting, New Orleans, LA, 2008.

Gavelli F, Chernovsky MK, Kytömaa HK.  LNG pool fire models:  Similarities and differences I.  Proceedings, 4th Global Congress on Process Safety, American Institute of Chemical Engineers Spring National Meeting, New Orleans, LA, 2008

Kytömaa HK, Chernovsky M, Gavelli F.  A new experimental study on the spreading of liquid nitrogen over water.  Offshore Technology Conference, Houston, TX, May 2008.

Kytömaa HK.  Catastrophic incidents:  Learning from the past to prevent in the future, early detection of loss of containment.  Society of Petroleum Engineers, Health and Safety Conference, Nice France, April 15, 2008.

Kytömaa HK.  LNG pool spreading.  LNG Safety Workshop, LNG Tech Global Summit 2007, Rotterdam, Netherlands, September 10, 2007.

Kytömaa HK.  LNG release from a vessel.  Mary Kay O'Connor Process Safety Center:  CLNG Workshop at the Hamilton Crowne Plaza, Washington, DC, June 12–13, 2007.

Gavelli F, Chernovsky MK, Bullister E, Kytömaa HK.  Validation of a CFD model for vapor dispersion from LNG spills into an impoundment.  American Institute of Chemical Engineers Spring National Meeting, Houston, TX, April 2007.



EXHIBIT "B"

Kytömaa HK.  LNG hazards for offshore and onshore LNG receiving terminals.  Invited speaker/faculty member, LNG Development in the Northeast, Boston MA, December 5, 2006.

Gavelli F, Bullister E, Kytömaa HK.  Application of the fluent model to LNG spills over water.  The Status of CFD Models for LNG Exclusion Zones.  Gas Technology Institute Seminar Houston, TX, September 13, 2006.

Gavelli F, Bullister E, Kytömaa HK.  Applications of CFD (Fluent) to LNG spills into geometrically complex environments.  Proceedings, 2006 Mary Kay O'Connor Process Safety Center International Symposium, pp. 468–485, 2006.

Grossman HL, Ray RM, Zhao K, Kytömaa HK.  Analysis of garage fires,  Paper  2006-01-0791, SAE World Congress, Detroit, MI, April 3–6, 2006.

Kytömaa HK, Gavelli F. Rangwala A.  Leakage of liquid from a cryogenic container.  LNG: The Environmental and Safety Agenda Operations/Emergency Preparedness and Response AIChE Meeting, Vancouver, BC, September 13, 2005.

Kytömaa HK.  Risks and common misconceptions associated with LNG.  Breakfast Seminar, the Downtown Club at Plaza, Houston, TX, May 25, 2005.

Gavelli F, Foulds J, Sire R, Kytömaa HK.  Root cause analysis of a gas turbine compressor stator blade failure.  ASME Power Conference, Chicago, IL, 2005.

Myers TJ, Kytömaa HK, Smith TR.  Environmental stress-corrosion cracking of fiberglass: Lessons learned from failures at small chemical facilities.  Proceedings, Mary Kay O'Connor Process Safety Center Symposium, College Station, TX, 2005.

Kytömaa HK, Hinze P.  Scientific fire investigation of automotive fires.  Bowman and Brooke, LLP, Hot Topics Seminar Series, September 15, 2004.

Kytömaa HK, Hinze P.  Automobile fire investigations.  Volvo Powertrain, Hagerstown, MD, September 1, 2004.

Kemal A, MacDonald M**,** Hebert J, Kytömaa HK.  Explosion hazards due to delayed ignition in gas turbines.  Electric Power 2004, Baltimore, MD, 2004.

Kytömaa HK.  Garage and house fires.  Bowman and Brooke, LLP, Hot Topics Seminar Series, Toyota USA, Los Angeles, CA, December 15, 2003.

Kytömaa HK.  Scientific investigation of fires and explosions.  Georgia Defense Lawyer's Association, 36th Annual Meeting, Hilton Head, SC, July 2003.

Kytömaa HK.  Lessons learned in fire investigations.  Trial Attorneys of America, Annual Meeting, Chicago, IL, June 2002.



EXHIBIT "B"

Kytömaa HK.  Building air circulation and carbon monoxide poisoning.  NFPA World Safety Conference, Minneapolis, MN, May 2002.

Kytömaa HK.  Fires and explosions in vapor control systems:  A lessons learned anthology.  AIChE Spring National Meeting, New Orleans, LA, March 2002.

Kytömaa HK.  Use of PowerPoint in the court room.  International Association of Defense Counsel, Tucson, AZ, February 2002.

Mottahed B, Kytömaa HK.  Cooldown simulation for the compact ignition Tokamack (CIT), poloidal field (PF) coils.  Proceedings, IMECE '02, Volume 4:185-194, New Orleans, LA, November 17–22, 2002.

Kytömaa HK.  Explosions and fires accident reconstruction.  Propane Gas Defense Association Meeting, Atlanta, GA, April 2001.

Kytömaa HK.  Investigation of a loading dock naphthalene fire.  American Institute of Chemical Engineers Process Plant Safety Symposium, AIChE Spring National Meeting, Houston, TX, April 2001.

Kytömaa HK.  The use of technology in fire investigations.  DRI Conference, Las Vegas, NV, February 2001.

Kytömaa HK.  Fire onboard DC-10 over New York City—A case study of the state of the art in aviation fire investigation.  Thermal Sciences and Engineering, Exponent, Inc., March 1999.

Bamberger J, Greenwood MS, Kytömaa HK.  Ultrasonic characterization of slurry density and particle size.  FEDSM98-5075.  American Society of Mechanical Engineers, New York, NY, 1998.

Shekarriz A, Brenden BB, Kytömaa HK.  Planar ultrasonic technique for real-time visualization and concentration measurement in dense solid-liquid slurries.  Proceedings, FEDSM'98 ASME Fluids Engineering Division Summer Meeting, Washington, DC, June 1998.

Kytömaa HK.  Hazards associated with vapour abatement systems:  Machinery failures and safety.  Trends in Technology, Law and Insurance, Helsinki, Finland, September 1997.

Kytömaa HK.  Hazards associated with fume collection and abatement systems:  Process safety.  AIChE Spring Meeting, Houston, TX, March 1997.

Kytömaa HK.  Safe operation of VOC collection/destruction systems.  New England Environmental Expo, Boston, MA, May 1996.

Solomon SD, Maas LC, Celi AC, Fox J, Shernan S, Kytömaa HK, Lee RT. Ultrasonic tissue characterization of infarcted myocardium by transesophageal echocardiography, Journal of the American Society of Echocardiography, May–June, 1995 Volume 8, Issue 3, Page 393

Schmid PJ, Kytömaa HK.  Receptivity of unbounded granular shear flow to periodic external forces.  Proceedings, Engineering Mechanics Conference, Stein Sture, Boulder, CO, 1995.

Kytömaa HK.  Ultrasound in suspensions.  Harvard University, Cambridge, MA, October 1994.

Kytömaa HK.  Unsteady fluidization of BiDisperse particulate systems.  AIChE Meeting November 1993.

Kytömaa HK.  Shearing of dense suspensions.  University of Surrey, Guildford, UK, July 1993.

