

Exponent
9 Strathmore Road
Natick, MA 01760

telephone 508-652-8500
facsimile 508-652-8599
www.exponent.com

February 27, 2015

Thomas DeMicco
Wilson Elser Moskowitz Edelman & Dicker, LLP
1133 Westchester Avenue
White Plains, NY 10604

Subject:   Miller v. Omega Flex
          Exponent Project No. 1402825.000

Dear Mr. DeMicco:

At the request of Omega Flex, Inc., Exponent, Inc. (Exponent) conducted an investigation of the fire that occurred at the Miller residence on September 7, 2012. The findings of our investigation were provided in a report dated January 26, 2015. Since issuing that report, Exponent has reviewed the reports authored by Martin Gallaher, Mark Hergenrether, William Coleman, and Robert Durham in this matter. This letter provides additional opinions and analysis in response to these four reports. My qualifications are provided in Exponent's original report in the matter. All of my opinions are made to a reasonable degree of engineering certainty.

## Mr. Gallaher's Report

In his report, Mr. Gallaher states that there was "clean window glass identified on the ground in a wooden area 162' away from the south exterior wall," and that a door found 116 feet away from where it was installed "was intact and clear and its painted surfaces were not heat damaged or coated with soot." Based on these observations, Mr. Gallaher concludes that an explosion occurred before the fire.[1]

Based on the distance debris was observed from the house, Exponent agrees that an explosion occurred at some point in time. However, in addition to some objects that did not show heat or smoke damage, there were also objects thrown by the explosion that did show evidence of fire damage.[2] Thus, the explosion must have occurred after the fire started, but before the fire had spread throughout the entire structure.

---

[1] Report of Martin R. Gallaher. Gallaher Investigations, Inc. January 12, 2015. Page 5.

[2] Report of David H. Smith. Smith & Associates. Pages 10-11.

EXHIBIT "C"

Mr. Gallaher then rules out gun powder that was stored in the home as being the energy source for the explosion based solely upon his prior conclusion that the explosion occurred before the fire started.. As physical evidence supports that the explosion occurred after the fire started, the gunpowder cannot be ruled out as a possible cause of the explosion. In addition, if the cause of the explosion was ignition of propane gas that had leaked and built up in the basement, the ongoing fire prior to the explosion remains a potential ignition source.

## Mr. Hergenrether's Report

Mr. Hergenrether also concludes that the explosion occurred before the fire.[3] As described above, the evidence of fire damaged debris away from the house shows that the fire started before the explosion occurred.

### TracPipe bonding

In his report, Mr. Hergenrether states that the gas piping system was bonded in a manner that met the requirements of the 2002 National Electric Code (NEC) and that the "electrical bonding/grounding requirement as depicted in Figure 4-21 of Section 4-10 of the March 2003 *Omega Flex Design Guide and Installation Instructions* **is not** a requirement of the 2002 *National Electrical Code*."[4] However, as described in my original report, the local codes in effect for the construction of the Miller home required that the manufacturer's instructions be followed when performing a gas piping installation.

Although the 2002 edition of the NEC states that the equipment grounding conductor is sufficient in order to meet the minimum requirements of the code, it does not state that additional bonding of the piping system is prohibited. It also does not state that this requirement should overrule other applicable code requirements or the manufacturer's instructions when these documents require additional bonding of the gas system. Furthermore, the NEC states that "bonding all piping and metal air ducts within the premises will provide additional safety".[5]

The TracPipe in the Miller home was *not* bonded in accordance with the manufacturer's instructions, i.e. the Omega Flex Design Guide and Installation Instructions (D&I Guide). Thus the installation was not in compliance with local codes.

## Mr. Coleman's Report

In his report, Mr. Coleman concludes that the holes in the Miller home's CSST was not the result of the CSST coming into contact with energized metallic conductors (such as branch

---

[3] Report of Mark Hergenrether. Integrity Forensics and Engineering, LLC. January 12, 2015. Page 6.

[4] Report of Mark Hergenrether. Integrity Forensics and Engineering, LLC. January 12, 2015. Page 3-5.

[5] NFPA 70 (2002): National Electric Code. Section 250.104 (B). Fine Print Note

1402825.000 - 9789



EXHIBIT "C"

Thomas DeMicco
February 27, 2015
Page 3

circuit wires). He bases this conclusion on the fact that he did not observe "phases of other metals and alloys (i.e. eutectics)" in the metallographic analysis of the cross-section of hole 8B.[6] Mr. Coleman is correct that no copper was observed in the single particular cross-section that was taken. However, one cannot conclude that there was not contact with a copper conductor based on the observation that there was no copper in a single cross-section location. As described in my original report, copper was observed at a different location around the edge of hole 8B.

Furthermore, even if copper was not observed at all, that does not rule out the possibility that the CSST arced with a copper conductor. Exponent has conducted testing where we formed holes in TracPipe by electrical arcing with an energized copper wire during a fire (as described in my original report) and did not find any evidence of copper transfer to the CSST. Therefore, even in the event of no copper identified in the region around, or the cross-section through the hole, one cannot rule out the involvement of a copper conductor in the arcing event.

