Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT

           WESTERN DISTRICT OF ARKANSAS

 2                 HARRISON DIVISION

 3    JERRY and TERRY MILLER,

 4        Plaintiffs,

 5

      vs.                        Case No. 14-3007

 6

 7    JOHNSTONE SUPPLY, INC.,

      and OMEGA FLEX, INC.

 8

          Defendants.

 9

10

11

12

13        DEPOSITION OF ROBERT DURHAM, Ph.D.

14         TAKEN ON BEHALF OF THE DEFENDANTS

15      ON MARCH 24, 2015, BEGINNING AT 9:07 A.M.

16                IN TULSA, OKLAHOMA

17

18

19

20

21

22

23

24

25    REPORTED BY:  D. Luke Epps, CSR, RPR
```

EXHIBIT "D"

Page 50

1 data, and would serve to clamp or peak -- or
2 clamp peak voltages on the -- in the model. And
3 the combination of all of those is he makes a
4 statement that direct bonding at the Miller
5 residence would have prevented an arc have
6 occurring which is not supported by the data and
7 really not even supported by his models once
8 proper values are used.
9    Q   Okay. So moving back, what was wrong
10 with Dr. Kytomaa's simulation concerning the
11 bonding that you believe led to his incorrect
12 conclusion?
13    A   I believe I just went through a pretty
14 long answer of that. I'm not sure how I can
15 restate that.
16    Q   Well, I'm asking you -- you just went
17 through all of your criticisms, but I'm asking
18 you now on one single criticism about his
19 simulations about the bonding. Again, sir, I'm
20 just trying to get an idea of what you're going
21 to say. You haven't produced a rebuttal report.
22 So please tell me what Dr. Kytomaa did wrong
23 with respect to his simulation of bonding and
24 his conclusion that bonding would have prevented
25 arcing from occurring in this case.

Page 51

1       MR. CATHCART: Object to the form.
2       THE WITNESS: Well, we'll start back
3 over again. The first thing he did wrong is he
4 arbitrarily adjusted the amount of current
5 available from the lightning event to 3,900 amps
6 versus those data that are reported as being
7 available.
8    Q   (BY MR. DEMICCO) So what should have
9 it have been, sir, if it wasn't 3,900 amps?
10    A   Well, in this case, I think we can look
11 at the full strike analysis based on the
12 configuration of the system and location of the
13 equipment. The vast majority of the energy that
14 was available from the lightning event was
15 available on the gas system.
16    Q   And which lightning strike are you
17 referencing, sir?
18    A   Any of the three. There were three
19 strokes --
20    Q   Okay. Any of the three. And where
21 would the lightning attachment point be in your
22 simulation, sir?
23    A   The lightning attachment point for,
24 based on the available data, the lightning
25 attachment point for all three strokes was the

Page 52

1 tree to the northwest of the residence.
2    Q   So you believe all three lightning
3 strokes that were recorded on the STRIKEnet
4 report were within one-tenth of a mile of the
5 residence attached to the same tree at different
6 points in time?
7    A   Yes. Based on --
8       MR. CATHCART: Object to the form.
9       THE WITNESS: Sorry. Sorry, Bill.
10 Based on the characteristics of lightning, based
11 on what we know about of the ionization of air
12 and the creation of the leaders and the
13 propensity of lightning, yes, that is the most
14 likely attachment point for all three strokes.
15 It's a single strike event, but three strokes.
16    Q   (BY MR. DEMICCO) Okay. And do you
17 state that in your report, sir, dated January
18 26, 2015?
19    A   Yes. I believe that's in there.
20    Q   Could you show me where it's dated in
21 your report that you believe all three lightning
22 strikes attached to the tree?
23    A   It's inherent in the analysis in the
24 report. It's all the way through.
25    Q   I see. It's inherent in the analysis

Page 53

1 of the report? That's what you said, sir?
2    A   Yes, sir. That's correct.
3    Q   Can you show me which page or section
4 of the report that you state all three lightning
5 strikes recorded on the STRIKEnet report
6 attached to the tree that was near the propane
7 tank?
8    A   I don't know that I make that statement
9 word for word.
10    Q   Okay. So it's fair to say you don't
11 say that all three strikes attached to the tree;
12 is that fair to say? Withdrawn. Let me reask
13 the question. In your report dated January 26,
14 2015, you do not state that all three lightning
15 strikes attach to the tree; is that correct?
16    A   I probably don't make that statement in
17 those words.
18    Q   Okay. So can you point me to a section
19 on the report where it gives an indication that
20 you believe all three lightning strikes attached
21 to the tree?
22    A   Certainly. We can start -- we start
23 with the analysis of lightning events and how
24 they occur. 36 and 37, we talk about some of
25 that, some of the lightning data, particularly

14 (Pages 50 - 53)

EXHIBIT "D"

Page 54

1 from NASA, and the probability of restrike.
2 It's referenced in that area. In addition, when
3 we go down to the simulations and the
4 calculations, it's all the way through, but
5 maybe the best place is to look on page 60 where
6 we have all three events modeled in the same
7 path, and really for the next four or five --
8 three or four pages past that as well.
9    Q  Okay. I'm on page 60. Can you show me
10 the language on page 60 that would give an
11 indication you believe all three strikes
12 attached to the tree near the propane tank?
13    A  Well, you have to take the entire
14 report as a whole. We talked about lightning
15 attaching to the tank -- or attaching the tree,
16 the energy being collected by the tank, and then
17 we go into the wave form model for the source
18 where we have all three sources -- all three
19 events on the same source. So I think it's --
20 it's fairly obvious to anyone that understands
21 -- that understands lightning and understands
22 electric modeling that's exactly what we're
23 talking about.
24    Q  Do you think it's fairly obvious to a
25 layperson that you believe, after reading the

Page 55

1 report, that you believe all three strikes
2 attached to the tree near the propane tank?
3    A  I can't speak for a layperson. I'm not
4 one.
5    Q  Do you -- do you mention anywhere in
6 your report that you considered one of those
7 three strikes directly attaching to the
8 structure at the Miller property?
9    A  I certainly did not list all the
10 hypotheses that we examined. So I doubt that I
11 listed that specifically in the report.
12    Q  Can you tell me or can you review your
13 report and tell me if you specifically reference
14 the hypothesis that a direct strike attaching to
15 the Miller structure was the possible cause of
16 this fire and how that was ruled out?
17    A  As I said, I did not reference all the
18 rejected hypotheses in the report, and so it is
19 not -- it is likely not in the report. That is
20 not something that was included.
21    Q  Okay. Can you reference anywhere in
22 your file where the possibility of a direct
23 strike was ruled out?
24    A  Certainly. It's during the course of
25 the investigation and during the course of the

Page 56

1 analysis documented in all the photographs that
2 were taken at the scene and at the laboratory
3 exams.
4    Q  Okay. So tell me in summary fashion
5 how you ruled out a direct strike in this
6 instance, sir.
7    A  Most specifically -- well, I need you
8 to define what you mean by "direct strike,"
9 please, to answer that question.
10    Q  Well, let me ask you. What's your
11 understanding of a direct strike?
12    A  Well, a direct strike is an event where
13 the lightning energy directly connects to a
14 conductive path with the object -- with the
15 object in question, and all of the available
16 energy and voltage are transmitted, are
17 connected and go through the object in question.
18    Q  Okay. What would be the object in
19 question in your scenario, sir, with direct
20 strike?
21    A  Well, it's your question. That's why I
22 asked for clarification.
23    Q  Well, my understanding of a direct
24 strike is when a lightning bolt attaches to some
25 portion of the structure. Is that what happened

Page 57

1 here, sir?
2    A  No. The lightning did not attach to --
3 to any portion of the structure. Without
4 accepting your definition of direct strike, no,
5 that did not occur.
6    Q  Okay. Would your understanding of what
7 a direct strike was, did a direct strike occur
8 in this instance?
9    A  A direct strike did occur to the tree,
10 yes.
11    Q  Okay. And that's not a direct strike
12 to the structure, though; is that correct?
13    A  No. That's a direct strike to the
14 tree.
15    Q  Yeah. So any electrical energy that
16 entered the home through that lightning strike
17 that hit the tree or the three lightning strikes
18 that hit the tree in your scenario would have
19 entered the home indirectly; is that fair to
20 say?
21    A  Well, let me back up a second because
22 there's only one lightning strike. There were
23 three strokes. So we need to be clear on that.
24 And one of the methods that it would have
25 entered the residence is from indirect --

15 (Pages 54 - 57)

EXHIBIT "D"

Page 58

1  indirect strike, yes.
2  Q   Okay.  So you believe there was only
3  one lightning strike with three strokes recorded
4  on the STRIKEnet report?
5  A   Yes, sir, based on our current
6  understanding of lightning events, that's the
7  most -- the most likely explanation for what
8  occurred.
9  Q   And is that referenced in your report,
10  sir?
11  A   Well, we just had that conversation,
12  yes.  We did talk about that.
13  Q   Where in your report do you talk about
14  the fact that the STRIKEnet recorded three
15  events, but they all involved the same lightning
16  bolt?
17  A   In the area where we talk about the
18  NASA data and the NASA report itself is data to
19  support that conclusion, but in that graph shown
20  on that page, it talks about restrike and those
21  things, and in my sections where we talk about
22  simulations, again, as we discussed before, it
23  shows all three events occurring nearly
24  simultaneously, in fact, with the records we
25  have simultaneously and at the same location or

Page 59

1  at least with a high degree -- a high degree of
2  probability at the same location, and that's all
3  consistent --
4  Q   Okay.  You're going to have to slow
5  down.  I'm not an engineer, okay, so let's get
6  your report out and please tell me the page, the
7  paragraph, and read for me the language of the
8  report where it says that you considered the
9  STRIKEnet report -- the data on the STRIKEnet
10  report to involve only one lightning strike with
11  three strokes.
12  A   Well, you have to -- the first place we
13  could look at, we can go to page 36, and I'm
14  starting in paragraph 14.  We will talk about --
15  Q   Okay.  Hold on.  Is that page 36 in
16  your report or Durham 36, Durham File 36?
17  A   I'm sorry.  Durham 36.
18  Q   Okay.  Durham 36.  Let me get there
19  first.  One second, sir.  Just bear with me.
20  Okay.  Can you now point to me where it
21  indicates in your report that you considered
22  only one lightning strike with three strokes
23  from the STRIKEnet report?
24  A   Well, I don't think it's fair to say I
25  only considered one lightning strike with three

Page 60

1  strokes.
2  Q   Did you consider that there was three
3  lightning strikes in the area of the Miller
4  property?
5  A   Sure.
6  Q   And how did you rule out one of those
7  three lightning strikes attaching to the
8  structure and causing this fire?
9  A   Had we had a lightning strike attached
10  directly to the structure and caused a fire, we
11  would have had indications of a fire event
12  occurring prior to the explosion that occurred.