Kytömaa HK, Peterson C, McClintock F, Schiaffino S.  Fluidization and segretation in bi-disperse solid-liquid particulate systems.  Proceedings, 11th Symposium on Energy Engineering Sciences, pp. 48–55, May 3–5, 1993.

Kytömaa HK, Abnet CA.  Harmonic excitation of an unconstrained saturated particle bed.  Proceedings, 9th Engineering Mechanics Conference, ASCE, College Station, TX, 1993.

Kytömaa HK, McClintock F, Peterson C, Schiaffino S.  Comminution of energy materials.  Proceedings, Argonne National Laboratory 11th Symposium on Energy Engineering Sciences, Argonne, IL, May 1993.

Kytömaa HK.  The modeling of the dynamics of long fluid filled transfer lines.  IKU, Trondheim, Norway, October 1992.

Kytömaa HK.  The propagation of ultrasound through dense suspensions.  IKU, Trondheim, Norway, October 1992.

Kytömaa HK, Abnet CA.  Measurement of velocity distribution in concentrated oscillating bed of sediments.  Proceedings, American Society of Civil Engineers Ninth Engineering Mechanics Conference, College Station, TX, May 1992.

Kytömaa HK.  Acoustic measurements in very concentrated solid-liquid mixtures and internal imaging of liquefaction events.  California Institute of Technology, Pasadena, CA, March 1992.

Kytömaa HK.  Ultrasonic measurements of liquefaction events.  Mechanical Engineering Seminar Series, University of Michigan, Ann Arbor, MI, December 1991.

Kandlikar, S.G., Pisera, J., Kytömaa, H., and Thome, R.J.  Heat transfer and pressure drop characteristics of magnet winding during cooldown with flow boiling of LN2.  Conference on Experimental Heat Transfer, Fluid Mechanics and Thermodynamics, Dubrovnik, Yugoslavia, August 1991.

Kytömaa HK.  Acoustic properties of solid-liquid mixtures.  Sibley School of Mechanical and Aerospace Engineering Colloquium Series, Cornell University, Ithaca, NY, March 1991.

Kaytomaa0062

EXHIBIT "B"

Kytömaa HK, Cohen MS.  Imaging of an unsteady circulating fluidized bed.  NMR of Materials. San Jose, CA, 1991.

Kytömaa HK.  Stability of multicomponent flows.  Department of Mechanical Engineering, Johns Hopkins University, Baltimore, MD, November 1988.

Kytömaa HK.  On enhanced separation processes in three-component mixtures.  Society of Rheology Annual Meeting.  Atlanta, GA, October 1987.

Kytömaa HK.  Kinematic wave propagation in two-phase flows.  Department of Mechanical Engineering Colloquium, University of California, Santa Barbara, CA, February 1986.

Kytömaa HK, Brennen CE.  Measurement of friction pressure drops in vertical slurry and bubbly flows.  Proceedings, Cavitation and Multiphase Flow Forum, AIAA/ASME 4th Fluids Mechanics Plasma Dynamics and Lasers Conference, Atlanta, GA, May 1986.

**Reports**

Kytömaa HK, Rau C, Smith T, Huet R.  Evaluation of the March 1995 failure of turbine generator #3 at Skeena Cellulose, Inc.  Exponent Failure Analysis Associates, Menlo Park, CA, May 2003.

Kytömaa HK.  June 4, 2000, ABB auxiliary boiler explosion.  Exponent Failure Analysis Associates, Menlo Park, CA, July 20, 2000.

Kytömaa HK.  Investigation of the explosion at the Nottingham filtration plant, Cleveland, Ohio.  Exponent Failure Analysis Associates, Menlo Park, CA, November 5, 1999.

Kytömaa HK.  Thermostat tests.  Exponent, Menlo Park, CA, March 3, 1999.

Kytömaa HK.  Water heater evaluation.  Exponent, Menlo Park, CA, September 29, 1998.

Kytömaa HK.  Investigation in the matter of Fireman's Fund Insurance Company vs. Xerox Corporation.  Exponent Failure Analysis Associates, Menlo Park, CA, March 20, 1998.

Kytömaa HK.  Fire damage to Chiron DNA synthesizer.  Exponent Failure Analysis Associates, Menlo Park, CA, November 17, 1997.

Kytömaa HK, Nunes S.  Analysis of mist deflagrations and pool fires near the Schenck Dynamic Balancer.  Exponent Failure Analysis Associates, Menlo Park, CA, August 26, 1997.

Kytömaa HK.  Passaic New Jersey fire.  Exponent Failure Analysis Associates, Menlo Park, CA, August 4, 1997.

Kytömaa HK.  Federal Express DC-10 fire on September 5, 1996.  Exponent Failure Analysis Associates, Menlo Park, CA, July 18, 1997.

Kaytomaa0063 

EXHIBIT "B"

Kytömaa HK, Häkkinen RJ, Hirsch C, Krause E.  Computational fluid dynamics (CFD) technology programme 1995−1999.  Helsinki, Finland, June 1997.

Kytömaa HK.  Maruchan instant lunch product, Welbilt microwave oven.  Exponent Failure Analysis Associates, Menlo Park, CA, March 28, 1996.

Kytömaa HK, Smith T.  Investigation of the December 29, 1995, fire at the DuPont May plant, Exponent Failure Analysis Associates, Menlo Park, CA, June 25, 1999.

Kytömaa HK, Foulds J, Reza A, Hinman E, Correia P.  Old Harbour power station, Boiler No. 4 explosion, June 3, 1994, Jamaica.  Exponent Failure Analysis Associates, Menlo Park, CA, November 16, 1995.

Kytömaa HK, Grosso D.  Dynamic modeling of drilling fluid flow circuits for acoustic telemetry, 1993.

Kytömaa HK.  Interpretation of measured stand-pipe and annulus signals for the detection and quantification of down-hole gas.  Report to Teleco Oilfield Services, Inc., October 1991.

Kytömaa HK, Winckelmans G.  A fully time dependent numerical model for the sudden influx and propagation of gas in wells.  Report to Teleco Oilfield Services, Inc., January 1991.