## Dr. Durham's Report

### Lightning energy calculation

In his report, Dr. Durham calculates the amount of energy needed to melt a hole in TracPipe equivalent in size to hole 8B observed at the Miller residence to be approximately 32 J.[7] Dr. Durham miscalculates the area of the hole by a factor of four as he uses the equation $A = \pi D_1 D_2$ for the area of an ellipse, while the correct equation is $A = \frac{\pi}{4} D_1 D_2$.[8] Thus his energy calculation is also incorrect by a factor of four. Dr. Durham also uses a wall thickness of 8 mils, while the actual thickness of TracPipe is 10 mils. If Dr. Durham's math is corrected (area and thickness), he would come up with about 10 J to melt the hole. He calculates the amount of energy deposited by a -27.5 kA lightning strike[9] to be 165 kJ and observes that this is much larger than the amount of energy needed to melt a hole in TracPipe.[10]

Dr. Durham's use of the total energy of the strike to compare with the energy required to melt the hole is incorrect for several reasons. First, it will take much more than 10 J to melt a 5 mm$^2$ hole. In addition to melting the metal comprising the hole, an arcing event will also heat up (although not melt) the surrounding metal, heat the molten metal above the melting temperature, and may vaporize some of the molten metal. Therefore, the energy delivered by arcing an event is always much higher than just the amount of energy to melt the area of the hole.

---

[6] Report of William R. Coleman. Analytical & Materials Engineering, Inc. January 26, 2015. Page 5.

[7] Report of Robert A. Durham. Theway Labs. January 26, 2015. Page 51.

[8] In these equations, *A* is the area of the ellipse, and $D_1$ and $D_2$ are the major and minor axes of the ellipse.

[9] Based on the StrikeNet report, this is the largest lightning strike in the immediate vicinity of the Miller home.

[10] Report of Robert A. Durham. Theway Labs. January 26, 2015. Page 33, 54.

Thomas DeMicco
February 27, 2015
Page 4

In addition, the amount of energy dissipated as heat in an arcing event with the CSST will be much lower than the total amount of electrical energy delivered by the lightning strike that causes the arcing. Most of the energy of the lightning strike is dissipated in the form of the heat and light along the entire electrical path as the strike is conducted to ground. Because the energy involved in forming a hole of the size observed is much larger than Dr. Durham's calculation, and the amount of energy involved in an arcing event is much lower than the total energy of the lighting strike calculated by Dr. Durham, the comparison he makes provides no foundation for a conclusion that hole 8B in the Miller home could have been formed by lightning.

As I described in my original report, a typical -27.5 kA strike does not carry sufficient charge to form a hole of the size of hole 8B. My calculation is based on results from peer-reviewed experimental testing on the formation of holes in metal by electrical arcing as performed by Hagenguth.[11,12] The results from Hagenguth are also consistent with testing performed by Boeing[13] and by the Gas Technology Institute[14], and with Exponent's own testing (as described in my original report).

## Lightning frequencies

Dr. Durham states that "lightning frequency [sic] are in the Megahertz range, with harmonic frequencies up to the 100 MHz range."[15] He uses this estimated frequency to support his claim that the impedance effects of conductors within the home (a characteristic which is dependent on frequency) will be much higher than otherwise estimated. However, the frequency spectrum for a 1.2 x 50 µs waveform (which Dr. Durham describes as a typical lightning waveform) demonstrates that most of the energy is contained below the frequency of 0.01 MHz (10 kHz), two orders of magnitude lower than the frequency Dr. Durham claims is typical (see Figure 1).[16]

Dr. Durham uses a frequency of 1 MHz to calculate the impedance of CSST. Since 1 MHz is not representative of lightning, Dr. Durham's calculation of the impedance of CSST is also incorrect.

---

[11] McEachron, K.B., Hagenguth, J.H. Effect of Lightning on Thin Metal Surfaces. AIEE Transactions. Vol 61. August, 1942.

[12] Hagenguth, J. H. Lightning Stroke Damage to Aircraft. AIEE Transactions. 1949, volume 68.

[13] Brick, R.O. A Method for Establishing Lightning Resistance / Skin-Thickness Requirements for Aircraft. Technical Report AFAL-TR-68-290, Part II. Lightning and Static Electricity Conference, 3-5 December 1968.

[14] Hammerschmidt, A. "Validation of Installation Methods for CSST Gas Piping to Mitigate Indirect Lightning Related Damage." Final Report. Gas Technology Institute. September 5, 2013.

[15] Report of Robert A. Durham. Theway Labs. January 26, 2015. Page 35.

[16] A similar plot of lightning frequencies can be found in IEC Standard IEC62305-1 Protection Against Lightning (2006) Appendix A.

Thomas DeMicco
February 27, 2015
Page 5



Figure 1. Normalized time-domain current pulse (top plot) and frequency spectrum (bottom plot) for a 1.2 x 50 µs current waveform.