13  The data do not support that, so we can rule out
14  -- we can rule out attachment directly to the
15  structure that caused a separate fire from the
16  explosion of what occurred.
17  Q   Okay.  So you're basically relying on
18  the fact that someone has said there was an
19  explosion before the fire; is it fair to say?
20  A   That's an important piece of data, yes.
21  I am definitely --
22  Q   What other data are you relying on to
23  rule out the possibility of a direct strike
24  attaching to the structure and causing this
25  fire, sir?

Page 61

1  A   Well, if I could -- well, I won't
2  finish my answer then.  The characteristics of
3  lightning, the direction of the storm movement,
4  the position of the tree at the residence all
5  lead us to believe that it is unlikely that
6  there was an attachment to the house, which is
7  also consistent with the fact that there was no
8  fire prior to the explosion.  So all of the data
9  that we know about lightning, the
10  characteristics of lightning, the location of
11  the tree in question and the residence itself
12  all lead us to that conclusion.  It's about time
13  we take a break, I believe.  Yeah.
14  MR. CATHCART:  We're off the record.
15  MR. DEMICCO:  Luke, can you read back
16  the question, please?  And you want to go off
17  the record, Bill?
18  MR. CATHCART:  Yeah.  We're going to
19  take a break for a minute.
20  MR. DEMICCO:  Yeah.  Sure.  Let's take
21  a five minute break.
22  (Short break at 10:21 a.m., resumed at 10:30
23  a.m.)
24  Q   (BY MR. DEMICCO)  Okay.  Back on the
25  record.  Mr. Durham, can you, again, point us to

16 (Pages 58 - 61)

EXHIBIT "D"

# Effectiveness of Direct Bonding of Gas Piping
# in Mitigating Damage from an Indirect Lightning Flash

**Prepared By:**

**Brian Kraft**

**Rising Tide Consulting LLC**
**Palmer, MA**

**Robert Torbin**

**Cutting Edge Solutions LLC**
**Framingham, MA**

**August 2007**

© Kraft/Torbin 2007

**Reproduction of this document, in whole or in part, without express, written consent is strictly prohibited.**

"0%&-. &' .' %5 8 G%0%02 5*5&$ $ -( %?%8&%0L <((%&%844*: &9' (%.'>&0#-$ ' &9-( >80 #' M%5"844* %05F'>&'( ?-. >-0&%0"%&* 8&48F 80( G%.' >-00'>&%-05 "5& #' M%5%#4'L < 5'4?^#-0( >-00'>&%-0 .'="%.'5 &9' "5' -? 8 >-0&%0"%&* &-'5&'.%?* 8 F.-F'. >-00'>&%-0 8& &9' 8FF4%80>'L 7%0844*: &9' (%.'>&%-0 -? #-0(%02 F.-M%('5 8 4-G%F'(80>' '4'>&. %>84 F8&9 &- 2.-"0( &98& %5 5%20%?%>80&4* 59-.&'.: 4'55 '4'>&.%>844* .'5%5&%M' 80( &9'.'?-.': $-.' '?? '>&%M' &980 %5 8 5'4?^#-0( 8& 58?'4* >-0M'*%02 5&.8* M-4&82' 2.-"0(^?8"4&5 &- 2.-"0(L

b%.'>& #-0(%02 -? 844 &844%>F*54* 4%0'5 '0&'.%02 8 #"%4(%02 %5 %&%>84 #"& -?&'0 -M'.4--I'( 8FF.-8>9 G9'0 >-05%('.%02 F.-&'>&%-0 -? 8 #"%4(%02 80( %&5 >-0&'0&5 80 '4'>&.%>84 5*5&'$ L 6%29&0%02 5&.%I'5 0'8. #"%4(%02 5 A'G( >"..'0& &.80?'. (%5&80>' 5 - ? "F & R& S^I $ ?.-$ &9' 5&.%I' >'0&'.E >80 %0(">' (%??'. %0 F-&'0&%84 #'&G''0 &9' &.%>84 5*5&'$ 80( 80* 0-0^ #-0('( $ ' >980%>84 5*5&'$L b%.'>& #-0(%02 -? &9' 5*5&'$ 5 A"5% 2 8 \ <UN >-FF'. G%'E &- &9' #"%4(%02 2.-"0(%02 '4'>&.-(' 5*5&'$ 844-G5 &9' $'>980%84 5*5&'$ 5 &- #' ' 0' .2%I' ( 8& A-. 0' 8.E&9' 58$' .8& 85 &9' ' 4 >&.%>84 5*5&'$ %0 "0%5-0 G%&9 &9' M-4&82' G8M' %0(">'( #* &9' 4%29&0%02 5&.%I'L

`5 ' -? &9 '=" %$'0 & 2.- "0(%02 >-0(" >& A3N1 E 85 &9' #-0(%02 '$805 (-'5 0-& 8>9%'M' &9' 58$' '??'>&L /9' 3N1 A G9%>9 %5 &*F%>844* 8 RQ -.RP-FF U. G%.'E (-'5 0-& 844-G &98& $ ' >980%>84 5*5&'$ & #' ' 0' .2%I' ( 8& &9' 58$' .8&' 85 &9' '4'>&.%>84 5*5&'$ F8&9 &- 2.-"0( &9.-"29 &9' 3N1 %5 &*F%>844* 4-02'. A80( G%& 2.' 8&. %$ F' ( 80>' E &980 &9' (%5 >&#- 0( %02 (%5&80>' A0'8. &9' 5'.M%>' '0&.80>'E #'&G''0 '8>9$ '>980%>84 5*5&'$ 80( &9' 2.-"0(%02 ' 4 >&- (' 5*5&'$ LU 9' 0 ' 0' .2%I' ( #* 4%29&0%02: &9%5 5%&"8&%-0 5'&5 "F '4'>&.%>84 %0 &9' $80* >-0(">&%M' F8&9G8*5 &- #'>-$'#8480>'(: 80( &9'5 8.>%02 %5 $-.' 4%I'4* &- ->>".L )-0(%02 &9.-"29 &9' '="%F$'0& 2.-"0(%02 >-0(">&-. %5 -04* %0&'0('( ?-. F'.5-00'4 58?'&* %0 &9' ' M'0& -? 80 ' 4'>&.%>84 ?8"4& >->>".. %02 %0 &9' F.' $ %5' G%.%02 5*5&'$: 80( 985 #"0 59-G0 &- #' %08('="8&' G9'0 ('84%02 G%&9 4%29&0%02 '0'.2*L #%0(%02 58%(: %& 59-"4( #' 0-&'( &98& &9' @31 (-'5 0-& .'="%.' (%.'>& #-0(%02 ?-. 844 '$'&844%>'5*5&'$5: 0-. (-'5 %& '??'>&%M'4* 8((.'55 4%29&0%02 F.-&'>&%-0 9%>9 %5 >-05%('.'( -"&^-?^5>-F'L

## 2.3 Lightning Energy

6%29&0%02 %5: #* %&5 M'.* 08&".'$ 8M'4*G'.?"4 08&".84 F9'0-$'0-0: >8F.%>%-"5 80( %$ F- 55%#4 & F.' ( %>&L U 9% 5%20%?%>80&' 5' 8.>9 985 #"0 F'.?-.$ ' ( -0 &9' 4%29&0%02 F9' 0- $ ' 0- 0: 2' 0' .84' 02%0' ' .%02 5-4"&%05 & $ %&%28&'"&5 %$F8>&98M' 0- & #' 0 G%( 4* %$ F4 $ ' 0&( %0 &9' .' 5%(' 0&%84 $ 8.I' &L / 9' ->>"..'0>' -? 4%29&0%02 M8.%'5 ?.-$ &'05' AQ $ %4#-0 5&%I' 5 F' . *' 8.E& 4%29&AQDDD5&%I' 5 F' . *' 8.E-0 8 5&8&'^#*^5&8& #85%5L N%M'0 &98& &9' $ 820%&('' : ?.' ="' 0>* 80( (".8&%0 -? &9' ' 0' .2* %0M-4M'( G%&9 '8>9 4%29&0%02 5&.%I' M G%' 4*: &9' (' 5%20 -? &9' $ -5& '?? '>&%M F.-&'>&%-0 59-"4( &8I' 8 4>- 0(%&%05 %0& >-05%('.8&%-0L 6%29&0%02 '0'.2* %5 5..' ( & 8 5&">&.' G9' &9' . &9' 5&%I' %5 (% >&# * & &9' #"%4(%02 -. %0(%.'>&4* &9.-"29 '80$ & ( %$ A5">9 85 &9' ' 8.&9EL < (%.'>& 5&.%I' %0M-4M'5 #-&9 (%.'>& 9%&5 &- &9' 5&.">&".' -. 5&.%I'5 &-$8&'.%84 >8?'&*: 80>9 -?? -? &9' $8%0 #-4& 0&.5 &9' 5&">&.' &9.-"29 80- &9' . F8&9G8* 5">9 85 &9' -M'.9'8( F-G'. 4%0'5 -. &9.-"29 &9' 2.-"0( "0('. &9' 9-"5'L

© Kraft/Torbin 2007

b "' &- &9' 9%29 4'M'45 -? '4'>&.%>84 F-G'. %0%0& 4%29&0%02 ?485%0'4' F-%0& -. F8&9 >80 F.-M%(' %& G%&9 80 8('="8&' >80%-0 &- &9' '8.&9 G9%>9 %5 &9'.8>&%>844* 5F'8I%02: &9%5 $ '805 &98& 8 (%.'>& 4%29&0%02 ?4859 &- &9' 2.-"0( -.& 8 5&">&".' G%44 58&".8& %& $ ' ( %0& F8&9 &- 2.-"0( 8& &9' -#T'>&'5 IL /9' 4%29&0%02 F8&9 G%44 F.->" ( &->-0( ">&%5M .?4-G '0 '.2* %0(%.'>&4* &- 2.-"0( #* 2'0'.8&%02 M'.* 9%29 82'5 80( >"..'0&5 %0 &9' 5"..-"0(%02 '8.&9: -#T'>&5 80( 5&.">&".'5: >-$$-04* &-M'.* 48.2' (%5&80>'5L X0 5&98*: 4%29&0%02 G%44 "5' 844 8M8%48#4' F8&95 &- (%5F'.5' '4'>&.%>84 '0'.2* "&-.84 '8.&9L X0 &9' >85' (%.'>& 5&.%I' &- 8 5&.">&".': '0'.2* G%44 &.8M'4 (%5>.'&'4* &9.-"29 844 -? &9' >-0(">&%M' 5*5&'$5 G%&9%0 &9' #"%4(%02 %0>4"(%02 '4'>&.%>84 G%.%02: $'&84 F%F%02: 285 F%F%02: 5&"4 5&.">&".84 $'$#'.5: 80( -?&'0 G%&9 8 ('5&.">&%M' '??'>&L

X0 &9' >85' -? 80 %0(%.'>& 4%29&0%02 5&.%I' : 8 ' 0' .2* G%44 &.8M'4 %0& - &9' 5&".>&".' 80( &9.-"29 &98 ?-.' $ '0 &-% ( 5*5&$ 5 %0 &9* F.-M%(' 8 5%20%?%>80& F8&9 &- 0"'&.84 '8.&9L /9' '0'.2* 4'M'4 %0 &9%5 5%&"8 %5 5">9 &98& 5*5&'$ '>&5 &9G8'4( 0-& 0-.$ 844* #' >-05%('.'( '4'>&.%>844* >-0&%0"-"5 80(c-. >-0&%M' >80 80( 8.' "5'( 85 F8&95 &- 2.-"0(L 7-. 'V8$ F4': G8&'. %0 &."5 -. G--('0 ?.8$ %02 $ $# '.5 >80 F.-M%(' 4%29&0%02 G%&9 8 F8&9 &- 2.-"0(: #" &G%& 5%20%?%>80& 8$ 82' & &9' %05"48&%02 > 4"4-5' L , ' ^#8. %0'0#". %'( ?--&%025 G%44 .'5F-0( %0 &9' 58$?859%-0: G%&9%5 4&$ 'VF4-5%M' 8$82' &- &9' 5"..-"0(%02 >-0>.'&'L /9' (%'4'>&.%> %05"48&-. 8& &9' 285 5>M0&.80>' %5 >-$$-04* 8.>'( -M'. (".%02 8 4%29&0%02 ' M'0&G%& &9' 4%29&%02 "5%02 &9' "0('.2.-"0( .%5'. 85 8 2.-"0( F-%0&L ? &9' >-0(">&%M' 5*5&'$ G%&9%0 &9' .'5%('0>' &98& F855 0'8. 5&"4 5&.">&".84 5"FF-.&: 5">9 8844* >-4"$0 %0 8 @'G 302480( #85' $ ' 0&G%4 F.- M%' 8 F- &0&84 F8&9 &- 2.-"0(: 'M'0 %? 8 5%& 8 &.- "29 8%%5 .' ="% ( & $ 8I' &9 >-00'>&-%L

`0('. >'.&8%0 >%.>"$5&80>'5 A5">9 85 >4-5' F.-V%$%&*E: 1!!/ >80 #' (8$82'( #* 8.>%02 &-c?.-$ -&9'. >-0(">&-.5 85 &9'* 8.' '0'.2%J'( #* 8 4%29&0%02 5&.%I' L / 9%5 8.>>8"5' 5 4 >84I' ( 9' 8&%02 8& &9 8.> &.'$ %0 8&%-0 F-%0& 5-$ ' &%5 ' 5 >.' 8&%0 0- "29 9' 8&-& $ ' 4&-9" 29 &9' 5&"4 F%F' G844L /9%5 '??'>& %5 5%4$ 8. &- (8$82' >8"5'( &- 8%.>.8& 5I%05 #* (%.'>& 4%29&0%02L /9' 'V%5&%02 .'5'8.>9 59-G5 &98& &9%5 &*F' $?8(8 %5 $-5& 4 5' 4* .' 48&( & >98.2' (' 4%M.' ( : &98&%5 &9' 8$ -"0 & ? >98.2' &.85?' ..'( #* &9' 8.>c?4-9 80( &9' (".8&%-0 -M'. G9%>9 &9' 8.> %5 8>&%M'L 198.2' ('4%M'.'(: -. &9' 8.'8 "0('. &9' >".M' -? 8$ F'.'5^M'.5"5^5'>-0(5: %5 9%294* F.'(%>&%M' -? $ 8&'.%84 (8$82'L 6%29&0%02 &'5&%02 >-$$-04* %J'5 >"..'0&^M'.5"5^&%$' 598F'5 %('0&%?%'( M84"'5 ?-. &%$'-^F'8I >"..'0 &8$ F4'&( ' 80( &8 ' ^&^>"..' 0& ('>8* -? OD^F'.>'0& F' 8I 8$ F4'&( ' A85 $ ' 85"..' ( %0 $ %.- 5' >- 0( 5E&- $-('4 #-&9 (%.'>& 80( %0(%.'>& 4%29&0%02 ?4859'5L

Case 3:14-cv-03007-ELW   Document 32-26   Filed 05/08/15   Page 8 of 29 PageID #: 1415

# Lightning, Grounding and Protection for Control Systems

Marcus O. Durham, *Fellow, IEEE*, and Robert A. Durham, *Member, IEEE*

*Abstract*— Protection for installations that have been modernized or retrofitted presents a unique mix of problems that require a different perspective from a new installation. The paper addresses lightning, transients, and radiation that cause problems on programmable logic controllers, distributed control systems, and remote electronic transducers. While complex grounding grids and networks were not required for analog systems, newer digital equipment requires a very effective means of maintaining equal potential throughout the facility. Methods of protecting circuits include a variety of sophisticated and not-so-elegant techniques.

Special consideration must be given to the impact that towers have on a protection system. The investigation ranges from no air terminals to lightning arrays. The protection problem is compounded when different soils such as clay and rock are encountered. Methods of calculating the grounding circuit resistance are identified.

Although the paper is based on a retrofit, the techniques are appropriate for any industrial installation using distributed control.

## I. INTRODUCTION

DEVELOPMENT of design procedures for grounding and transient protection of electrical equipment is based on traditional electrical concepts, but the application can be very complex. While the concepts may be a science, the application is an art.

Every installation is unique. The location, access, soil conditions, atmospheric interaction, and equipment to be protected all impact the design of a protection system. There are numerous gadgets, gismos, and unverifiable procedures for protecting equipment. Nevertheless, reasonable decisions can be made when adequate information is available.

A tutorial on the components of an effective protection system will be provided first. This gives the basis for the design and installation procedures that follow.

As much money can be thrown at the problem as one desires. This is seldom necessary. A conservative, effective, fundamental design should be the first choice. This will resolve the problems at most sites. If problems continue to exist at certain locations, enhancements can be made at only those places requiring additional help.

Paper PID 94–24, approved by the Petroleum and Chemical Industry Committee of the IEEE Industry Applications Society for presentation at the 40th Annual 1993 Petroleum and Chemical Industry Conference, St. Louis, MO, Sept. 13–15. Manuscript released for publication May 4, 1994.

M. O. Durham is with THEWAY Corporation and the University of Tulsa, Tulsa, OK 74153 USA.

R. A. Durham is with West Texas Utilities, Abilene, TX 74606 USA.

IEEE Log Number 9406622.

The data and descriptions that are provided are based on years of experience from industry-recognized practices. Before any high technology protective devices can be installed and expected to operate consistently, a viable grounding system is necessary to provide for the dissipation of transients and surges.

## II. GROUNDING DIFFERENTIATION

Not all grounding is the same, although all these methods are usually connected to a common earth point. Because all of these grounding considerations occur in a typical plant location, care must be exercised to prevent interaction between the different grounding needs.

*Power grounding* is intended to carry low frequency or direct current fault currents back to fuses or other protective devices. This is primarily a current consideration. This occurs via the system grounding electrode [1]–[3].