Kaytomaa0064

EXHIBIT "B"

# Appendix D – Dr. Kytomaa's Testimony and Rates

Kaytomaa0065
EXHIBIT "B"

Expert Testimony of
# Harri K. Kytömaa, Ph.D.
Delivered in the Preceding Five Years

# Testimony History

| | | | |
|---|---|---|---|
| Gila River Power, LP and Union Power Partners LP v General Electric Company | Deposition Arbitration | United States District Court of Massachusetts Docket No: 71-198-Y-0040907 | 2009 2010 |
| Alliance Pipeline Limited Partnership and Alliance Pipeline L.P. v C.E. Franklin Ltd. Mannesmann Demag AG, et al | Arbitration | Court of Queen's Bench of Alberta Judicial District of Calgary | 2010 |
| Kay A. Reed and Charlie Wear, Trust Administrators for the Vornado Trust v Tyco Electronics Corporation, Global Wire Technologies of Indiana, Inc. GWT Investments, Inc. | Deposition | Superior Court of the State of California Case No. CGC-05-441279 | 2010 |
| Metso Paper, USA, Inc. v General Electric Company | Deposition | United States District Court for the Middle District of Pennsylvania Civil Action : CV-08-47 | 2011 |
| Rolls-Royce Plc, v United Technologies Corporation | Deposition | Civil Action No. 1:10-cv-00457-LMB-JFA Washington, D.C. | 2011 |
| Baxter Healthcare Corporation v Minrad, Inc. | Deposition Trial | Civil Action No. 09-582-GMS District Court for the District of Delaware | 2011 |
| Lyle and Lorie Becnel v Omega Flex, Inc. Williams Plumbing and Drain Service, Inc. | Deposition | The District of Tulsa County State of Oklahoma CJ-2007-05386 | 2011 |
| Susan Mummey and James Mummey v Robert Gagne, Rob Gagne Plumbing & Heating | Deposition | Superior Court of the State of New Hampshire Case No.: 219-2009-CV-697 | 2011 |
| Ateliers de La Haute-Garonne, F2C2 Systems S.A.S. v Broetje Automation-USA, INC., Brotje-Automation GMBH | Deposition | United States District Court for the District of Delaware Case No.: 09-CV-598-JJF | 2011 |

| | | | |
|---|---|---|---|
| Carefusion 303, Inc.<br>v<br>B. Braun Medical | Deposition | United States District Court<br>Central District of California<br>Western Division<br>Case No.: 8:11-CV-01264 PA<br>(ANx) | 2012 |
| Janine Schlierf, et al<br>v<br>Abercrombie & Kent, et al | Deposition | Judicial District of Waterbury<br>Superior Court of the State of<br>Connecticut<br>No.: X02 0WY CV 05-<br>5003467S | 2012 |
| American Automobile Insurance Company as assignee of Fred and Adrienne Kostecki<br>v<br>Omega Flex, Inc. | Deposition<br><br>Trial | Twenty Third Judicial Circuit<br>Jefferson County, Missouri<br>No.: 11JE-CC00022 | 2012<br><br>2013 |
| Luv N' Care, LTD.<br>v<br>Jackel International Limited | Deposition | State of Louisiana Parish of<br>Ouachita. 4th Judicial District<br>Court<br>Civ. No.: 10-1891-CV4 | 2012 |
| Luv N' Care, LTD<br>v<br>Jackel International Limited | Trial | State of Louisiana Parish of<br>Ouachita. 4th Judicial District<br>Court<br>Civ. No.: 10-1891-CV4 | 2013 |
| Jacqueline Smith, Virginia Pierce and Mark Rametta<br>v<br>Monsanto Co, Solutia Inc., Pharmacia Corp., Pfizer Inc., Southern California Gas Co. and Does 1-350 Inclusive | Deposition | Superior Court of the State of<br>California. For the County of<br>Los Angeles<br>Civ. No.: BC459771 | 2013 |
| Larry Pittman and Linda Pittman<br>v<br>Omega Flex, Inc. | Deposition | United States District Court for<br>the Western District of<br>Oklahoma<br>Case No.: 12-CV-00239-C | 2013 |
| Dr. Warren Kluger, Lynn Kluger and Tower Hill Select Insurance Company as subrogee of Dr. Warren Kluger<br>v<br>Excellent Designer Homes of Jacksonville, Inc., JD Vaughn & Sons Plumbing, Inc., Bivins Electric Company, Inc., Heritage Operating, LP, Titan Propane, LLC, Cornerstone Propane LP, Energy Transfer Partners GP, LP, and Omega Flex, Inc. | Deposition | United States District Court<br>Middle District of Florida<br>Jacksonville Division<br>Case No: 3:11-CV-554-J-12<br>TEM | 2013 |
| State Farm Fire and Casualty Company as subrogee of Charles and Maritza Webb<br>v<br>Omega Flex, Inc., Buster Patterson, Inc., Short's Electric, Inc, and Gasworks, LLC | Deposition | General Court of Justice<br>Superior Court Division<br>North Carolina<br>Moore County<br>Case No: 11 CVS 1560 | 2013 |
| Softub, Inc.,<br>v<br>Mundial, Inc. | Deposition | United States District Court for<br>the District of Massachusetts<br>C.A. No. 1:12-cv-10619 | 2013 |
| American Automobile Insurance Company as assignee of Fred and Adrienne Kostecki<br>v<br>Omega Flex, Inc. | Trial | United States District Court for<br>the Eastern District of Missouri<br>Eastern Division<br>Case No: 4:11 cv 00305AGF | 2013 |

Kaytomaa0067

EXHIBIT "B"

| | | | |
|---|---|---|---|
| Keeley Garcia<br>v<br>Omega Flex, Inc. | Deposition | United States District Court for the Middle District of Alabama Southern Division<br>Case No: 1-13-CV-00015-WKW-WC | 2013 |
| I-Flow LLC, et al<br>v<br>Progressive Medical, Inc. | Deposition | United States District Court for The Central District of California Southern Division<br>Case No: SACV12-01064 AG | 2013 |
| Lillian Lugo<br>v<br>American Honda Motor Co., Inc. | Deposition | United States District Court for the District of New Jersey<br>C.A. No: 1-12CV-1119 (JEI)(KMW) | 2013 |
| I-Flow LLC, et al<br>v<br>Progressive Medical, Inc. | Trial | United States District Court for The Central District of California Southern Division<br>Case No: SACV12-01064 AG | 2014 |
| Linda Hartough and James Floyd<br>v<br>Omega Flex, Inc., Pickney Brothers, Inc., et al | Deposition | State of South Carolina County of Beaufort<br>C.A. No: 2011-CP-07-0550 | 2014 |
| Ateliers de La Haute-Garonne, F2C2 Systems S.A.S.<br>v<br>Broetje Automation-USA, INC., Brotje-Automation GMBH | Trial | United States District Court for the District of Delaware<br>Case No.: 09-CV-598-JJF | 2014 |
| Ken Teel, Individually and as representative of the estate of Brennen Chase Teel, Becky Teel, Ross Rushing, Meg Rushing and State Farm as subrogee of Ross and Meg Rushing<br>v<br>Titeflex Corporation, Gastite Division, Turner & Witt Plumbing, Inc., Texas Electric Company, MSC Holdings, Inc., Morrison Supply Company-Lubbock, Inc. et al. | Deposition | In the District Court<br>72nd Judicial District<br>Lubbock County, Texas<br>No. 2012-504105 | 2014 |
| Jacqueline Smith, Virginia Pierce and Mark Rametta<br>v<br>Monsanto Co., Solutia, Inc., Pharmacia Corp., Pfizer, Inc., Southern California Gas Co., and Does 1-350, Inclusive | 2nd Deposition<br>&<br>Trial | Superior Court of the State of California For the County of Los Angeles.<br>Superior Court<br>Case No. BC459771 | 2014 |
| Rebecca Rowland, et al.<br>v<br>KZP Enterprises, LLC et al. | Deposition | In the District Court<br>166th Judicial District<br>Bexar County, Texas<br>No. 2012-CI-10182 | 2014 |
| Olympus Insurance Company as Subrogee of Michael and Diane Pikos<br>v<br>Omega Flex, Inc. and Amerigas Partners, L.P. d/b/a Heritage Propane | Deposition | United States District Court Middle District of Florida Tampa Division<br>Case No. 8:13-CV-001232-T-23MAP | 2014 |

# Compensation

Exponent Failure Analysis Associates, Inc. is compensated at $495.00 per hour.