## Simulation of the effectiveness of bonding

In his report, Dr. Durham performs a circuit analysis of the Miller home with and without direct bonding from which he concludes that bonding would not have prevented the formation of a hole.[17] Dr. Durham's analysis is incorrect and thus his conclusion is incorrect. As described in Exponent's original report, the hole was not caused by lightning. However, under the hypothetical assumption that the hole was caused by lightning as proposed by Dr. Durham, a corrected circuit analysis shows that direct bonding as prescribed by the Omega Flex D&I Guide would have prevented arcing.

### Non-bonded case

A schematic diagram of the scenario analyzed by Dr. Durham is shown in Figure 2. In his analysis, lightning current enters the home through the underground gas line and initiates an electrical arc from the CSST within the home to a branch circuit wire. The CSST is connected to ground through an equipment grounding conductor for the boiler but does not have a direct bond to the electrical system ground. Although we do not necessarily agree with the parameters

---

[17] Report of Robert A. Durham. Theway Labs. January 26, 2015. Pages 58 – 62.

chosen by Dr. Durham, we kept the same configuration and values for inductance and resistance for our analysis to simplify the comparison of results. The circuit diagram is shown in Figure 3.

In his analysis, Dr. Durham assumes the full charge of the lightning strike flows through the arc, and thus significantly overestimates the amount of charge involved. In reality, the majority of the electrical charge will flow to ground from the tree, and only a small fraction will enter the home. In our analysis, we used a 10x350 waveform, a typical waveform for modeling current entering a home for indirect strikes.[18] (Note this is a different waveform than the lightning strike itself which is typically much shorter.) We then adjusted the peak current entering the home until the arc delivered 1.7 Coulombs, the amount of charge needed to form a hole of the size observed. This provides us with a much more accurate estimate of the amount of charge that would have actually entered the home during the Miller incident in the hypothetical scenario where the hole was formed by lightning.



Figure 2. Sketch of the simulated electrical configuration of the Miller residence.

---

[18] Hammerschmidt, A. "Validation of Installation Methods for CSST Gas Piping to Mitigate Indirect Lightning Related Damage." Final Report. Gas Technology Institute. September 5, 2013.



Figure 3. Electrical model of the Miller home for the non-bonded case.



Figure 4. Simulation results for the non-bonded case. The total charge involved in the arcing event is 1.7 C.

Thomas DeMicco
February 27, 2015
Page 8

**Bonded case**

After running the non-bonded case, we then ran a simulation with the same current waveform and household configuration but added a direct bond between the gas line and the electrical ground (see Figure 5). We set the threshold necessary to initiate an arcing event between the TracPipe and a branch circuit wire to 40 kV. We chose this value as the yellow jacket of TracPipe has a measured dielectric strength of about 25 kV.[19] Air has a dielectric strength of about 30 kV/cm. The insulation of the branch circuit wiring will provide additional dielectric strength. In his analysis, Dr. Durham had incorrectly set the arcing threshold to 20 kV, lower even than the dielectric strength of the jacket alone. According to our corrected circuit analysis, direct bonding prevents an arc from occurring, as the voltage at the arcing location never exceeds 40 kV (see Figure 6).



Figure 5. Electrical model of the Miller home for the bonded case.

---

[19] Hall, A.L., Dargi, M.M. Lighting Technologies Inc. Dielectric Breakdown Voltage and Current Conduction Tests of Omega Flex Flexible Gas Piping. July 9, 2003.

1402825.000 - 9789

EXHIBIT "C"

Thomas DeMicco
February 27, 2015
Page 9



Figure 6. Simulation results for the bonded case. Arcing does not occur.

## Limitations

At the request of Omega Flex, Inc., Exponent, Inc. (Exponent) conducted an investigation of the fire that occurred at the Miller residence on September 7, 2012 for the purposes of an ongoing legal matter. The scope of services performed during this investigation may not adequately address the needs of other users of this report, and any re-use of this report or its findings, conclusions, or recommendations presented herein are at the sole risk of the user. The opinions and comments formulated during this assessment are based on observations and information available at the time of the investigation. No guarantee or warranty as to future life or performance of any reviewed condition is expressed or implied.

The findings presented herein are made to a reasonable degree of engineering certainty. Exponent has made every effort to accurately and completely investigate all areas of concern identified during this investigation. The data and opinions presented in this report are only those finalized at the time of its publication. If new data becomes available or there are perceived omissions or misstatements in this report regarding any aspect of those conditions, we ask that they be brought to our attention as soon as possible so that we have the opportunity to fully address them.

1402825.000 - 9789

EXHIBIT "C"

Thomas DeMicco
February 27, 2015
Page 10

The opinions and data presented in this report are not intended to represent all of the opinions or the work product that Exponent has performed related to this matter. In the event that Exponent conducts additional work and analyses, additional opinions may be developed.

If you have any questions or require additional information, please do not hesitate to contact me at 508-652-8519 or hkytomaa@exponent.com.

Sincerely,

*H Kytomaa*

Harri K. Kytomaa, Ph.D., P.E.
Corporate Vice President and Practice Director

1402825.000 - 9789

EXHIBIT "C"