*Bonding* is to provide an equipment ground to prevent potential differences which may shock an individual or flash over and cause a fire. This is primarily a voltage consideration. This is accomplished by connecting all metal equipment together to a single point of reference.

*Shielding* is used to prevent higher frequency electromagnetic noise from interfering with the desired signal. This is primarily a frequency-related consideration. It is accomplished by isolation of the signal wires from sources of noise. This is accomplished by use of a Faraday shield.

*Lightning protection* is intended to provide a path to dissipate high energy into the soil. This is primarily an energy consideration. This is accomplished by having an equal potential grid under the area to be protected.

Electrical system grounding electrodes are not to be used in lieu of lightning protection ground rods. Nevertheless, the electrodes of different systems must be bonded together. Because of the location of lightning arrestors on power lines in relation to electrical system grounding electrodes, the two systems often appear to be the same. A clarification will assist in understanding grounding in general.

The system grounding electrode is installed at the point of service as defined in the NEC [3]. There are a variety of devices that can be used, but the generally recognized electrode is the 8-ft ground rod driven at the meter or entrance. The ground resistance of these systems are required to be only 25 $\Omega$.

All other grounding electrodes, ground wells, and connections to piping have another purpose. These may be for lightning protection, personnel protection, or other equipment

0093–9994/95$04.00 © 1995 IEEE

EXHIBIT "D"

46                                        IEEE TRANSACTIONS ON INDUSTRY APPLICATIONS, VOL. 31, NO. 1, JANUARY/FEBRUARY 1995

protection. Nevertheless, these must be bonded to the system grounding electrode.

## III. TRANSIENTS AND SURGES

There are a variety of sources of transients and surges that can interfere with the operation of electrical equipment.

Transients can be caused by the way electrical equipment is operated. Electromagnetic interference is generated by switched mode power supplies in computers, SCR controllers, and variable frequency drives [4]. The interference caused by switched mode power supplies must be corrected by increasing wire sizes, changing transformer design and configuration, and using active filters. Single frequency passive filters composed of capacitors and inductors are not generally effective. The cutoff frequency of the filter is physically too close to the fundamental to allow a good filter design [5].

The switching of large motor loads and the switching of transmission lines and power factor correction capacitors can create substantial noise. The breaking of large currents can cause surges on the line that damage electronics and even some machines. The surges may be in the form of voltage spikes, voltage dips, or current transients. Although the energy levels for these disturbances are not as great as those from lightning, they can create problems for equipment connected to the same power lines. Some lightning arrestors (protectors) may compensate for problems caused by the switching surges on the power line.

Radio frequency interference (RFI) can be caused by communications transmissions. However, interference is more often a problem from the spurious emissions from electronics that are operating at high frequency. Both digital and analog circuits can cause these emissions. Furthermore, the RFI may be fairly broad band since it will often result from multiple subcircuits operating at the same time. Shielding is the preferred way to handle RFI. The best approach is to shield the noise from escaping the source device.

Electromagnetic induction (EMI) is noise that is picked up from a stray source and converted to a voltage on the electrical system. The sources are often the same as those generating RFI. However, appropriate isolated grounding is an additional tool used to handle this noise.

Electromagnetic pulse (EMP) interference is derived from nuclear detonation. This is a radiated broad band electromagnetic pulse with a very high energy. The energy form is very similar to lightning but is approximately 10 times faster. The radiation is induced on all conductors and is converted into a voltage. Protectors designed for EMP will work for lightning. However, they are expensive and do not work substantially better than devices specifically designed for lightning [6].

Lightning is a source of tremendous electric, magnetic, and thermal energy from nature. It is generally the predominant motivator for designing a protection system.

## IV. LIGHTNING

Lightning is the discharging of an electric field that has built up between a cloud and the ground or other clouds. This occurs with a breakdown of the atmosphere in a local area.



Fig. 1.  Lightning discharge.

The atmospheric breakdown is called the step leader. The leader progresses approximately 150 ft in 1-$\mu$s increments. Then there is a 50-$\mu$s dormant phase followed by another discharge. The downward vector has a velocity of 0.1 to 0.2 m/$\mu$s while the upward velocity is 35 to 100 m/$\mu$s. Fig. 1 shows negative cloud to ground lightning as described by Hasbrouk [7]. Less frequent positive stroke lightning begins in the positive charged cloud region.

The location for the plasma column of the next strike (return stoke) will be to the lowest potential point within a 150-ft radius hemisphere. Any object that is within this 150 ft can be the point for the next strike. As long as the point is more than 150 ft above the average terrain, it may be the location for the attachment of the return stroke, even if the point is below the height of a tower.

Lightning strokes can cause large potential differences on electrical systems that are distributed outside a single protected structure or buildings. Large current magnitudes may flow in the ground and metal material in an attempt to equalize the potential. Often large surge currents flow in a wire between two isolated points. Furthermore, a strike creates a large electromagnetic field that can cause interference in electronic and communications signals.

Even without a direct strike, a moving, charged cloud can create potential differences between locations on the earth that the cloud is moving over. The electric field under a cloud is generally considered to be about 10,000–30,000 V/m. This static energy is dispersed when a cloud is discharged by lightning. Fig. 2 illustrates the charge.

Lightning is a high-frequency, high-potential, high-current signal. Lightning is equivalent to a high frequency because of the rapid rate of rise of the signal, approximately 1 $\mu$s. Designing a path to handle high-frequency signals requires a significantly different technique than for power frequency conductors.

As with all electrical signals, the current will flow in the path of least impedance. This consists of resistance as well as

EXHIBIT "D"



Fig. 2.   Cloud charge.

reactance. Higher frequency increases the inductive reactance of a circuit. The inductance of copper wires used for grounds is approximately 0.5 $\mu$H/ft. At the equivalent frequency of lightning, the impedance due to inductance is many times greater than the impedance due to the conductor resistance.

Conductor lengths of more than 30 ft have essentially infinite impedance which will prevent their carrying the lightning current [8]. However, when multiple paths are provided to the earth, the potential is distributed over a comparatively large area of ground. This in effect equalizes the potential and reduces the voltage difference between two points inside the paths.

These high-frequency signals will not follow a sharp turn. A bend increases the inductive reactance. By comparison, a coil is an excellent inductor and is simply made of turns in a wire. Therefore, all lightning grounds must have bends made with a sweeping radius, not squared corners. No bend should be made with less than 90° in the included angle. Bends should have a radius of at least 8 in [9].

## V. LIGHTNING PROTECTION

A lightning protection system consists of three basic components. The initial item is an air terminal or protector that intercepts the surge. Next, a conductor system transfers the energy through a low impedance path. Finally, the energy is dissipated through a system of ground terminals (electrodes).

A key to the ground terminals is the area of contact with the earth. The resistance will not necessarily be as low as alternate systems, but the total impedance is low. The large surface area permits the dissipation of the stroke energy.

A fundamental design criteria for a lightning protection system is to minimize the earth potential differences between all electrical components within a site.

Lightning occurs at different levels. A system should be designed to handle a typical-to-large strike in the area. Strikes cannot be stopped, but the energy can be diverted in a controlled manner. Attempting to protect from direct strikes may involve excessive cost.

Lightning protection involves providing a controlled, low-impedance path to earth for the energy rather than allowing it to choose a random, higher impedance path through

the structure. When the high energy travels along the high-impedance path, extensive damage occurs because of the heat and mechanical forces created [2].

Building and structure protection is more tolerant than electronic protection. A building may tolerate up to 100,000 V while 24-V electronics typically will be damaged by sustained energy over twice its rating.

At the time of a strike, the ground system will saturate and have an elevated potential relative to the surrounding area. The elevated potential will persist until the transient propagates through the system into the ground.

The equipment within the elevated potential area is configured to compensate for the rise in potential. If all the electrical equipment is tied together to the same effective ground system, there will not be a difference in potential between points on the system. However, devices connected to lines that egress outside the equal potential area are subject to damage. The elevated potential can trigger protectors for a short period of time and dump excessive transient energy on the lines.

Several items impact the chance of a strike. The strike frequency of lightning goes up with the square of the height above the average terrain. This makes isolated structures particularly vulnerable [6].

Sharp points increase the likelihood of a strike. The high electric (E) field below a charged cloud will create ions in the neighborhood of sharp points. These ions increase the air conductivity and probability of a cloud discharge (strike).

When a cloud does discharge, the point of impact of lightning will be the center of a wave that is dissipating into the ground. The wave appears to be circular rings around the point of impact. These waves move outward much like ripples of water.

The velocity of propagation of the wave corresponds to the rate that the energy will dissipate into the ground. The soil resistance and the inductance of the grounding circuit form a time constant. The wave will propagate faster with larger contact surface area and lower resistance soil.

## VI. EARTH AND RESISTIVITY

The earth does not have uniform resistivity at all points. Different soils conduct an electrical current differently. Because of the difference in resistivity, a potential will exist between two pieces of metal placed in the earth. Hence multiple grounding electrodes create the likelihood of a potential difference between the desired ground points.