Updated: January 15, 2015

Kaytomaa0068

EXHIBIT "B"

Case 3:14-cv-03007-ELW   Document 32-24   Filed 05/08/15   Page 69 of 112 PageID #: 1354

January 26, 2015

# Appendix E – CSST Background

Kaytomaa0069
EXHIBIT "B"

TracPipe is a brand of Corrugated Stainless Steel Tubing (CSST).  CSST is commonly used in residences to distribute fuel gas (either natural gas or propane) throughout the structure.  CSST is often used either in conjunction with or in place of traditional black iron pipe.  Black iron pipe, unlike CSST, must be installed in straight rigid lengths connected by multiple threaded fittings to change directions as the pipe is routed through walls, ceilings, and crawlspaces.

## Safety of CSST

Since CSST is flexible, its installation only requires fittings at junctions and at connections to appliances.  Thus the installation of CSST requires many fewer fittings than the installation of black iron pipe for a similar household configuration.  This makes a CSST system less expensive to install than a black iron pipe system, and less prone to leaks.  Gas leaks can occur at a fitting due to the fitting not being properly tightened, or to the fitting loosening over time, and are a common safety hazard in homes with gas service.  CSST reduces the risk of gas leaks (due to the reduced number of fittings) and thus is a safer alternative than black iron pipe.

CSST also provides additional safety over black iron pipe in resisting damage from acts of nature, such as earthquakes, tornadoes, landslides, floods and hurricanes.  Any event that causes a shift in the house foundation and/or structure may cause relative movement of two ends of a gas line.  If that gas line is CSST, the inherent flexibility of CSST can accommodate considerable movement without damage.  If however, the gas line is black iron pipe, the pipe may break due to the stresses induced by the movement of the structure.[1]

CSST products are listed by Underwriters' Laboratories (UL) and have been independently tested and found to be suitable for the distribution of fuel gas within a structure in accordance with ANSI LC-1/CSA 6.26 Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST).  In addition, CSST is required to be installed only by a qualified installer who has passed the manufacturer's certification/training program.[2]

---

[1]  *Testing to Compare the Seismic Response of TracPipe Flexible Gas Piping (CSST) with Black Steel Piping Systems Under Simulated Earthquake Induced Motions.* Report to Omega Flex 11/11/1998

[2]  ANSI LC-1/CGA 6.26-2005 Standard for Fuel Gas Piping Systems Using Corrugated Stainless Steel Tubing (CSST) Exhibit B: Items Unique to the United States, section B.1

Kaytomaa0070

EXHIBIT "B"

## Lightning and CSST

Lightning can enter a residence through multiple routes.  Lightning may directly strike the side or roof of a residence.  Metallic roof sections and roof penetrations such as flue pipes are especially common lightning strike locations, as they often represent the highest and most conductive path to ground within a structure.  Lightning that directly strikes a utility, such as an overhead power line, may travel through the power lines into a residence.  Lightning that does not directly strike a residence or utility may also enter a residence indirectly, through the ground. A lightning strike to a tree or directly to the ground can raise the electric potential of the ground nearby causing electrical energy to flow into a residence through the water pipes, a grounding rod, or through other utilities to the house.  Once electrical energy enters a home it will flow through any and all conductive paths, including electrical wiring, communications wiring (such as cable service), metal ducts and vents, water piping, and gas piping.

Electrical current flows preferentially through paths of lower impedance.  If two nearby conductors are not electrically connected (or are connected only through a high impedance path), a voltage (or electrical potential difference) can develop between the two conductors.  If the voltage is high enough, an electrical arc can form between the conductors.  The voltage threshold necessary to cause an arc depends on the distance between the conductors and the properties of the insulating material between them.  The plastic coating on traditional yellow-jacketed CSST is designed to be a good electrical insulator with high electrical breakdown resistance.  Air is a comparatively poorer insulator.  For this reason, non-insulated conductors such as bare copper tubing or black iron pipe are more likely to be associated with an electrical breakdown event during a lightning strike than traditional CSST.

An electrical arc is a rapid discharge of electrical energy that generates both light and heat while transferring electric charge.  An electrical arc is capable of melting copper wires, and igniting combustible materials such as wood, paper, or dust.  A sufficiently energetic arc involving CSST can cause localized melting of the stainless steel, sometimes forming a hole in the pipe.

If a residence is subject to a lightning strike, the lightning is capable of causing significant damage to the electrical, plumbing, ventilation systems, and appliances of the home, as well as to

Kaytomaa0071

EXHIBIT "B"

combustible materials found within the structure such as wood studs, joists and roof shingles, often resulting in a fire.  It is possible to significantly reduce the risk of damage to a home from lightning strikes using a Lightning Protection System[3], but due to the rarity of lightning strikes to homes, the authorities that have jurisdiction over the safe construction of homes throughout the U.S. do not require the use of Lightning Protection Systems (LPS) in homes and therefore their installation is voluntary.

## Direct bonding of CSST

In order to significantly reduce the likelihood of perforation of traditional CSST due to lightning induced arcing, it is necessary to follow the manufacturer's instructions and bond the CSST directly to the household grounding electrode, following the principal of equipotential bonding. This requires the use of a large gauge wire between the CSST piping system and the electrical system ground.

During the electrical transients caused by lightning strikes, the voltage between CSST and other grounded conductors, such as electrical wires, will generally be higher when the electrical impedance between them is higher.  A higher voltage increases the possibility of arcing. Therefore reducing the electrical impedance to ground and the electrical impedance between adjacent conductors (through direct bonding) reduces the likelihood of an arc occurring.

If an arc does occur, direct bonding also reduces the amount of charge transfer through the arc by providing an alternate low-impedance path for the flow of current.  Since the amount of charge transferred dictates both whether or not a hole is formed[4] and the size of the hole if it does form[5], direct bonding can reduce the size of the hole or prevent a hole from occurring, even if an arc occurs.

---

[3]   NFPA 780: Standard for the Installation of Lightning Protection Systems provides recommendations on installing a lightning protection system.

[4]   Lightning Technologies Inc. "Dielectric breakdown voltage and current conduction tests of OmegaFlex flexible gas piping." July 9, 2003.

[5]   Hagenguth, J.H. "Lightning Stroke Damage to Aircraft." *AIEE Transactions*. Volume 68. 1949.

Kaytomaa0072

EXHIBIT "B"

Testing on the effectiveness of direct bonding by Kraft & Torbin[6] and simulations by the Gas Technology Institute[7] both showed that the presence of a bond wire prevents a hole from forming in CSST during a simulated lightning event.  For a sufficiently short bond wire, the arcing was prevented altogether.