The potential difference problem between electrodes is compounded when a charged cloud with a high electric (E) field moves over the electrodes. First, a nearby lightning strike will cause currents to flow in the ground in an attempt to reestablish charge equilibrium. This current will flow between the grounding electrodes which establishes a higher potential difference between the ground rods. This greater potential difference will result in a ground loop current flowing in any ground wire [4].

Second, a magnetic (H) field is caused by a cloud discharge whether to ground or to another cloud. This field induces a current in any wire or metal in the vicinity of the discharge. If

EXHIBIT "D"

Case 3:14-cv-03007-ELW    Document 32-26    Filed 05/08/15    Page 11 of 29 PageID #: 1418

NASA Reference Publication 1008

# Lightning Protection of Aircraft

Franklin A. Fisher and J. Anderson Plumer

General Electric Company
Pittsfield, Massachusetts

Prepared for
Aerospace Safety Research and Data Institute
NASA Lewis Research Center

NASA

National Aeronautics
and Space Administration

Scientific and Technical
Information Office

1977



*Figure 1.15* Current oscillograms from single strokes or first downward strokes.
1) Fast time-scale $t_1$; 2) Slow time-scale $t_2$. In osc. No. 6119 TI,
chopping may be caused by a flashover in the measuring equipment.

## 1.3   Further Development of the Lightning Flash

After the charge has been drained from the leader by the upwardly moving
return stroke, the current measured at the ground decays, though at a rate
slower than that at which the current rose to its peak. Oscillograms showing
typical decay times are shown in Figure 1.15 (Reference 1.18). The figure

displays the current on two different time scales, emphasizing the front and the tail. Some of the oscillograms showing the front are the same as those shown in Figure 1.14 (Reference 1.17).

As the return stroke approaches the cloud, it may encounter other branches of the leader, as shown in Figure 1.16. As it passes these branches, the charge stored in them will feed into the developing lightning stroke and momentarily increase the current. Eventually, the return stroke will reach the cloud. Our understanding of the phenomena occurring within the cloud is hindered by our not being able to see the phenomena, but we can infer some of the phenomena from measurements of the electrical radiation produced by the developing flash and from the usual behavior of the flash after the initial return stroke has passed. As the return stroke reaches into the cloud, it appears to encounter a much more heavily branched leader than it did in the air below the cloud. The return stroke can thus tap the charge diffused through a large volume of the cloud, rather than only the charge in the more localized leader. It would



*Figure 1.16*   Further development of the flash.

17

EXHIBIT "D"

appear to be during this period that the intermediate current (Component D of Figure 1.1) is developed. As the discharge continues to spread through the cloud, for times on the order of fractions of a second, currents on the order of a few hundred amperes continue to flow in the lightning flash. These are referred to as *continuing currents* (Component E of Figure 1.1). As one may expect, there is no clear-cut demarcation between the tail of the return stroke and the intermediate current, or between the end of the intermediate current and the start of the continuing current.

Eventually, and usually, the developing discharge within the cloud reaches into a different cell of the cloud or, at any rate, into a region where there is another localized body of electrical charge. At this stage there occurs what is called a *restrike* (Component F of Figure 1.1). The restrike starts with additional charge being lowered from the cloud to form a new leader, or, more properly, to recharge the central portion of the old leader. Presumably, because of the residual ionization in the channel, this charging process occurs smoothly, not in the step-by-step process by which the initial leader penetrates into the virgin air. Accordingly, this is called a *dart leader* instead of a step-leader. Unlike the initial step-leader, the dart leader is seldom branched. When the dart leader reaches ground level, a return stroke again occurs. The amplitude of this return stroke is again high, since the current comes from an intensely ionized region close to the ground. While the amplitude is usually not as high as that of the first return stroke, the current rises to crest more rapidly than does that of the initial return stroke, presumably because the upward leader from the ground does not have to propagate into virgin air.

## 1.4   Lightning Polarity and Direction

Most lightning flashes originate in the cloud and lower negative charge to earth. The question of direction of the lightning flash is sometimes confusing. With the intent of clarifying matters, the statement is sometimes made that lightning strikes upward and not downward. This is at least partially true; the return stroke that produces the high peak currents, thunder, and the highest intensity light, in fact does start near the ground and grow upward into the ionized channel previously established by the step-leader, thus tapping the charge in the step-leader. The step-leader, nevertheless, originated at the cloud. The source of energy is in the cloud, and the lower amplitude and longer duration currents have their origin in the charge stored in the cloud. Thus, in terms of the engineering definition of current, these flashes result in the direction of current flow from the earth to the cloud. This type is commonly called a *negative polarity flash*.

When tall buildings or mountain tops are involved, the lightning flash often does originate at the ground; the step-leader starts at ground level and propagates upwards into the cloud. Such flashes seem to be triggered by the high electric field concentrated around the top of the building or mountain. They may be recognized by the upward direction of branching, as mentioned earlier and shown in Figure 1.9(b). This type of flash therefore results in current flow from

the cloud to the ground and [...]
flashes usually have lower [...]
cloud.

About 10% of all fla[...]
these involve the highest [...]
lightning. Examples of som[...]
1.17 (Reference 1.19). The [...]
stroke; they lack the res[...]
polarity.



*Figure 1.17*  Examples of [...]
scales $t_1$ and $t_2$; Q [...]
the origin; $Q_k$ e [...]

## 1.5   Intracloud Flashes

Intracloud flashes oc[...]
guishing characteristic of in[...]
return stroke phase typical[...]
radiation associated with [...]
associated with the return [...]
charge centers take place [...]
observer within the cloud, [...]
ground occurred.

18

# Lightning

## *Physics and Effects*

VLADIMIR A. RAKOV
AND MARTIN A. UMAN

*Department of Electrical and Computer Engineering*
*University of Florida*



CAMBRIDGE
UNIVERSITY PRESS

EXHIBIT "D"

CAMBRIDGE UNIVERSITY PRESS
Cambridge, New York, Melbourne, Madrid, Cape Town, Singapore, São Paulo

Cambridge University Press
The Edinburgh Building, Cambridge CB2 2RU, UK

Published in the United States of America by Cambridge University Press, New York

www.cambridge.org
Information on this title: www.cambridge.org/9780521583275

© Vladimir A. Rakov and Martin A. Uman 2003

This publication is in copyright. Subject to statutory exception
and to the provisions of relevant collective licensing agreements,
no reproduction of any part may take place without
the written permission of Cambridge University Press.

First published 2003
Third printing 2005
This digitally printed first paperback version (with corrections) 2006

A catalogue record for this publication is available from the British Library

Library of Congress Cataloguing in Publication data

Rakov, V.A. (Vladimir A.), 1955–
Lightning : physics and effects / V.A. Rakov and M.A. Uman.
     p.     cm.
Includes bibliographical references and index.
ISBN 0 521 58327 6 hardback
1. Lightning.   I. Uman, Martin A.   II. Title.
OC966 .R35   2002
551.56′32–dc21     2002023094

ISBN-13  978-0-521-58327-5 hardback
ISBN-10  0-521-58327-6 hardback

ISBN-13  978-0-521-03541-5 paperback
ISBN-10  0-521-03541-4 paperback

The publisher has used its best endeavors to ensure that the URLs for
external websites referred to in this publication are correct and active at
the time of going to press. However, the publisher has no responsibility
for the websites and can make no guarantee that a site will remain live
or that the content is or will remain appropriate.

The colour figures referred to within this publication have been
removed for this digital reprinting. At the time of going to press
the original images were available in colour for download from
http://www.cambridge.org/9780521035415

EXHIBIT "D"

# 4

# Downward negative lightning discharges to ground

The frequency distribution of lightning current amplitudes in earth flashes is reasonably well established. Over most of its range it can be said to follow a log-normal distribution but the frequency of occurrence of exceptionally high and low crest values remains to be established by greatly increased numbers of observation. Further study is also required of current amplitudes in tropical storms and in flashes to very tall structures. The most vital gap in present knowledge concerns the spatial and temporal variations of the current along the entire length of the discharge channel from ground to cloud.

R. H. Golde (1977)

## 4.1. Introduction

Downward negative lightning discharges, that is, discharges that are initiated in the cloud, initially develop in an overall downward direction, and transport negative charge to ground, probably account for about 90 percent of all cloud-to-ground discharges (Section 1.2). The overall cloud-to-ground lightning discharge, termed a flash, is composed of a number of processes, some of which involve channels that emerge from the cloud while others involve channels that are confined to the cloud volume. Only processes occurring in channels outside the cloud render themselves to optical observations that can be used to determine channel geometry, extension speed and other pertinent features of those channels. All lightning processes are associated with the motion of charge and, therefore, can be studied via measurement of the electric and magnetic fields associated with that charge motion. VHF–UHF radiation associated with breakdown processes, particularly those involved in the formation of negatively charged leader channels, can be used to track channel extension, as discussed in subsections 17.4.2 and 17.6. Major insights into downward negative lightning processes that have been gained from triggered lightning experiments are included in this chapter; a detailed discussion of triggered lightning will be found in Chapter 7. Emphasis here is placed on the current understanding of the lightning processes rather than on presenting a complete evolution of views on each of these processes. Readers interested in a more complete history of lightning research are referred to Uman (1969a, 1984, 1987, 2001), Krider (1996), and Section 1.1 of this book.

## 4.2. General picture

In this section we present a general picture of downward negative lightning. In order to make the presentation more readable, information will often be given without specific citation. We first introduce, referring to Figs. 4.1a, b, the basic elements of the lightning discharge, termed component strokes or just strokes; each flash typically contains three to five strokes, the observed range being one to 26. Then we will introduce, referring to Figs. 4.2a, b, the two major lightning processes comprising a stroke, the leader and the return stroke. These occur as a sequence, the leader preceding the return stroke. Finally, we review, referring to Fig. 4.3, the entire spectrum of lightning processes in their chronological order, including those occurring both prior to and after the leader–return-stroke sequences. Each of the processes occurring in a negative cloud-to-ground flash will be described individually in Sections 4.3 through 4.11.