Equipotential bonding of CSST will not prevent all lightning induced fires in homes.  It only reduces the likelihood of CSST (and other equipotentially bonded systems) from being involved in lightning induced arcing.  Irrespective of the presence of CSST in the home, arcing caused by a lightning strike may ignite nearby combustibles such as wood dust, pollen, paper products, etc, starting a fire in the residence.  The most effective way to prevent house fires caused by direct lightning strikes is to install an NFPA 780-compliant lightning protection system.  This is true independent of the presence of CSST in the home.

---

[6]   Kraft, B. & Torbin, R. "Effectiveness of Direct Bonding of Gas Piping in Mitigating Damage from an Indirect Lightning Flash." August 2007.

[7]   Hammerschmidt, A. "Validation of Installation Methods for CSST Gas Piping to Mitigate Indirect Lightning Related Damage." Final Report. Gas Technology Institute. September 5, 2013.

Kaytomaa0073

EXHIBIT "B"

January 26, 2015

# Appendix F – Corrosion Report

Kaytomaa0074
EXHIBIT "B"

Exponent performed testing to evaluate the morphology and corrosion mode of TracPipe tubing under laboratory accelerated environmental conditions. The accelerated rate testing performed resulted in the formation of through-wall perforation holes in TracPipe. The testing conducted is described below.

## Testing details

Exponent performed accelerated laboratory corrosion testing on TracPipe samples using ASTM G48: *Standard Test Methods for Pitting and Crevice Corrosion Resistance of Stainless Steels and Related Alloys by Use of Ferric Chloride Solution* (2003) as a guide. Specifically, Method A: "Ferric chloride pitting test" was used as a guide for this evaluation. The ferric chloride solution specified by the standard is designed to cause accelerated corrosion of stainless steels. ASTM G48 specifies the use of 10 percent by weight (wt%) ferric chloride ($FeCl_3 + 6 H_2O$) solution (e.g. 100 g $FeCl_3$ in 900 g deionized water). In addition to the 10 wt% $FeCl_3$ specified in the standard, Exponent also performed testing in 0.5 wt%, 1 wt%, 2.5 wt%, and 5 wt% ferric chloride solutions. The purpose of testing in lower concentration solutions was to evaluate the effects on the exterior wall of TracPipe when exposed at different degrees of corrosive aggressiveness.

TracPipe tubing samples were prepared in two manners. The first set of samples were 1-inch long sections of TracPipe with the yellow jacket material completely removed. These samples were labeled "B" for "Bare" during testing. The second set of samples were 1-inch long sections of TracPipe, with their jacket initially intact, that then were burned in a propane flame for approximately 5 minutes. The burning caused some of the jacket material to be consumed, and other portions to be melted, charred, and in some cases adhered to the stainless steel wall of the sample. The samples that were exposed to fire prior to testing were labeled "C" for "Charred" during testing. The TracPipe section interiors were then coated using rubberized stop-off lacquer to prevent initiation of corrosion in the tubing's interior[1].

---

[1] The interior of intact TracPipe in a home is typically isolated from the exterior environment.

Kaytomaa0075

EXHIBIT "B"

A pair consisting of one bare sample and one charred sample was subjected to each test condition (i.e. combination of duration and $FeCl_3$ concentration). Each section of TracPipe was engraved with a unique sample identification number made up of their alphabetical ("B" or "C") and numerical representation (noting a pair of one of each preparation type), for example "B-19" represents the "bare" sample of pair number nineteen. A total of twenty (20) pairs were used for this testing. Each pair of samples (e.g., B-1 and C-1, B-2 and C-2, etc.) was mechanically linked together using zip ties. This allowed for sample pairs to be introduced and removed from the test solution simultaneously. Representative images of bare and charred samples are shown in Figure 1. Table 1 identifies the exposure conditions for each sample pair.

Samples were immersed in the test solutions at room temperature (22 °C) in five covered 1-liter tall form glass beakers, each with a different ferric chloride concentration solution (as described above). At designated exposure durations (1 day, 2 days, 5 days, and 7 days) one labeled-pair (a bare and a charred TracPipe sample) was removed from each test solution. The corrosion reactions were then intentionally halted by rinsing the samples in tap water and drying with compressed air. The rubberized stop-off lacquer was removed from the interior of the TracPipe samples. All samples were photo-documented and selected samples were further evaluated and documented with the aid of a stereo-optical microscope (SOM) and scanning electron microscope (SEM).

**Table 1: Nomenclature of corrosion samples**

|        | 0.5 wt % | 1 wt %   | 2.5 wt %   | 5 wt %     | 10 wt %    |
|--------|----------|----------|------------|------------|------------|
| 1 day  | B-4, C-4 | B-6, C-6 | B-9, C-9   | B-13, C-13 | B-19, C-19 |
| 2 days | B-2, C-2 | B-7, C-7 | B-10, C-10 | B-16, C-16 | B-17, C-17 |
| 5 days | B-3, C-3 | B-8, C-8 | B-11, C-11 | B-15, C-15 | B-20, C-20 |
| 7 days | B-1, C-1 | B-5, C-5 | B-12, C-12 | B-14, C-14 | B-18, C-18 |

Kaytomaa0076

EXHIBIT "B"





Figure 1.    Photographs of a bare (top) and charred (bottom) TracPipe sample prior to sample exposure.

## Test Results

The conditions described in ASTM G48 are specifically designed to accelerate the corrosion reactions for laboratory evaluation of the relative corrosion resistance of different stainless steel

Kaytomaa0077

EXHIBIT "B"

alloys in chloride containing environments.  This standard test method was chosen as an accelerated test method for evaluating the effect of corrosive conditions on TracPipe, but was not specifically designed to simulate actual post-fire scene conditions.  However, fire scenes can contain corrosive species that, when in the presence of moisture (such as standing water from fire suppression, or wet and humid climate in the days or weeks after the fire), can react with the stainless steel wall of TracPipe.

## Variation with Exposure Conditions

Corrosion was observed on TracPipe samples after exposure to the ferric chloride solutions used for testing.  The severity of corrosion attack varied depending on the solution concentration and the exposure time.  In general the attack was more severe for higher ferric chloride concentrations and longer exposure times.  For example, TracPipe samples exposed to 10 wt% ferric chloride show different severities of corrosion attack between 1 day and 7 days of exposure, as shown in Figure 2.  In addition, TracPipe samples exposed for the same duration in different ferric chloride concentrations show less extensive corrosion attack with lower concentrations.  For example, comparative images of TracPipe samples exposed for 7 days in different ferric chloride solutions concentrations are shown in Figure 3.  Samples that were exposed for one day were selected for more detailed analysis as described in this report, as the observed damage was found to be consistent with the extent of corrosion andmorphology observed in the field.  In samples exposed for longer durations, a larger number of corrosion pits developed, in some cases covering the entire exterior surface of the sample.  Visual inspection of these individual pits showed similar characteristics to those found in the 1-day exposure samples.  All samples were preserved and retained for further examination, if needed.

TracPipe samples B-19 (bare) and C-19 (charred) were exposed to 10 wt% ferric chloride for 1 day.  These samples showed evidence of localized corrosion as indicated by hemispherical, localized, corrosion pits and through-wall penetration (see Figure 4).  Comparison of  the extent of localized corrosion attack on bare samples (Figure 5) was mild when compared to the charred sample.  The localized corrosion is evidenced by a few sites of pitting corrosion that perforated the TracPipe wall and other locations where non-through-wall hemispherical pits were

Kaytomaa0078

EXHIBIT "B"

observed.  In contrast, extensive localized corrosion attack was observed on the charred sample (Figure 6) showing coalesced pits covering extensive portions of the TracPipe surface.