Two photographs of a negative cloud-to-ground discharge are shown in Figs. 4.1a, b. The image in Fig. 4.1a was obtained using a stationary camera while the image in Fig. 4.1b was captured with a separate camera that was moved horizontally during the time of the flash, while its shutter was open (Hendry 1993). As a result, the latter image is time resolved, showing seven separate luminous channels between the cloud and ground. The dark intervals between these channels are typically of the order of tens of milliseconds and explain why lightning often appears to the human eye to "flicker". Each luminous channel in Fig. 4.1b corresponds to an individual stroke, the first stroke being on the far right (time advances from right to left). Each stroke is composed of a downward-moving leader and an upward-moving return stroke; these are unresolved in Fig. 4.1b and

108

EXHIBIT "D"



Fig. 4.1. A lightning flash that appears to have at least seven (perhaps as many as 10) separate ground strike points: (a) still-camera photograph, (b) moving-camera photograph. Some of the strike points are associated with separate branches of the same stroke while others are associated with the fact that different strokes may take different paths to ground. The first and the second strokes exhibit unconnected branches. The second and the third strokes, second and third from the right on the streaked photograph, are brighter than the first stroke, on the far right. Adapted from Hendry (1993).

are discussed below. The first two strokes are branched, and the downward direction of the branches indicates that this is a downward lightning flash. The polarity of this multiple-stroke flash is inferred to be negative since positive flashes are typically composed of only one stroke (subsection 5.3.1).

Now we consider the diagrams of still and time-resolved images of the three-stroke lightning flash shown in Figs. 4.2a, b, respectively. The corresponding current at the channel base is shown in Fig. 4.2c. In Fig. 4.2b, time advances from left to right, and the time scale is not continuous. Each of the three strokes in Fig. 4.2b, represented by its luminosity as a function of height above ground and time, is composed of a downward-moving process, termed a leader (SL or DL), and an upward-moving process, termed a return stroke (RS). The leader creates a conducting path between the cloud charge source and ground and effectively distributes negative charge from the cloud source along this path, and the return stroke traverses that path moving from ground toward the cloud charge source and neutralizes the negative leader charge deposited along the conducting path. Thus, both leader and return-stroke processes serve

effectively to transport negative charge from the cloud to ground, as further discussed in the next paragraph. As seen in Fig. 4.2b, the leader (SL) initiating the first return stroke differs from the leaders (DL) initiating the two subsequent strokes (all strokes other than the first are termed subsequent strokes). In particular, the first-stroke leader SL appears to be an optically intermittent process, hence the term "stepped leader", while the tip of a subsequent-stroke leader DL appears to move continuously. A continuously moving subsequent-stroke leader tip appears on streak photographs as a downward-moving "dart", hence the term dart leader. The apparent difference between the two types of leader is related to the fact that the stepped leader develops in virgin air while the dart leader follows the pre-conditioned path of the preceding stroke or strokes.

In the following, referring to Fig. 4.3, we present a more complete sequence of the processes involved in a typical negative downward lightning flash. The source of lightning is usually a cumulonimbus (Section 3.2), whose idealized charge structure is shown in Fig. 4.3 as three vertically stacked regions labeled P and LP for the main positive

EXHIBIT "D"

Case 3:14-cv-03007-ELW   Document 32-26   Filed 05/08/15   Page 19 of 29 PageID #: 1426



Fig. 4.2. Diagram showing the luminosity of a three-stroke ground flash and the corresponding current at the channel base: (a) still-camera image, (b) streak-camera image, and (c) channel-base current.



Fig. 4.3. Various processes comprising a negative cloud-to-ground lightning flash. Adapted from Uman (1987, 2001).

EXHIBIT "D"

and the lower positive charge regions and N for the main negative charge region. The stepped leader is preceded by an in-cloud process called the preliminary or initial breakdown. There is no consensus on the mechanism of this process. It may be a discharge bridging the main negative and the lower positive charge regions, as shown in Fig. 4.3. The initial breakdown may last from a few milliseconds to some tens of milliseconds and serves to provide conditions for the formation of the stepped leader. The latter is a negatively charged plasma channel extending toward the ground at an average speed of $2 \times 10^5$ m s$^{-1}$ in a series of discrete steps. From high-speed time-resolved photographs, each step is typically 1 μs in duration and tens of meters in length, the time interval between steps being 20 to 50 μs. The peak value of the current pulse associated with an individual step has been inferred to be 1 kA or greater. The stepped leader serves to form a conducting path or channel between the cloud charge source and ground. Several coulombs of negative charge are distributed along this path, including downward branches (Fig. 4.1). Thus the leader may be viewed as a process removing negative charge from the source and depositing this charge onto the downward extending channel. The stepped-leader duration is typically some tens of milliseconds, and the average leader current is some hundreds of amperes.

The electric potential difference between a downward-moving stepped-leader tip and ground is probably some tens of megavolts (e.g., Bazelyan *et al.* 1978), which is comparable to or a considerable fraction of that between the cloud charge source and ground. The magnitude of the potential difference between two points, one at the cloud charge source and the other on ground, is the line integral of the electric field intensity between those points.

The upper and lower limits for the potential difference between the lower boundary of the main negative charge region and ground can be estimated by multiplying, respectively, the typical observed electric field in the cloud, $10^5$ V m$^{-1}$, and the expected electric field at ground under a thundercloud immediately prior to the initiation of lightning, $10^4$ V m$^{-1}$, by the height of the lower boundary of the negative charge center above ground, 5 km or so. The resultant range is 50 to 500 MV. Marshall and Stolzenburg (2001), from 15 balloon soundings of the electric field through thunderstorms, estimated a maximum value of the potential within a cloud relative to the Earth in the range from −102 to +94 MV.

As the leader approaches ground, the electric field at the ground surface, particularly at objects or relief features protruding above the surrounding terrain, increases until it exceeds the critical value for the initiation of one or more upward-connecting leaders. The initiation of an upward connecting leader from ground in response to the descending stepped leader marks the beginning of the attachment process. This process ends when contact is made between the downward and upward moving leaders, probably some tens of meters above ground (more above a tall structure), whereafter the first return stroke begins. The return stroke serves to neutralize the leader charge, in other words, to transport the negative charges stored on the leader channel to the ground. It is worth noting that the return-stroke process may not neutralize all the leader charge or may deposit some excess positive charge onto the leader channel and into the cloud charge source region.

The final stage of the attachment process and the initial stage of the return-stroke process are complex and will be described in Sections 4.5 and 4.6, respectively. The net result of those stages is a fully formed return stroke, which is somewhat similar to the potential discontinuity that would travel upward along a vertical, negatively charged transmission line if the lower end of the line were connected to the ground.

The speed of the return stroke, averaged over the visible channel, is typically between one-third and one-half the speed of light. There is no consensus about whether or how the first return-stroke speed changes over the lower 100 m or so but, over the entire channel, the speed decreases with increasing height, dropping abruptly after passing each major branch. At the same time, a transient enhancement of the channel luminosity below the branch point, termed a branch component, is often observed.

The first return-stroke current measured at ground rises to an initial peak of about 30 kA in some microseconds and decays to half-peak value in some tens of microseconds while exhibiting a number of subsidiary peaks, probably associated with the branches. This impulsive component of current may be followed by a current of some hundreds of amperes lasting for some milliseconds. The return stroke effectively lowers to ground the several coulombs of charge originally deposited on the stepped-leader channel, including that on all the branches.

The high-current return-stroke wave rapidly heats the channel to a peak temperature near or above 30 000 K and creates a channel pressure of 10 atm or more, resulting in channel expansion, intense optical radiation, and an outward propagating shock wave that eventually becomes the thunder (sound wave) we hear at a distance.

When the first return stroke, including any associated in-cloud discharge activity (discussed later), ceases, the flash may end. In this case, the lightning is called a single-stroke flash. However, more often the residual first-stroke channel is traversed downwards by a leader that appears to move continuously, a dart leader. During the time interval between the end of the first return stroke and the initiation of a dart leader, J (for junction) and K-processes occur in the cloud. K-processes can be viewed

*4. Downward negative lightning discharges to ground*

as transients occurring during the slower J-process. The J-processes amount to a redistribution of cloud charge on a time scale of tens of milliseconds, in response to the preceding return stroke. There is controversy as to whether these processes, which apparently act to extend the return-stroke channel further into the cloud, are necessarily related to the initiation of a following dart leader. The J-process is often viewed as a relatively slow positive leader extending from the flash origin into the negative charge region, the K-process then being a relatively fast "recoil streamer" that begins at the tip of the positive leader and propagates toward the flash origin. Both the J-processes and the K-processes in cloud-to-ground discharges serve to transport additional negative charge into and along the existing channel (or its remnants), although not all the way to the ground. In this respect, K-processes may be viewed as attempted dart leaders. The processes that occur after the only stroke in single-stroke flashes and after the last stroke in multiple-stroke flashes are sometimes termed F (final) processes. These are similar, if not identical, to J-processes.