A key finding of this evaluation was the relative difference in the extent of corrosion between bare (B) and charred (C) TracPipe samples.  The results of the testing indicate that the bare TracPipe samples that had not been exposed to heat show a small number of individual, isolated pits at short exposure times with pit growth and coalescence at longer exposure times.  For example, the bare sample exposed to 10 wt% ferric chloride for 1 day has approximately 3 or 4 individual through-wall pits and approximately the same number of partial wall-thickness pits (Figure 4).  In contrast, the charred TracPipe sample from the same sample pair shows extensive pitting where the pits were observed in groups or clusters and shows extensive pit coalescence even at this short exposure time (Figure 4).  The extensive secondary pitting is evidence of a lower resistance to localized pitting corrosion than the bare sample.  The results indicate that the TracPipe samples are significantly more susceptible to localized pitting corrosion after they have been exposed to heat and/or flame as compared to bare TracPipe.

Kaytomaa0079

EXHIBIT "B"



Figure 2.    Photographs of charred TracPipe samples exposed to 10 wt% ferric chloride solution at 22 °C for durations of 1 to 7 days.

Kaytomaa0080

EXHIBIT "B"



Figure 3.    Photographs of charred TracPipe samples exposed to various concentrations of ferric chloride solution at 22 °C for 7 days.

Kaytomaa0081

EXHIBIT "B"





Figure 4.    Photographs of bare sample B-19 and charred sample C-19 after 1
day of exposure to 10 wt% ferric chloride solution at 22 °C.

Kaytomaa0082

EXHIBIT "B"





Figure 5.   Stereo-optical microscope images of sample B-19 after exposure for 1 day in 10 wt% FeCl$_3$ solution at 22 °C.  The bottom photograph shows a magnified view of the feature in the center of the top photograph.

Kaytomaa0083

EXHIBIT "B"





Figure 6.    Stereo-optical microscope images of charred sample C-19 after exposure for 1 day in 10 wt% ferric chloride solution at 22 °C.  The bottom photograph shows a magnified view of the region in the center-right of the top photograph.

Kaytomaa0084

EXHIBIT "B"

**Examination of Specific Corrosion Features**

The through-wall pit openings had different pit mouth geometries.  Scanning electron microscope images of representative through-wall penetrations indicate both straight and round walled pits (Figure 7) in some cases while in other cases were angled (Figure 14 and Figure 15) or feathered (Figure 8).

SEM and optical microscope evaluation of samples show the pit size of individual through-wall localized corrosion pits on bare and charred samples varied from very small pits (<10 micrometers in diameter) to very large pits that had individual dimensions that exceeded several millimeters (Figure 7 through Figure 13).  The approximate dimensions of selected representative large individual pits on TracPipe samples were 0.75 mm x 1 mm (Figure 7), 0.75 mm x 0.5 mm (Figure 8), 1 mm x 0.3 mm (Figure 14), 0.75 mm x 0.6 mm (Figure 15), 1 mm x 1 mm (Figure 9), 0.85 mm x 0.5 mm (Figure 10), 0.75 mm x 0.5 mm (Figure 11), 0.9 mm x 1.2 mm (Figure 12), 1.4 mm x 2.1 mm (Figure 13).  Representative pits were found in both circular and elliptical shapes.

EXHIBIT "B"





Figure 7.    Scanning electron microscope images of a localized corrosion pit observed on bare sample B-19 after 1 day of exposure to 10 wt% ferric chloride solution at 22 °C.  This is the same feature as shown in Figure 5, above.

Kaytomaa0086

EXHIBIT "B"





Figure 8.    Scanning electron microscope images of another localized corrosion pit observed on bare sample B-19 after 1 day of exposure to 10 wt% ferric chloride solution at 22 °C.

Kaytomaa0087

EXHIBIT "B"



Figure 9.    Stereo-optical microscope image of a through-wall corrosion pit on charred sample C-9 after exposure for 1 day in 2.5 wt% ferric chloride solution at 22 °C.

Kaytomaa0088

EXHIBIT "B"



Figure 10.    Stereo-optical microscope image of a through-wall corrosion pit on charred sample C-13 after exposure for 1 day in 5 wt% ferric chloride solution at 22 °C.

Kaytomaa0089

EXHIBIT "B"



Figure 11.    Stereo-optical microscope image of a through-wall corrosion pit on charred sample C-13 after exposure for 1 day in 5 wt% ferric chloride solution at 22 °C.

Kaytomaa0090

EXHIBIT "B"



Figure 12.    Stereo-optical microscope image of a through-wall corrosion pit on charred sample C-13 after exposure for 1 day in 5 wt% ferric chloride solution at 22 °C.

Kaytomaa0091

EXHIBIT "B"



Figure 13.    Stereo-optical microscope image of a through-wall corrosion pit on charred sample C-19 after exposure for 1 day in 10 wt% ferric chloride solution at 22 °C.

Kaytomaa0092

EXHIBIT "B"





Figure 14.    Scanning electron microscope image of a localized corrosion pit observed on charred sample C-9 after 1 day of exposure to 2.5 wt% ferric chloride solution at 22 °C.

Kaytomaa0093

EXHIBIT "B"



Figure 15.    Scanning electron microscope image of a localized corrosion pit observed on charred sample C-9 after 1 day of exposure to 10 wt% ferric chloride solution at 22 °C.

Kaytomaa0094

EXHIBIT "B"

# Appendix G – TracPipe and Branch Circuit Wires

Kaytomaa0095
EXHIBIT "B"

TracPipe is encapsulated by a yellow plastic insulating jacket.  Household branch circuit wiring is also insulated.  These insulating coatings prevent arcing at normal household voltages.  However, household voltage can cause arcing between TracPipe and electrical wiring in the presence of a fire after this insulation has been compromised.  Exponent has performed testing to demonstrate this mechanism, described below.

A 14 AWG branch circuit cable (type NM-B) was connected in series to a 15 amp rated circuit breaker which was supplied by a 120 VAC electrical outlet protected by a 20 amp breaker.  The live (or hot) conductor was separated from the neutral and ground conductors and placed near a length of TracPipe that was connected to a grounded water pipe using a stainless steel hose clamp.  The insulating jacket on both the TracPipe and the live conductor was kept intact.  A propane diffusion flame was then applied under the TracPipe and live conductor.  A photograph of a sample test is shown in Figure 1.

Once the insulation on the conductor and the TracPipe began to burn away, an electrical arc occurred between the conductor and the TracPipe, forming a hole in the TracPipe.  An optical microscope image of one example hole from such a test is shown in Figure 2.  This testing demonstrated that energized electrical wires can cause a hole in TracPipe in the presence of a pre-existing fire.  It also allowed Exponent to examine the metallurgical characteristics of such holes.  The character of the hole is similar to holes in TracPipe that were allegedly caused by an electrical arc due to lightning.  This similarity makes it impossible to identify the source of electrical energy that caused the hole (lightning or household electricity) from an examination of the hole alone.