The dart leader progresses downward at a typical speed of $10^7$ m s$^{-1}$, typically ignores the first stroke branches (in this regard, the second stroke in Fig. 4.1b is somewhat unusual), and deposits along the channel a total charge of the order of 1 C. The dart-leader current peak is about 1 kA. Some leaders exhibit stepping near ground while propagating along the path traversed by the preceding return stroke, these leaders being termed dart-stepped leaders. Additionally, some dart or dart-stepped leaders deflect from the previous return-stroke path, become stepped leaders, and form a new termination on the ground. Leaders that deflect from the previously formed channel are not termed dart-stepped leaders in this book, to avoid the ambiguities found in the previous literature (e.g., Uman 1969a, 1984).

When a dart leader or dart-stepped leader approaches the ground, an attachment process similar to that described for the first stroke takes place, although it probably occurs over a shorter distance and consequently takes less time, the upward connecting-leader length being of the order of some meters. Once the bottom of the dart or dart-stepped leader channel is connected to the ground, the second (or any subsequent) return-stroke wave is launched upward and again serves to neutralize the leader charge. The subsequent return-stroke current at ground typically rises to a peak value of 10 to 15 kA in less than a microsecond and decays to half-peak value in a few tens of microseconds. The upward propagation speed of such a subsequent return stroke is similar to that of the first return stroke, although due to the absence of branches the speed variation along the channel does not exhibit abrupt drops.

The impulsive component of the current in a subsequent return stroke is often followed by a continuing



Fig. 4.4. Histogram of 516 interstroke intervals in 132 flashes in Florida and New Mexico. Intervals preceding strokes that initiated long continuing currents (Section 4.8) are shown shaded. Adapted from Rakov and Uman (1990a).

current that has a magnitude of tens to hundreds of amperes and a duration up to hundreds of milliseconds. Continuing currents with a duration in excess of 40 ms are traditionally termed long continuing currents. Between 30 and 50 percent of all negative cloud-to-ground flashes contain long continuing currents. The source for continuing current is the cloud charge, as opposed to the charge distributed along the leader channel, the latter charge contributing to at least the initial few hundred microseconds of the return-stroke current observed at ground. Continuing current typically exhibits a number of superimposed surges that rise to a peak and fall off to the background current level in some hundreds of microseconds, the peak being generally in the hundreds of amperes range but occasionally in the kiloamperes range. These current surges are associated with enhancements in the relatively faint luminosity of the continuing-current channel and are called M-components.

The time interval between successive return strokes in a flash is usually several tens of milliseconds (see Fig. 4.4), although it can be as large as many hundreds of milliseconds if a long continuing current is involved and as small as one millisecond or less. The total duration of

EXHIBIT "D"





Fig. 4.5. Histograms of number of strokes per flash: (a) 76 flashes in Florida (Rakov and Uman 1990a) and (b) 83 flashes in New Mexico (Kitagawa *et al.* 1962). The mean number of strokes per flash is 4.6 in (a) and 6.4 in (b). Adapted from Rakov and Uman (1990d).

a flash is typically some hundreds of milliseconds, and the total charge lowered to ground is some tens of coulombs. Ogawa (1995) gives a range for the total ground flash duration from 10 ms to 2 s with a typical value of 300 ms, and for the total ground flash charge he gives a range from 1 to 400 C with a typical value of 20 C. Histograms of the number of strokes per flash from observations made in Florida and New Mexico are given in Fig. 4.5. The percentage of single-stroke flashes in Florida (Rakov and Uman 1990d) and New Mexico (Kitagawa *et al.* 1962) was found to be 17 and 14 percent, respectively, similar to the 21 percent

observed in Sri Lanka (Cooray and Jayaratne 1994) and the 18 percent in Sweden (Cooray and Perez 1994b). Thus, the overwhelming majority (about 80 percent or more) of negative cloud-to-ground flashes contain more than one stroke. Examples of simultaneous photographic and electric field records of two negative multiple-stroke flashes that additionally illustrate the various lightning processes described above are given in Fig. 4.6.

In the following, we give a brief overview of detailed studies of the structure of individual flashes as determined by Rakov and Uman (1990a, b, c, d, 1991, 1994), Rakov

EXHIBIT "D"



Fig. 4.6. Simultaneous photographic and electric field measurements for two multiple-stroke ground flashes in New Mexico. The upper three diagrams relate to a flash with continuing current (flash no. 106, 20 km distant) and the lower three diagrams to a flash without continuing current (flash no. 109, 19 km distant). Two electric field records are shown for each flash. One, labeled "Electric field record", was obtained with a measuring system having a decay time constant of 4 s and a relatively low gain. This, and other systems with decay time constants of the order of seconds, are sometimes referred to as "slow antenna" systems. The other electric field record, "Electric field change record", was obtained with a measuring system having a decay time constant of 70 µs and a relatively high gain. The unlabeled vertical interval indicated by two arrows in each electric field record corresponds to 1 V cm⁻¹. This, and other systems with submillisecond decay time constants, are sometimes referred to as "fast antenna" systems. Adapted from Kitagawa *et al.* (1962).

*et al.* (1990, 1991, 1994), and Thottappillil *et al.* (1992). It has been found in these Florida studies that (i) about one-half of the negative cloud-to-ground flashes create more than one termination on ground (see also Fig. 4.1), the spatial separation between the channel terminations being up to many kilometers (Fig. 4.7), (ii) about one-third of multiple-stroke flashes have at least one subsequent stroke that is larger (in terms of its initial field peak or, by inference, current peak) than the first stroke in the flash, (iii) about 20 percent of flashes contain return strokes separated by relatively short time intervals, of some tens to hundreds of microseconds, and (iv) early subsequent strokes (second to fourth) differ from later (higher-order) strokes, as illustrated in Table 4.1. In particular, the leaders of early subsequent strokes are more likely to deflect from the previously formed channel and create a new termination on the ground and also are more likely to exhibit stepping while developing in a previously formed channel, even if that channel is not particularly "aged". These and other observed differences suggest that the status of the channel depends on the number of strokes that have participated in its cumulative conditioning. Some confirmation of this hypothesis, proposed by Rakov and Uman (1990b), comes from the findings of Davis (1999), as discussed in Section 4.7 in regard to dart-stepped leaders. Additional information on the structure of individual flashes is found in Kitagawa *et al.* (1962), Brook *et al.* (1962), Cooray and Jayaratne (1994), and Cooray and Perez (1994b).

In the remainder of this section, we discuss briefly the energy and the power (time rate of change of energy) associated with lightning discharges. Further information on lightning energy is found in Section 1.5 and in subsection 12.2.6.

An approximate range for the electrostatic energy available for a lightning flash lowering a charge $Q$ to ground can be evaluated by multiplying $Q$ by the upper and lower limits for $V$, the magnitude of the potential difference between the lower boundary of the cloud charge source and ground. Assuming that $Q = 20$ C, thought to be typical for a cloud-to-ground flash, and using the range of $V$ from 50 to 500 MV estimated earlier in this section, we find that each flash dissipates an energy of roughly 1 to 10 GJ (gigajoules). Note that a flash is typically composed of three to five strokes, and that the first stroke is usually a factor 2 to 3 larger (in terms of peak current and peak field) than a subsequent stroke, that is, any stroke other than the first. The above energy range inferred from electrostatic considerations is for all processes involved in a lightning discharge. Specifically, this energy estimate may well be dominated by the energy dissipated in the formation of numerous filamentary channels in the cloud that serve, in effect, to funnel cloud charges into the narrow channel to ground. Marshall and Stolzenburg (2001), from their

EXHIBIT "D"

*4.2. General picture*

115

Table 4.1. *Properties of subsequent leaders and return strokes versus stroke order. Adapted from Rakov* et al. *(1994). The numbers in parentheses are the sample sizes*

| Feature | Stroke order | | |
|---|---|---|---|
| | 2 | 2–4 | 5–18 |
| Probability of creating new termination, % | 37 (63) | 25 (155) | 0 (115) |
| Occurrence of leader stepping in previously formed channel, % | 36 (36) | 21 (86) | 4.5 (88) |
| Occurrence of apparently inactive final portion in leader field waveform, % | 29 (63) | 24 (155) | 6.1 (115) |
| Occurrence of leader–return-stroke sequence with negative net electric field change, % | 0 (63) | 1.3 (155) | 14 (115) |
| Geometric mean return-stroke field peak normalized to 100 km, V m$^{-1}$ | 3.4 (63) | 3.3 (155) | 2.3 (115) |
| Geometric mean duration of leader in previously formed channel, ms | 1.2 (24) | 1.5 (71) | 2.2 (83) |
| Geometric mean preceding interstroke interval, ms | 56 (63) | 66 (155) | 54 (115) |



Fig. 4.7. Histogram of the distances between the multiple terminations of 22 individual ground flashes in Florida. Adapted from Thottappillil *et al.* (1992).

balloon soundings of the electric field through thunderstorms and assumed minimum and maximum values of charge transfer, estimated the energy available for lightning to be in the range from 10 MJ to 10 GJ, the energy available for intracloud flashes (Chapter 9) being usually larger than that available for ground flashes. There is no consensus regarding the proportion in which the total return stroke energy is converted to thunder, hot air, light, and radio waves. According to Paxton *et al.* (1986), who used a gas dynamic model of the lightning return stroke (subsection 12.2.2), almost 70 percent of the total energy input to the channel is optically radiated from the channel. However, Few (1995), in his theory of thunder (subsection 11.3.2), assumes that essentially all the input energy is delivered to a shock wave

EXHIBIT "D"

Case 3:14-cv-03007-ELW Document 32-26 Filed 05/08/15 Page 25 of 29 PageID #: 1432

that subsequently is heard as thunder. As discussed in the first part of subsection 12.2.6, the total lightning energy input estimates of Paxton *et al.* (1986) and others, who employed gas dynamic models, differ from that of Few (1995) by two orders of magnitude or so.

Krider and Guo (1983) and Krider (1992) estimated that the radio-frequency power radiated by a subsequent return stroke at the time of the field peak, 3 to 5 GW, is about two orders of magnitude greater than the optical power radiated in the 0.4 to 1.1 $\mu$m range at the time of the field peak. The average zero-to-peak risetime of the subsequent-stroke field waveforms was 2.8 $\mu$s. The total optical power, however, was found to dominate at later times, the peak optical power occurring about 60 $\mu$s after the electric field peak (because the risetime of the optical signal was determined by the geometrical growth of the return-stroke channel).