Kaytomaa0096

EXHIBIT "B"



Figure 1. Photograph of the testing of TracPipe in proximity with energized branch circuit wiring in the presence of a flame.



Figure 2. Optical microscope image of hole formed in TracPipe by household electricity in a flame.

Kaytomaa0097

EXHIBIT "B"

Through this testing, Exponent also determined that evidence of the opposing electrode is not always transferred between the electrodes. For example, some of the TracPipe samples inspected by SEM/EDS (which were known to have been caused by household electrical arcing from a copper branch circuit wire) did not show any evidence of copper transferred to the stainless steel. As such, a hypothesized opposing electrode cannot be ruled out based solely upon the lack of elemental transfer from the opposing electrode to the area around the hole.

## Testing of TracPipe with varying branch circuit resistances

Typical household circuit breakers operate by one of two mechanisms, a magnetic trip mechanism or a thermal trip mechanism, depending on the current flowing through the breaker. At high currents, the magnetic trip mechanism is triggered, and the circuit breaker opens quickly. At lower currents, the magnetic trip mechanism does not operate and the circuit breaker opens when the thermal mechanism is triggered. The rate at which the thermal mechanism triggers depends on the current, but can be on the order of 1 second or more.[1] A chart depicting the time of current flow before a typical breaker will trip versus the amount of current flowing is provided below in Figure 7.

The much longer tripping time for the thermal mechanism means that the total amount of charge transfer for arcing events in this mode can be considerably higher compared to the magnetic mechanism. For example, a 50 A (average) fault that lasts 1 second (thermal mechanism) will deliver 50 C of charge whereas a 200 A (average) fault that lasts 10 milliseconds (magnetic mechanism) will only deliver 2 C of charge. Since the size of holes created by electrical arcs to metal tubing increases with increased charge transfer,[2] arcing events that cause the circuit breaker to trip via the thermal mechanism can lead to much larger holes than higher current arcing events which trip the breaker much quicker (i.e. via the magnetic mechanism).

Exponent conducted some tests to demonstrate this effect. A schematic diagram of the test setup is shown in Figure 3. An insulated 14 AWG copper wire was connected through a resistor to a 15

[1] Square D. Data Bulletin: Circuit Breaker Characteristic Trip Curves and Coordination   Bulletin No. 0600DB0105. August 2001.

[2] McEachron & Hagenguth. Effect of Lightning on Thin Metal Surfaces.  IEEE Transactions. Vol. 61,  August 1942

EXHIBIT "B"

Amp circuit breaker, which was connected to a wall outlet at 120 VAC. The resistance of the resistor could be varied to different levels between 1/8 Ω to 2 Ω. The wire was laid across a section of TracPipe with the yellow jacket intact. The TracPipe was connected to the neutral of the wall outlet. The circuit breaker was then energized and a propane diffusion flame was applied to the area where the insulated copper wire was in contact with the TracPipe. As the insulation on the wire and the jacket on the TracPipe burned away, an electrical arc occurred between the wire and the TracPipe, resulting in a hole or holes in the TracPipe.



Figure 3. Schematic diagram of the experimental setup used for variable resistance arc testing.

This test procedure was repeated with the resistor set to different resistances. By selecting different values of the resistance, the current that flowed through the arc influenced whether the circuit breaker tripped with the magnetic or thermal mechanism. As expected, the hole size varied when the resistance was altered, creating larger holes than those observed without the resistor in place.  Examples of holes from this testing are shown in Figure 4, Figure 5, and Figure 6.  These holes are irregular in shape and cross one or more corrugations of the TracPipe, exhibiting peninsulas or fingers at the edge of the hole.

Kaytomaa0099

EXHIBIT "B"



Figure 4: Photograph of a hole (2 by 2 mm) in TracPipe created using a resistance of 0.125 Ω



Figure 5: Photograph of a hole (10 by 6 mm) in TracPipe created using a resistance of 0.67 Ω.

Kaytomaa0100

EXHIBIT "B"



Figure 6: Photograph of three holes (4 mm by 3 mm; 6 mm by 2 mm; 11 mm by 4 mm) in TracPipe created using a resistance of 0.50 Ω.



Figure 7: Circuit breaker trip-time chart.[1]

Kaytomaa0102

EXHIBIT "B"

The following testing materials are provided with this appendix:

- Exponent's Branch Circuit Fire Testing May 2013
- Exponent's Circuit Breaker Test Results October 4, 2013

Kaytomaa0103

EXHIBIT "B"

January 26, 2015

# Appendix H – Ignition Mechanism

Kaytomaa0104
EXHIBIT "B"

In his report, Dr. Eagar has proposed that fuel gas that escapes through a melted hole in CSST is ignited by the molten steel surrounding the hole. Dr. Eagar provides no analysis to show that this is possible. Even though the melting temperature of stainless steel is higher than the autoignition temperature of natural gas and propane, this does not mean the molten steel can ignite the gas. It is well recognized in peer-reviewed scientific literature that the hot surface ignition temperature for a fuel is significantly higher than its autoignition temperature. The ability of a hot surface to ignite flowing combustible gas also depends on many factors, such as the velocity of the flowing gas, the size of the hot surface, and the ratio of fuel to air.[1] A smaller surface area requires a higher surface temperature to cause ignition, as does a higher velocity of flowing gas over the hot surface. A fuel and air mixture that has more fuel (richer), or less fuel (leaner), than the ideal stoichiometric ratio requires a higher surface temperature to cause ignition. If the fuel and air mixture is outside the flammable range, the mixture cannot be ignited. The flammable range for natural gas is between 5 and 15% by volume in air, while for propane, the range is between 2 and 10%. The concentration of fuel gas inside CSST is 100%, and therefore the fuel within the tubing is unable to be ignited until it becomes significantly diluted with air to the above narrow range of concentrations.

Dr. Eagar also erroneously concludes that the use of hot surface igniters in engineered gas combustion equipment (such as household furnaces) proves that the gas escaping a hole in CSST can be ignited by the molten material. He supports this conclusion by only comparing the surface temperature of igniters and molten steel and neglects the influences of (1) the gas concentration at the ignition location, (2) the fuel-air mixture velocity at the ignition location and (3) the surface area of contact between the flowing fuel-air mixture and the hot surface. In gas combustion boilers and furnaces, the air and fuel gas is premixed to be near the optimum fuel/oxidizer mixture for efficient combustion (i.e. the stoichiometric ratio). For natural gas, this mixture is near 10% gas by volume; for propane it is near 4.2% gas by volume. Furthermore, burners in gas combustion equipment are specifically designed to discharge the fuel-air mixture near the hot surface igniter at a speed which is designed to sustain combustion within the chamber. This speed is much slower than the speed at which gas flows through a perforation in

---

[1]   Laurendeau, N.M. Thermal Ignition of Methane-Air Mixtures by Hot Surfaces: A Critical Examination. *Combustion and Flame* 46:29-49 (1982).

pressurized CSST.  Furthermore, diffusion flames (such as a burning gas leaking from a pipe) require significantly lower jet velocities in order to be sustainable.  Finally, the surface area that is available for ignition is much smaller for the edge of a hole in CSST than for an igniter in a boiler or furnace.