### 4.3.  Initial breakdown

#### 4.3.1.  General information

The initial breakdown, often referred to as the preliminary breakdown, of a cloud-to-ground flash is the in-cloud process that initiates or leads to the initiation of the downward-moving stepped leader. In the early lightning studies in South Africa, the existence of the initial breakdown as a unique lightning process was generally inferred from (i) observations of the luminosity produced by thunderclouds for a hundred or more milliseconds before emergence of the stepped leader from the cloud base, (ii) observations of relatively long electric field changes, exceeding 100 ms in duration, prior to the first return stroke, and (iii) the assumption that the stepped-leader duration was unlikely to exceed a few tens of milliseconds, based on the measured leader speed below the cloud and the cloud charge height (subsection 3.2.2).

Clarence and Malan (1957) suggested, on the basis of single-station electric field measurements of the type illustrated in Fig. 4.8, that the initial breakdown (labeled B by them) is a vertical discharge between the main negative charge center and the lower positive charge center, which has a duration of 2 to 10 ms (subsection 3.2.1). This inference was made from the observed polarity reversal of the B portion of the electric field waveforms, of the type shown in Fig. 4.8, in the distance range from 2 to 5 km.

According to Clarence and Malan (1957), the initial breakdown is followed by the stepped leader (labeled L), either immediately or after a so-called intermediate stage (labeled I), which may last up to 400 ms. The intermediate stage was interpreted by Clarence and Malan (1957) as being due to negative charging of the vertical channel of the initial breakdown until the field at the bottom of the channel was high enough to launch a stepped leader that initiated, on its arrival at ground, a return stroke, labeled



Fig. 4.8. Examples of electric field waveforms of the type used by Clarence and Malan (1957) to introduce the so-called BIL structure of the electric field prior to the first return stroke and to interpret the B stage as a vertical discharge between the main negative charge center and the lower positive charge center in the cloud. (a) The electric field at 2 km, (b) the electric field at 5 km. Adapted from Clarence and Malan (1957).

R in Fig. 4.8. Clarence and Malan's (1957) scenario of the initial breakdown, inferred from single-station electric field measurements, is not confirmed by more recent studies based on multiple-station electric field measurements or on VHF–UHF channel imaging in conjunction with electric field records, as explained below. These recent studies suggest that the initial breakdown can be viewed as a sequence of channels extending in seemingly random directions from the cloud charge source. One of these events evolves into the stepped leader which bridges the cloud charge source and the ground.

Krehbiel *et al.* (1979), from eight-station electric field measurements (Section 17.2), interpreted the initial breakdown processes in two New Mexico flashes, one of which is presented in Fig. 4.9, as a succession of "breakdown events" with considerable horizontal extent, which occurred prior to the development of a leader to ground. These events were associated in part with the negative charge volume that appeared to be the charge source for the following first stroke, and they effectively transported negative charge away from that volume. For the two breakdown events A and B illustrated in Fig. 4.9, negative charges of 2.0 and 3.6 C were effectively moved over 1.5 and 3.8 km, respectively. The corresponding average currents were 44 and 70 A.

Rhodes and Krehbiel (1989) used a 274 MHz interferometer to image the channels of a single-stroke flash. The flash began with a sequence of three predominantly horizontal breakdown events developing in different directions, the final one of which culminated in the development of a stepped leader. The initial breakdown lasted for about 100 ms, and the beginning of the stepped leader was

EXHIBIT "D"

*4. Downward negative lightning discharges to ground*

Table 4.4. *Parameters of downward negative lightning derived from channel-base current measurements. Adapted from Berger et al. (1975)*

| Parameters | Units | Sample size | Percentage exceeding tabulated value | | |
|---|---|---|---|---|---|
| | | | 95% | 50% | 5% |
| *Peak current* (minimum 2 kA) | kA | | | | |
| First strokes | | 101 | 14 | 30 | 80 |
| Subsequent strokes | | 135 | 4.6 | 12 | 30 |
| *Charge* (total charge) | C | | | | |
| First strokes | | 93 | 1.1 | 5.2 | 24 |
| Subsequent strokes | | 122 | 0.2 | 1.4 | 11 |
| Complete flash | | 94 | 1.3 | 7.5 | 40 |
| *Impulse charge* (excluding continuing current) | C | | | | |
| First strokes | | 90 | 1.1 | 4.5 | 20 |
| Subsequent strokes | | 117 | 0.22 | 0.95 | 4 |
| *Front duration* (2 kA to peak) | μs | | | | |
| First strokes | | 89 | 1.8 | 5.5 | 18 |
| Subsequent strokes | | 118 | 0.22 | 1.1 | 4.5 |
| *Maximum dI/dt* | kA μs$^{-1}$ | | | | |
| First strokes | | 92 | 5.5 | 12 | 32 |
| Subsequent strokes | | 122 | 12 | 40 | 120 |
| *Stroke duration* (2 kA to half peak value on the tail) | μs | | | | |
| First strokes | | 90 | 30 | 75 | 200 |
| Subsequent strokes | | 115 | 6.5 | 32 | 140 |
| *Action integral* ($\int I^2 dt$) | A$^2$ s | | | | |
| First strokes | | 91 | $6.0 \times 10^3$ | $5.5 \times 10^4$ | $5.5 \times 10^5$ |
| Subsequent strokes | | 88 | $5.5 \times 10^2$ | $6.0 \times 10^3$ | $5.2 \times 10^4$ |
| *Time interval* between strokes | ms | 133 | 7 | 33 | 150 |
| *Flash duration* | ms | | | | |
| All flashes | | 94 | 0.15 | 13 | 1100 |
| Excluding single-stroke flashes | | 39 | 31 | 180 | 900 |

that the directly measured current waveforms of either polarity found in the literature do not exhibit peaks exceeding 300 kA or so, although less reliable peak current estimates from the residual magnetization of ferromagnetic detectors (magnetic links) and inferences from remotely measured electric and magnetic fields (considered later in this section) suggest the existence of currents up to 500 kA and even higher (e.g., Le Boulch and Plantier 1990). Lyons *et al.* (1998), using NLDN data for 14 selected summer months from 1991–5, reported that the largest current peaks were 957 and 580 kA for negative and positive flashes, respectively. It is important to note that the peak currents reported by the NLDN and by other similar systems are estimated from measured magnetic radiation field peaks using an empirical formula, the validity of which has been tested only for negative subsequent strokes with peak currents not exceeding 60 kA, as discussed in Section 17.5. The action integral (also referred to as the specific energy) in Table 4.4 rep-

resents the energy that would be dissipated in a 1 Ω resistor if the lightning current were to flow through it. It is thought that the heating of electrically conducting materials and the explosion of nonconducting materials is, to a first approximation, determined by the value of the action integral (Section 18.2). Note that the interstroke interval in Table 4.4 was probably mislabeled in Berger *et al.* (1975) and is actually the no-current interval, that is, the interstroke interval excluding any continuing current, as discussed by Fisher *et al.* (1993). On the one hand, essentially no correlation was found between the current peak and the maximum current rate of rise (the correlation coefficients reported by Berger *et al.* (1975)) for negative first and subsequent strokes are 0.36 and 0.11, respectively). On the other hand, similar data for triggered-lightning strokes suggest that a moderate correlation does exist between the current peak and either the 10–90 or the 30–90 percent rate of rise (Fisher *et al.* 1993), and that a relatively strong correlation exists between the

EXHIBIT "D"

JOURNAL OF GEOPHYSICAL RESEARCH, VOL. 99, NO. D5, PAGES 10,745–10,750, MAY 20, 1994

# Review of lightning properties from electric field and TV observations

Vladimir A. Rakov,[1] Martin A. Uman, and Rajeev Thottappillil

Department of Electrical Engineering, University of Florida, Gainesville

From analysis of simultaneous electric field and TV records of 76 negative cloud-to-ground lightning flashes in Florida, various lightning properties have been determined and several new facets of lightning behavior inferred. Only 17 % of the flashes were single-stroke flashes, less than half the commonly claimed percentage (e.g., Anderson and Eriksson, 1980). The initial electric field peak (and, by inference, current peak) for the only strokes in single-stroke flashes was smaller than for first strokes in multiple-stroke flashes. Half of all flashes, single and multiple stroke, struck ground at more than one point, with the spatial separation between the channel terminations being up to many kilometers. One third of multiple-stroke flashes had at least one subsequent stroke whose distance-normalized initial electric field peak exceeded that of the first stroke in the flash. Thus such flashes are not unusual, contrary to the implication of most lightning protection and lightning test standards. Subsequent strokes of the order of 2 through 4 were more likely to create a new channel termination on ground than strokes of the order of 5 and higher. Further, leaders of lower-order subsequent strokes following previously formed and not-too-aged (100 ms or less) channels were more likely to show stepping, as opposed to continuous propagation (i.e., to be dart-stepped leaders rather than dart leaders), than were leaders of higher-order strokes. Finally, lower-order subsequent return strokes exhibited a larger initial electric field peak than did higher-order strokes. The second leader of the flash (the first subsequent leader) encounters the least favorable propagation conditions of all subsequent strokes: more than half of the second leaders either deflected from the previously formed path to ground or propagated in a stepped, as opposed to a continuous, fashion along the lowest part of that path. It is important to note that interstroke intervals preceding second strokes are similar to or shorter than those preceding higher-order strokes. These observations indicate that channel conditions for the propagation of a subsequent leader are determined not just by the immediately preceding channel heating and cooling processes but rather by the entire channel history. In particular, the status of the channel apparently depends on the number of strokes that have participated in its cumulative conditioning. The overwhelming majority of long continuing currents, those with a duration longer than 40 ms, were initiated by subsequent strokes of multiple-stroke flashes as opposed to either the first stroke in a multiple-stroke flash or the only stroke in a single-stroke flash. Strokes that initiate such long continuing currents were (1) relatively small (in terms of both return-stroke field peak and, as determined from an independent study in New Mexico, stroke charge), (2) followed relatively short interstroke intervals, and (3) showed a tendency to be preceded by a relatively large stroke. Millisecond-scale K and M electric field changes appeared different in terms of both microsecond-scale pulse content and interevent time intervals. Often no microsecond-scale K and M field pulses were detected. When they were present, such pulses were highly variable and sometimes irregular in waveshape, as opposed to the alleged characteristic K-pulse waveform described by Arnold and Pierce (1964), which has been extensively used in atmospheric radio-noise studies. There is a remarkable similarity between many lightning characteristics in Florida and in New Mexico.