Dr. Eagar also cites a Bureau of Mines publication[2] for evidence that gas escaping from a hole in CSST can be ignited by the molten metal.  The Bureau of Mines publication provides data from experimental testing that found a 1 mm nichrome wire at 1220 °C could ignite a premixed volume of air and methane.  However the conditions of this test were very different from a jet of gas escaping from a melted hole in CSST.  The 1 mm diameter nichrome wire is much thicker and has a much larger surface area than the edge of a hole in the approximately 0.25 mm thick CSST.  In addition, in the Bureau of Mines publication, the methane was pre-mixed with air inside a vessel.  Furthermore, the pre-mixed volume of gas and air was stationary, while gas flowing from a hole in CSST is moving at high speeds as it passes the thin wall of the tubing. The higher flow velocity of gas escaping a perforation in CSST and the smaller surface area of a hole in CSST means that the temperature required for hot surface ignition to occur will be higher than the 1050 °C reported by the Bureau of Mines publication. Moreover, since the fuel gas has not mixed with air as it escapes from a hole in CSST, it simply cannot be ignited at the hole. This was demonstrated in Exponent's natural gas and propane ignition testing (described below) where ignition of fuel gas escaping from a hole in CSST was attempted using a flame from a butane lighter placed at the hole, and the gas could not be ignited.

## Ignition testing

Exponent performed testing to determine: (A) whether or not fuel gas leaking from a hole in a CSST gas line can be ignited at the hole and (B) to examine the character of the flame.  Video of this testing is provided with this appendix.  Testing was performed with both natural gas and propane.  A ½" section of TracPipe was connected to a natural gas supply at approximately 7 inches water column (and a propane gas supply at approximately 11 inches water column).  The insulation of the TracPipe was removed, and holes of varying size were pre-drilled in the

---

[2]   Kutcha, J.M. *Invesitgation of Fire Explosion Accidents in the Chemical, Mining, and Fuel Related Industries – A Manual*. U.S. Bureau of Mines, Bulletin 680, 1985.

Kaytomaa0106

EXHIBIT "B"

TracPipe.  Exponent then attempted to ignite the escaping gas using a flame from a butane lighter placed right at the hole.  Regardless of the hole size, Exponent was unable ignite the gas at the hole.  If an ignition source was placed a few inches away from the hole, the gas could be ignited, but the flame would quickly blow off and extinguish when the butane lighter was removed.

The reason that fuel gas cannot be ignited at the hole is because the jet exit velocity is too high, and the fuel gas has not been premixed with air.  Thus a secondary ignition source, away from the hole where the gas velocity has decreased, and the gas has sufficiently mixed with air is required in order for ignition to occur.

Exponent has also performed similar tests using natural gas where an aluminum plate was placed at various distances away from the hole.  Video of this test is also provided.  Ignition of the natural gas escaping from the hole was attempted with a butane lighter.  Even with the presence of an obstruction, the natural gas did not ignite with the ignition source at the hole.  This is because the presence of an obstruction inches from a hole will not affect the gas jet dynamics right at the hole.  There will still be a rapid jet of un-mixed fuel escaping from the hole that cannot be ignited.  The obstruction does allow a flame of fuel gas to be sustained, if the gas is first ignited inches away from the hole.

The following testing materials are included with this Appendix:

- Exponent's natural gas ignition testing video dated August 19, 2011
- Exponent's propane ignition testing video dated May 3, 2012
- Exponent's testing of gas jets with obstructions video dated June 4, 2012

## Arc Testing

Exponent performed arc testing between an energized copper wire and an insulated section of TracPipe that was pressurized with natural gas.  The copper wire electrode was connected to two

EXHIBIT "B"

electrical sources: a high voltage source capable of supplying up to 25 kV[3] and a typical AC electrical outlet at either 120 VAC or 240 VAC.  A schematic of the test setup is shown below in Figure 8.



Figure 1.  Schematic diagram of the test setup used for arc ignition testing.

The insulating jacket of TracPipe has a dielectric strength of approximately 24 kV.[4] The high voltage equipment used was capable of generating an arc through the TracPipe jacket when the copper electrode was placed directly against the outside surface of the jacket, but to allow the copper electrode to be positioned farther away from the tubing wall while still creating an arc to the CSST, a pin prick was made through the TracPipe jacket at a ridge of the corrugated tubing. This provided a localized decrease in dielectric strength of the insulation.

The high voltage supply could only supply a relatively low current that was not capable of forming a hole in TracPipe.  To overcome the current limit, the copper electrode was connected

[3] The high voltage source was a Hipotronics model HD100 series hipot tester.

[4] This was measured by testing performed by LTI (Lightning Technologies Incorporated). Exponent confirmed this value through utilizing this test setup.

Kaytomaa0108

EXHIBIT "B"

in parallel to an electrical outlet after passing through an additional 15 Amp circuit breaker.[5] Utilizing this circuit design, a high voltage arc was initiated by the high voltage source that was then followed by the electrical current from the wall outlet as a result of the low resistance of the low current arc.  The resulting arc had a peak current of about 300 Amps and a duration of about 5 ms.  The peak current and duration varied from test to test.

The exemplar TracPipe was connected to a natural gas supply on one end and capped at the other after being purged of any air.  The setup was then checked for any gas leaks.  As the presence of confinement (in the form of floor joists or other obstructions) is known to have an effect on whether or not a flame can be sustained, an acrylic sheet with a 90 degree bend was placed over the TracPipe.  This acted as an obstruction for any resulting gas jet.  A small opening was drilled into the acrylic sheet to position the copper electrode.  Photographs of the test setup are shown below in Figure 9 and Figure 10.

---

[5]   The laboratory electrical outlets are protected by a 20 Amp breaker. The 15 Amp circuit breaker was used to protect the laboratory branch circuit wiring and to avoid having to repeatedly reset the breaker at the panel.

Kaytomaa0109

EXHIBIT "B"



Figure 2.  Photograph of the high voltage arc ignition test setup.



Figure 3.  Photograph of the setup used for the high voltage arc ignition testing.

Five tests were performed.  Each test resulted in the formation of a hole in the stainless steel ranging in diameter from 1 to 2 mm.  Notably, the hole in the insulation after the arc formed was

Kaytomaa0110

EXHIBIT "B"

found to always be significantly smaller than the hole that formed in the stainless steel behind it (see Figure 11).  The arcing event which caused the hole in the CSST was not able to ignite the gas escaping from the hole in any of the five tests.  After the testing, a flame from a butane lighter was brought into the resulting gas jet downstream from the hole to demonstrate that the gas could be ignited by a separate ignition source, such as an existing fire.  Video and photographs from this testing are included with this report.



Figure 4.  Photographs of the hole in the jacket (left) and the hole in the underlying stainless steel wall (right) after an arc test.  Note the ruler increments are in millimeters.

The following testing materials are included with this Appendix:

- Exponent's arc ignition testing video and photos dated August 14, 2012

Kaytomaa0112

EXHIBIT "B"