## 1. INTRODUCTION

This survey of lightning properties is based on simultaneous single-station wideband electric field and multiple-station TV records of 76 negative cloud-to-ground lightning flashes that occurred at distances of 2 to 20 km from the field-measuring site during three convective thunderstorms near Tampa, Florida (see, for example, *Master et al.* [1984]). The TV records were

an important source of information since they enabled us to identify and locate (in conjunction with thunder ranging) the lightning channels associated with individual strokes. The electric fields were recorded on analog magnetic tape and subsequently digitized at a 200-ns sampling interval (up to 10 million samples per flash) using the analog to digital (A/D) capability of a Masscomp MC5500 computer. We considered strokes to comprise a single flash if each stroke occurred within 500 ms of the previous one. A more complete data description (including many examples of recorded electric field waveforms) and more details on the results and discussion presented here can be found in the works of *Rakov and Uman* [1990 a, b, c, 1991], *Rakov et al.* [1990, 1991, 1992 a, b, c], and *Thottappillil et al.* [1990, 1992]. Part of the data for which simultaneous streak-camera records were additionally available was used by *Jordan et al.* [1992] in an analysis of subsequent-leader speed.

[1] Permanently at High Voltage Research Institute, at Tomsk Polytechnic University, Tomsk, Russia.

Copyright 1993 by the American Geophysical Union.

Paper number 93JD01205.
0148-0227/93/93JD-01205$05.00

EXHIBIT "D"

## 2. STATISTICAL SUMMARY

Eighty three percent of the 76 flashes contained more than one stroke, with the maximum number of strokes per flash being 18. The observed percentage of single-stroke flashes (17 %) is similar to the 14 % reported for New Mexico thunderstorms by *Kitagawa et al.* [1962], but both figures are significantly lower than those from other studies (e.g., *Anderson and Eriksson* [1980] give 45 %). We attribute the disparity in part to the fact that both our study and that of *Kitagawa et al.* [1962] were superior to all others in terms of the reliability of the stroke count [*Rakov and Uman*, 1990a]. The average number of strokes per flash in our study was 4.6. Table 1 gives a statistical summary of the return-stroke initial electric field peak, time interval between return strokes, and leader duration as determined from the electric field records. Note the differences in electric field peak and leader duration between the first strokes in multiple-stroke flashes and the first (and the only) strokes in single-stroke flashes, as well as between subsequent strokes that create a new ground strike point and those that follow a previously formed channel. Some of the results presented in Table 1 differ from those found in previous studies based on the same tape-recorded data [*Master et al.*, 1984; *Thomson et al.*, 1984]. The present statistical data characterization is more reliable than those derived previously due to our use of more advanced data processing techniques.

## 3. MULTIGROUNDED LIGHTNING FLASHES

About half of the 76 flashes show spatially separate ground strike points (up to four) in the TV records. A similar fraction of multigrounded flashes was reported by *Kitagawa et al.* [1962] from photographic studies in New Mexico, an observation

suggesting that our finding is not peculiar to Florida thunderstorms. In most cases, multiple ground terminations within a given flash are associated not with an individual multigrounded leader but rather with the deflection of a subsequent leader from the previously formed channel. The distances between separate channel terminations, located via TV direction finding and thunder ranging, in a given flash vary from 0.3 km to 7.3 km [*Thottappillil et al.*, 1992, Figure 2] with a geometric mean of 1.7 km. Since our TV records did not allow us to distinguish between any ground terminations separated by less than some tens of meters, due primarily to obscuration of the channel bottoms by trees, the geometric mean is likely to be an overestimate. For the same reason, our percentage (50 %) of multigrounded flashes is probably an underestimate.

## 4. FIRST VERSUS SUBSEQUENT STROKE INTENSITY WITHIN A FLASH

It is well known that on average the intensity (field peak or current peak) of subsequent return strokes is lower than that of the first strokes in a flash. An average peak ratio of 0.5 is considered to be typical [e.g., *Cianos and Pierce*, 1972]. However, since the majority of flashes have more than one subsequent stroke (4.6 strokes per flash for the Florida data presented here), this observation does not necessarily imply that the first stroke is always the largest in the flash. Of 46 multiple-stroke flashes for which a location of each ground termination for all the strokes was available, 15 flashes (33%) had at least one subsequent stroke whose initial electric field peak was greater than that of the first return stroke. This relatively high percentage suggests that such flashes are not unusual, contrary to the implication of most lightning protection and lightning test

TABLE 1.  Statistical Summary of the Data

| Characterization of Strokes | Electric Field Peak at 100 km | | | Interstroke Interval | | | Leader Duration | | |
|---|---|---|---|---|---|---|---|---|---|
| | N | GM, V/m | σ log | N | GM, ms | σ log | N | GM, ms | σ log |
| All first strokes | 76 | 5.9 | 0.22 | - | - | - | 70 | 35 | 0.20 |
| First strokes in multiple-stroke flashes | 63 | 6.2 | 0.23 | - | - | - | 58 | 33 | 0.19 |
| First strokes in single-stroke flashes | 13 | 4.7 | 0.12 | - | - | - | 12 | 46 | 0.23 |
| All subsequent strokes | 270 | 2.9 | 0.30 | 270 | 60 | 0.35 | 182 | 2.5 | 0.52 |
| Subsequent strokes creating a new termination | 38 | 4.1 | 0.23 | 38 | 92 | 0.30 | 28 | 15 | 0.47 |
| Subsequent strokes in previously formed channel | 232 | 2.7 | 0.30 | 232 | 56 | 0.35 | 154 | 1.8 | 0.38 |
| Subsequent leader-return stroke sequence with negative* net electric field change | 18 | 1.1 | 0.33 | 18 | 47 | 0.52 | 18 | 2.8 | 0.29 |

N is the sample size, GM is the geometric mean, and σ is the standard deviation of the logarithm (base 10) of the parameter.
   * Usually, there is a net positive (atmospheric electricity sign convention) electric field change due to a leader-return stroke sequence lowering negative charge to ground. A net negative field change means that not all the leader charge is neutralized by the return stroke. Note the very small return-stroke electric field peak associated with the sequence exhibiting a negative net field change.

EXHIBIT "D"

standards [e.g., *Anderson*, 1982; *Military Standard*, 1983]. Subsequent strokes with larger field peaks were observed both in the first-stroke channel (13 strokes) and in a different channel (12 strokes). Of the latter 12 strokes, 6 strokes created new channels to ground and the remaining 6 strokes followed a previously formed channel. Parameters of subsequent strokes with larger field peaks which followed the same channel as the first stroke are summarized in Table 2 (see also *Thottappillil et al.* [1992, Figure 1 and Table 1]). Note that larger subsequent strokes are associated with relatively short leader duration (and, by inference, higher leader speed) and relatively long preceding interstroke interval. Larger subsequent strokes never followed interstroke intervals shorter than 35 ms, whereas many regular subsequent strokes did [*Thottappillil et al.*, 1992, Figure 1c].

## 5. LIGHTNING PROPERTIES VERSUS STROKE ORDER

A number of lightning properties derived from simultaneous electric field and TV records appear dependent on stroke order. Several of our findings indicate that there is something different about the channel status for the first few subsequent strokes and for strokes occurring after four or more strokes of the flash have bridged the cloud source and ground. In the first group, the second stroke of the flash (the first subsequent stroke) appears as most distinctive in this regard. Several observed lightning properties are presented as a function of stroke order in Table 3. We briefly discuss these below.

### 5.1. Creating a New Channel Termination on Ground

The percentage of subsequent leaders that create a path to ground different from that of the previous stroke path decreases rapidly with stroke order: 37 % of all second leaders, 27 % of all third leaders, 2 % of all fourth leaders, and none of the leaders of the order of 5 and higher [*Rakov and Uman*, 1990b, Figure 4]. Interestingly, if only those third leaders which followed the formation of a new second-stroke path to ground (19 total) are considered, the percentage of the new

TABLE 3. Properties of Subsequent Leaders and Return Strokes Versus Stroke Order

| Feature | Stroke Order | | |
|---|---|---|---|
| | 2 | 2 - 4 | 5 - 18 |
| Probability of creating a new termination,% | 37 (63) | 25 (155) | 0 (115) |
| Occurrence of leader stepping in previously formed channel, % | 36 (36) | 21 (86) | 4.5 (88) |
| Occurrence of apparently inactive final portion in leader field waveform, % | 29 (63) | 24 (155) | 6.1 (115) |
| Occurrence of leader-return stroke sequence with negative net electric field change, % | 0 (63) | 1.3 (155) | 14 (115) |
| Geometric mean return-stroke field peak, V/m | 3.4 (63) | 3.3 (155) | 2.3 (115) |
| Geometric mean duration of leader in previously formed channel, ms | 1.2 (24) | 1.5 (71) | 2.2 (83) |
| Geometric mean preceding inter-stroke interval, ms | 56 (63) | 66 (155) | 54 (115) |

The numbers in the parentheses are the sample sizes.

terminations is 37 %, the same as for second leaders, all of which are preceded by the formation of a new channel, the first-stroke channel. We interpret these results as indicating that the first stroke (or even a sequence of the first two strokes) of the flash often does not create a properly conditioned channel capable of supporting the propagation of the following leader all the way to ground. An unalterable path to ground in a given flash is apparently established only after at least four consecutive strokes have participated in channel conditioning. Note that the behavior described above cannot be explained in terms of relatively long preceding interstroke intervals (and hence more aged channels) for strokes of the order of 2 through 4. In fact, the fraction of interstroke intervals lasting longer than 100 ms and not containing long continuing current for strokes from 2 to 4 is about the same as for the higher-order strokes. Further, the geometric mean preceding interstroke interval for second strokes is similar to that for strokes of the order of 5 and higher (see Table 3).

### 5.2. Leader Propagation Mode

When a subsequent leader follows a previously formed channel after an not-unduly-long interstroke interval of 100 ms or less, one might anticipate that the leader will propagate continuously. For the second leader of the flash this is often the case: 36 % exhibited electric field pulses characteristic of

TABLE 2. Geometric Mean Values for Various Parameters of Larger Subsequent Strokes in the Same Channel as the First Stroke Versus Those for All Subsequent Strokes in the First-Stroke Channel

| Parameter | Larger Strokes | All Strokes |
|---|---|---|
| Return-stroke field peak (at 100 km), V/m | 7.7 (13) | 2.6 (176) |
| Return-stroke current peak*, kA | - 27 | - 8.1 |
| Preceding interstroke interval, ms | 98 (13) | 53 (176) |
| Leader duration, ms | 0.55 (8) | 1.8 (117) |
| Ratio of subsequent to first stroke field peak | 1.2 (13) | 0.39 (176) |

The numbers in the parentheses are the sample sizes.
* Inferred from formula $I_p = 1.5 - 3.7 * E_p$ where $E_p$ is return-stroke initial electric field peak normalized to 100 km taken as positive and in V/m, and $I_p$ is return-stroke current peak, negative, and in kA [*Rakov et al.*, 1992b].

EXHIBIT "D"