

**THEWAY  LABS**

*Laboratories / Failure Analysis / Energy Consultants*
Electrical, Mechanical, Petro-chemical, Natural
www.ThewayLabs.com

# FAILURE ANALYSIS
# REPORT

*12-SFITK-20610*
*Miller*

**17350 E US 64 Hwy**
**Bixby, OK  74008**
**918-496-8709**
**rdurham@thewaylabs.com**

Copyright © 2015 by Theway Labs

*January 26, 2015*
EXHIBIT "D"

    b. The high temperature, recorded at approximately 4:00 PM on September 7th was 93°F (9° F above normal).

    c. There was report of rain and thunderstorms with wind and temperature deviations occurring just before 6:00PM.

    d. The cooling degree days for September 7th were 14, 6 above normal.

13. A letter from Dean W. Rivest, Sr. Manufacturing & Project Engineer at Omegaflex, Inc., to Mr. Jimmy Riddle, Jefferson Cocke Co. Utility District dated September 19, 2001, was examined. [55] Based upon this examination, the following observations can be made:

    a. The letter is in response to a phone call from Mr. Riddle to Omegaflex on September 11, 2001.

    b. The letter discusses provisions in the TracPipe installation Guide, Rev. April 2001, and the NEC based bonding provisions it contains.

    c. The letter recognizes the risk of damage from lightning to CSST.

    d. The letter discusses Mr. Riddle's area (Newport, TN), as having "an unusually high number of lightning strikes", and recommends reviewing NFPA 780.

    e. The letter states that it is "impossible to make a general recommendation for the appropriate size of the electrode bonding conductor".

    f. The letter recommended using *NFPA 780,* because of lightning risks.

14. Lightning is a high-energy, high-frequency, short duration event. [12,14,15,16,17,21,25,41]



    a. Typical lightning events range in voltage from 300,000 volts to 1,000,000 volts.

    b. Lightning currents range upwards to 240,000 Amps, with typical values of 40,000 Amps.

    c. Lightning frequency are in the Megahertz range, with harmonic frequencies up to the 100 MHz range.

    d. A typical lightning signal for a single discharge has a voltage and current waveform as described below. [12]

       i. The voltage waveform (Figure 60-a) has a rise time of 1.2 µs and a width constant ($0.3V_{pk}$ to $0.5V_{pk}$) of 50 µs. The energy continues as a second order decay past 50 µS, with the waveform continuing at least until 250 µS (5τ).

       ii. The current waveform (Figure 60-b) has a rise time of 8 µs and a width constant ($0.1I_{pk}$ to $0.5I_{pk}$) of 20 µs.

**Figure 60 – IEEE C.62 Waveforms**

The energy continues as a second order decay past 20 µs, with the waveform continuing at least until 100 µs (5τ).

e. A lightning signal for an entire lightning event has multiple stages, as shown in Figure 61. [41]

   i. The front end of the waveform is consistent with those described in 14.d.ii.

   ii. Total current flow continues for up to 200 ms, 2,000 times rise time for the front of the wave described in 14.d.ii.

   iii. Ignoring follow-on current, the bulk of the energy (calculated by integration of the signal curve), can be roughly defined by a 20 µs square wave.

   iv. Follow on current can easily add 200 J of energy or more.



Figure 61 – Generalized Waveshape of Current in Negative Cloud-to-ground lightning (NTS)

15. Other standards discuss a 10/350 waveform (10 µS rise time, with a 350 µS width) [42].

16. Three methods of energy transfer from a lightning event can cause damage.[14,15,17,18,24]

   a. A *direct* strike is simply the discharge of electromagnetic energy developed above the earth directly through an object.

      i. The discharge path is often metal.

      ii. Trees and posts in earth also make a good path.

      iii. A direct strike carries the full energy of the event, and results in the most damage.

   b. An *indirect* strike occurs when potential is built up between the cloud and earth, creating an electrical field (typically 10 kV/m – 30 kV/m). Any conductive surface within this field will develop a potential proportional to its height above the ground plane. When the cloud discharges, a charge remains on the conductive surface and must be dissipated. This discharge can carry enough energy to cause damage.

      i. The charge typically builds on a metal (conductive) surface with a large area that is elevated from the earth (metal chimney, flue pipe, antenna, transmission line, etc.)

EXHIBIT "D"

2. *Product is used to describe equipment and items whether on the supply side or the user side. The Why of a product failure is a result of defects in design, manufacturing, or distribution.*

3. *User describes the person that employs the product and the supply…Why the user can cause a failure is through misuse, abuse or neglect.*

c. Section 5.2 describes common risks associated with devices.

i. *Economics trade-off: The classic engineering trade-off is between cost, time, and quality. Economics plays an important component in any appliance. The less expensive appliances by definition are constructed more cheaply. There is a trade-off with safety. Although safe for general use, less expensive devices have a greater propensity for failure than a more expensively constructed device.*

d. Chapter 10 describes the risks associated with lightning and the procedures which can be used to mitigate damage. Included in this analysis is a discussion of CSST.

e. Section 10.10 describes a Lightning Report.

i. *…Recall that lightning damage can result from a direct strike, indirect strike, and ground current. Therefore, the strike does not have to be at ground zero for it to affect a structure.*

f. Chapter 12 describes User Warnings.

i. *Warnings have three levels as noted by the **signal** words – caution, warning, and danger.*

ii. *Warning indicates a hazardous situation which, if not avoided, could result in death or serious injury.*

iii. There was inadequate warning for the installation of the gas line which states that the system is susceptible to lightning damage. There was inadequate warning that Potem, MO, is in a relatively dense lightning area and the pipe will be susceptible to damage.

## ANALYSIS

28. Based upon previously published, peer review research, the amount of energy dissipated through a penetration in a metal surface can be calculated from the following formula: [14]

$$q = Cm\Delta T_m + mH_f \qquad (5)$$

Where:

| | |
|---|---|
| $q$ | Energy required to *raise* the material to melting point and then to actually melt the material |
| $C$ | *Specific Heat of the material* |
| $Hf$ | *Heat of Fusion of the material* |
| $\Delta Tm$ | *Temperature change from the initial temperature to the melting point* |
| $m$ | *Mass of the material translated* |

a. Mass can be calculated by combining the volume of the material that changes state (melts) and the density of the material ($\rho$).

EXHIBIT "D"

b. The properties of various pipe and tubing are well-known chemical properties and are shown in Table 3. All pipe and tubing is nominal ½-inch diameter. Wall thickness is given in inches.

Table 3 - Material Properties

| MATERIAL | C BTU/LBM °F | $\Delta T_M$ °F | $H_F$ BTU/LBM | DENSITY LBM/IN³ | WALL THICKNESS IN |
|---|---|---|---|---|---|
| CSST | 0.12 | 2528 | 122.527 | 0.286 | 0.008 |
| DUCTILE IRON | 0.1 | 2678 | 122.7 | 0.284 | 0.109 |
| COPPER | 0.092 | 1909 | 91.1 | 0.324 | 0.04 |

c. The amount of energy necessary to create a penetration of the size observed in paragraph 9.a above (0.031 in²) can be calculated for various gas piping materials, including the CSST identified above. These values are shown in Table 4.

Table 4 - Energy Necessary to Create Penetrations

| Material | q (BTU) | q (Joule) |
|---|---|---|
| CSST | 0.030207313 | 31.8704 |
| Ductile Iron | 0.374737858 | 395.3694 |
| Copper | 0.107160641 | 113.0605 |

d.     As can be seen, it takes approximately 12 times as much energy to make the same size penetration in ductile iron pipe than in CSST, and approximately 3.5 times as much energy to make the same size penetration in copper than in CSST.

29. It is clear, based on the data in both older NFPA 780 standard documents, and further refined in the later versions of the NFPA 780 standard that this risk for lightning activity, and subsequent damage, is relatively high in southern Missouri / northern Arkansas. The area has nearly twice the risk of northeastern TN, the location of the manufacturer's statement of high risk. To be clear, a structure in Protem, MO, would have twice the risk of damage from lightning than that of a similar size and positioned structure in Newport, TN.

30. Based on the 10 electrical properties of CSST, the pipe is an excellent conductor for lightning. At the same time, the properties make it difficult to impossible to provide adequate grounding and bonding to divert the energy without damage.

a. Consequently, CSST is unreasonably dangerous when applied in a region with significant lightning.

b. Arcing and damage will exist only where there is not a good, continuous, low-impedance, high-current-capacity path to ground.

c. *NFPA 70, National Electrical Code (NEC)* is predominantly structured for 60 Hz alternating current power that is well behaved. NEC based designs, such as the ones propounded by CSST manufacturers, are inadequate and inappropriate for high frequency energy such as lightning.

31. Figure 64 and Figure 65 display the propensity of high voltage arcing to occur at the ridge of the CSST.

a. The reason for this propensity of charge from an electric field to concentrate on a peaked surface is well known. The relationship can be derived from Coulomb's law, which calculates the force one point charge exerts on a second point charge.

EXHIBIT "D"

# Effect of Lightning on Thin Metal Surfaces

### K. B. McEACHRON
FELLOW AIEE

### J. H. HAGENGUTH
ASSOCIATE AIEE

**Synopsis:** In the search for means for measuring the properties of natural lightning much can be learned from the evidence left at points struck by lightning. This paper deals principally with such evidence and the process of evaluating the characteristics of the lightning strokes responsible for the evidence.

For six years a nickel-plated, 18-inch copper sphere, 878 feet above the ground atop the WSM radiator at Nashville, had been collecting data in the form of holes and pits due to lightning strokes to the sphere. A total of 150 holes of varying sizes were found together with 300 pits. A laboratory setup was made consisting of the high-capacity impulse generator together with a d-c generator so arranged that the known characteristics of lightning with respect to the so-called continuing current could be duplicated. With this equipment holes having the same appearance could be produced in copper sheets, and from the results of the test a calibration curve was produced. At the same time calibration curves were obtained for other metals in addition to copper. From these data an expectancy curve was obtained between coulombs and per cent of holes. The average hole corresponded to 15 coulombs with the maximum size hole corresponded to 240 coulombs.

No satisfactory calibration was obtained for the pits, many of which no doubt were the result of high current peaks having a low coulomb content.

It is interesting to learn that of the 150 holes in the sphere 89 were found in the upper half and 61 in the lower half, with the great majority appearing in a six-inch belt around the seam at the sphere's equator.

The results of some laboratory high-current impulses on metal sheets are also shown, indicating pressure effects without appreciable burning.

A lightning stroke to a metal-roofed rural home is described, the largest hole in the roof indicating a charge of 210 coulombs. The home was not wired, but a part of the lightning discharge traveled a distance of 162 feet to the wired house next door to puncture the cellar wall and contact the neutral ground rod driven in the cellar. Another channel was found extending to the base of the service pole where two ground rods were driven. It was estimated that the discharge removed approximately 250 cubic feet of earth in its travel. Available data indicate the stroke was negative and had a total

Paper **42-104**, recommended by the AIEE committee on power transmission and distribution for presentation at the AIEE summer convention, Chicago, Ill., June 22–26, 1942. Manuscript submitted April 10, 1942; made available for printing April 11, 1942.

K. B. McEachron is research engineer, high-voltage practice and designing engineer, power transformer engineering department, and J. H. Hagenguth is electrical engineer, both with General Electric Company, Pittsfield, Mass.

The authors acknowledge the assistance of A. F. Rohlfs, C. R. Craig, and W. C. Lasher, and the personnel of the high-voltage engineering laboratory for obtaining the test data.

charge of more than 240 coulombs with a suggested peak current of the order of 200,000 amperes. Although the struck home was quite badly damaged, there was no fire, nor was there any trouble with the electric equipment in the wired home.

The results of this work indicate that sheet metal may be made to yield certain data of value with reference to lightning.

LIGHTNING strokes to objects on the earth have been characterized by two major effects[1-4] one causing explosive effects[5,6] and the other often resulting in fire. In many cases both effects have been present. The explosive effects are now known to be due to sudden increases in current which may reach a crest of several thousand or even a hundred thousand amperes or more in a few millionths of a second, decaying to half of the crest value in a time of the order of 40 microseconds. It is the expansion effects in the air resulting from these rapid current changes which cause the thunder which we hear. The burning effects are the result of the flow of current of relatively low magnitude of the general order of 200 or 300 amperes[7] for times which may be as long as 1.5 seconds, but on the average, persist for about 0.3 second or about 7,000 times as long as the average time to half value of the current peak. Correlating photographic and oscillographic data for strokes to the Empire State building having a height of 1,275 feet, strokes began at the building in about 80 per cent of the cases. As the height of the earth object becomes less, the percentage of cloud-initiated strokes increases. It is believed that for transmission-line heights the contacting strokes are always cloud ini-

tiated. Currents in earth-initiated strokes measured at the earth end begin with a relatively small value of current—a few hundred amperes—which develop into a continuing current when contact is made with the cloud. Superimposed current peaks may develop later, with varying time intervals and magnitudes, all of these peaks being cloud-initiated just as in the case of the stroke to objects of ordinary height on the earth's surface.

## Laboratory Lightning

The impulsive nature of lightning strokes has been known for a long time, and it was natural to consider the cloud as one pole of a condenser and the earth as the other. Thus the laboratory lightning maker noted the similarity between the discharge of a charged laboratory capacitor and natural lightning. It looked the same, and the sound effects were there also. Furthermore, wood could be blown apart as in nature, and many of the distance–time–voltage or current phenomena found in connection with the operation of outdoor circuits could be reproduced. And so with the development of the Marx-circuit impulse generator and the cathode-ray oscillograph, data became available proving the similitude of the laboratory and the natural lightning as to the nature of the phenomena involved.

The continuing part of the natural lightning stroke was not simulated, as its existence was not shown oscillographically until 1937. The lack of knowledge of this component explains the inability of investigators to make the lightning fulgurites found in nature when discharging a lightning generator into wet sand. The impulsive nature of the current blew the

**Figure 1. Circuit to control duration and amplitude of long-duration low-current discharges, preceded by impulse current**



EXHIBIT "D"



**Figure 2. Side view of lightning-damaged 18-inch nickel-plated copper sphere installed for six years at top of WSM vertical radiator 878 feet above ground**

sand out of the container, and it was not until currents of a few amperes were used, continuing for a second or so, that fulgurites could be formed.

The charge represented by the current peak is very small indeed. The average measured in natural lightning is only a fraction of a coulomb, whereas the charge represented by the continuing current may be of the order of 200 coulombs or more. Even very large impulse generators with voltages suitable for general testing work will have a charge of considerably less than ten coulombs. It is clear, therefore, that to simulate the complete lightning stroke a generator of more than 20 times the present capacity is needed, and therefore it is necessary as an economic expedient to make use of generators such as illustrated in Figure 1, where the discharge is initiated by a high capacitance generator, with a follow current supplied by a 500-volt d-c generator. Such an arrangement, though not suitable

for long arcs, was quite satisfactory for the tests on metal sheets described in this paper. Modifications of this circuit have been used during other long-duration lightning current tests. More than one high current impulse may be superimposed using a circuit of this general character.

## Lightning Strokes to Sphere at WSM

Our interest in the use of thin metal as a means of collecting lightning data was aroused when William Montgomery, Jr., engineer for WSM radio station of the National Life and Accident Insurance Company at Nashville, Tenn., sent us the sphere illustrated in Figure 2. This nickel-plated, 18-inch diameter sphere made of 19-mil copper had been in service at the top of WSM's vertical radiator, 878 feet in height, for a period of six years. During that time it was struck frequently by lightning and in the summer of 1937 was thrown to the ground during a lightning storm which damaged the tuning coil at the base of the tower as shown in Figure 3. The sphere was damaged in its fall on the reverse side but had been mounted in the position shown in Figure 2.

The large number and varying size of holes and pits found indicated that the sphere could be made to tell a story about lightning strokes if a proper calibration for the holes could be found. The globules of copper found around many of the holes indicated clearly that the holes were produced by continuing currents rather than by current peaks, which would have produced sufficient pressure in many cases to have blown the molten metal away.

Tests were begun, therefore, with the circuit shown in Figure 1, using a variety of current and time values until the appearance of the holes produced corresponded closely to those found on the



**Figure 5. Relation between coulombs in the arc and resultant area of holes burned in (A) 15-mil galvanized iron sheets, (B) 20-mil copper sheets**

Sheet positive, electrode negative polarity

WSM sphere. A few of the test holes are reproduced in Figure 4. A calibration curve is shown in Figure 5 together with a similar curve for galvanized iron. All tests were made with the sheet positive, electrode negative.

Using the calibration curve of Figure 5 for nickel-plated copper sheets, the experience curve for the entire sphere in terms of coulombs versus holes was obtained and is compared, in Figure 6, with the curve of strokes versus coulombs as obtained for the Empire State building. Considering the fact that the number of holes per stroke is not known in the case of the WSM sphere, the agreement seems quite good when it is remembered that in many cases there may be more than one hole per stroke. The Empire State building data come from measurements of oscillograms and are known to represent the complete stroke. Of course, the difference in height and location no doubt has also had some effect on the recorded results.

It is a matter of considerable interest to note the number of holes in the sphere below its equator compared with those above. A curve similar to that of Figure



**Figure 3 (left). Tuning coil of WSM radiator damaged by lightning stroke**

Probable current crest 66,000 amperes—positive polarity. ⁵/₈-inch (outside diameter) tubing. 40-mil wall



**Figure 4 (right).** Samples from d-c tests on 20-mil copper sheets to determine relation between current amplitude, length of application, and size of hole



EXHIBIT "D"



**Figure 6.   Expectancy curves for coulombs conducted in lightning strokes**

*A*—Oscillographic measurement Empire State building
*B*—Hole calibration for WSM sphere

6 for the upper and lower halves shows ten coulombs at the 80 per cent point for the upper half and five coulombs for the lower, while for values below 50 per cent the curve for the upper and lower halves is about equal to and practically coincides with that shown in Figure 5 for the whole sphere. The total number of holes in the upper half is 89 and in the lower is 61. Within a three-inch belt above the equator, 44 holes were found, while in a similar zone below the equator, 41 holes were counted, with five holes in the seam around the equator. Thus, 60 per cent of the holes were located on 32 per cent of the total surface of the sphere. In view of the distance to the cloud, the field surrounding the sphere is quite uniform except for the effect of its support which would lead one to expect a shielded zone near the point of attachment, and this is just what was found. If the strokes represented by the holes were all initiated by the tower, one would expect streamers to be formed as the cloud field became more intense from all over the sphere's surface except close to the point



**Figure 8.   265,000-ampere negative-polarity discharge through 10-mil plain copper sheet**

Side away from arc. Sheet used as one electrode

of support. Chance conditions of ionization in the atmosphere probably have considerable effect in determining which of the streamers from the sphere will develop into the stroke.

It is quite likely also that the seam around the equator had a considerable effect in promoting the formation of streamers at the time of a stroke. Drops of rain water, particularly at the seam may have added to this effect. The top of the sphere was apparently shielded to some extent by a probable extension of the sphere support above the top of the

**Figure 7 (left below).   40,000-ampere negative-polarity discharge through five-mil nickel-plated copper sheet**



**Figure 10.   Exterior view of Amherst house struck by lightning**

(*A*) Position of chimney. (*B*) Location of large hole. (*C*) Location of several small holes

sphere. The details of the attachment are not known.

Three hundred pits were found, many of these being accounted for as direct strokes having relatively high current magnitude, but having a low coulomb content (two coulombs or less). It does not appear to be possible to draw any definite conclusion concerning these pits in terms of current magnitude. It is possible, of course, that some of them are part of strokes which burned holes, and, if so, the effect on the calibration of holes in terms of strokes would be small on account of the small coulomb content.

In considering the interpretation to be put upon the results obtained by this sphere, it should be recorded that the number of separate strokes is not known, although Mr. Montgomery believes, based



Side-facing arc. Small holes or burns numbers 1 to 5, sheet used as one electrode. Large holes numbers 6 to 9, sheet mounted between electrodes

**Figure 9 (right). Holes burned by relatively low - current long-time laboratory discharges**

Top, ³/₈-inch steel plate. Bottom, 0.015-inch galvanized tin. Side facing electrode



EXHIBIT "D"



**Figure 11. Damage to cement basement wall of A. T. Rouleau house, August 4, 1939, caused by lightning which came in across ground surface from nearby Joslyn house which was struck directly**

Pelham Road near Amherst, Mass.

on his records, that 24 direct hits is a reasonable number to use. It is probable that this number is too low. With 150 holes, and assuming equal distribution of holes for all strokes, one arrives at seven holes per stroke which, from Figure 6, would indicate an average coulomb value of $7 \times 14 = 98$ coulombs, which is probably much too high, although the maximum hole indicates 240 coulombs. It must also be recognized that more than one stroke could contribute to the same hole as well as the same stroke making several holes.

At WSM, magnetic links had been installed on the antenna lead-in and guy wires at the time the sphere came down and the tuning coil of Figure 3 was damaged, which indicated a current of $+66,000$ amperes in the antenna lead-in and $+6,400$ amperes in two of the guy wires and a total of $-73,000$ amperes in six other guy wires. This record may cover more than one stroke, but it does indicate the highest currents recorded. It is interesting to point out that the most severe current peak measured with the cathode-ray oscillograph at the Empire State building[7] had a crest current of 58,000 amperes, contained 4.9 coulombs to half current value, and was positive.

Tests made in the laboratory on tubing similar to that of the tuning coil shown in Figure 3 indicate that the turns of the coil begin to pull together at a current crest of 75,000 amperes. The copper tubing itself begins to flatten at around 118,000 amperes. The difference between the effects of laboratory current amplitudes and the 66,000 amperes measured in the actual stroke is probably due to different wave shape, as well as the fact that two concentric coils were involved in the actual stroke. Furthermore, the heavy discharge current may have been preceded by a high coulomb–long duration discharge heating the copper tubing sufficiently to produce crushing at much lower crest currents. The laboratory current waves were oscillatory waves of 86 microseconds period with the initial peak of negative polarity. The tuning coil consisted of $5/8$-inch outside diameter tubing with 40-mil wall thickness.

## Lightning Strokes to WGY

In 1938 a 20-mil chromium-plated copper cylinder was mounted on top of the then new WGY 635-foot radiator at Schenectady. The top of the cylinder was closed with a hemisphere of the same metal and thickness. When this was removed for examination in 1941, seven holes and several hundred small pits were found. The radiator was known to have been struck three times, the magnetic links showing $-3,000$, $-7,800$, and $-30,000$ amperes.

Of the seven holes, six were located in the 12-inch diameter hemisphere, mostly in the upper part, but none at the highest point of the sphere as installed. The cylindrical portion had a height of 14 inches, and one hole was found six inches from its lower edge. The pits were most numerous

in the area above a line nine inches from the bottom of the cylinder. Twenty-nine of the pits had an appearance similar to that obtained from high-current laboratory discharges of one or two coulombs.

## Concerning the Holes Burned

With reference to the appearance and size of holes some comment is desirable. While the WSM sphere showed some very small holes—as small as three square millimeters—such small holes could not be produced in the laboratory in copper sheets. The smallest hole obtained had an area of 28 square millimeters. However, in galvanized iron sheets, holes as small as 1.5 square millimeters could be produced.

This effect has been attributed to the close proximity ($1/4$ to $1/2$ inch) of electrode to the sheets under test. A tapered carbon electrode was used to avoid the effect of the metal of the electrode on the calibration. Although the electrode begins to glow at 60 coulombs, very little gas is given off. Brass electrodes were tried but consistent results were not obtained.

It is expected that the only difference to be obtained from a longer arc would be the possibility of forming smaller holes in copper sheets. Within the range investigated—spacing $1/4$ inch to $1/2$ inch—the character of the holes is not changed, indicating that the electrode effect is not appreciable. The close proximity of the electrode possibly has the effect of spreading the core of the arc wider than would be the case in a lightning stroke. However, the holes produced showed the same characteristics as those produced by natural lightning as evidenced on the WSM sphere.

The tests on metal sheets up to 100-





**Figure 12. Lightning damage at W. H. Joslyn house, August 4, 1939. Pelham Road near Amherst, Mass.**

Furrow in ground was dug by lightning as it left Joslyn house and headed toward neighboring Rouleau home

**Figure 13. Destruction of pine tree by lightning discharge**

Top of tree blown off by high current peak. Stump burned by continuing discharge

EXHIBIT "D"

mil thickness indicate the following relations:

$$C = \frac{A}{25} \times t^{0.9} \quad (t = 0 \text{ to } 35 \text{ mils})$$

$$C = \frac{A}{245} \times t^{1.54} \quad (t = 35 \text{ to } 150 \text{ mils})$$

where

$C$ = coulombs
$A$ = area of hole in square millimeters
$t$ = thickness of sheet in mils

Such equations are reasonably accurate for copper and galvanized iron and may be used to estimate the coulombs in a given lightning stroke. The use of the curves of Figure 5 for the individual metal is more accurate, but tests of this nature do not permit close calibration, the variation from the curves shown in Figure 5 being as much as 40 per cent for some individual points.

That the hole burning is a function of coulombs rather than $i^2t$ has been verified by the fact that equal holes are burned when equal coulombs in the arc are produced with widely different current amplitudes. The test currents ranged from 50 amperes to 600 amperes, which is in the range of natural lightning continuing discharges. Tests at high currents with high coulomb values have not been made, but the calibration data given in Figure 5 should not be used for high currents. Bellaschi[2] similarly showed that burning of solid heavy electrodes is dependent upon coulombs.

In Figure 7 are shown holes burned in a five-mil, nickel-plated copper sheet with discharge currents of 40,000 amperes crest. The small holes and burns numbered 1–5 were produced with the sheet grounded. The larger holes 6–9 were obtained with the sheet midway between the line electrode and the ground electrode. The jagged character of the holes is apparent, especially in number 9 where the electrode distance was increased from $5/16$ to $2 3/4$ inches. There is no evidence of the copper beads lining the hole as is observed on the sphere and the corresponding test sheets. As the current amplitude is increased, the explosive effect is increased as shown in Figure 8, which gives the effect of a 265,000 ampere 30-coulomb discharge to a grounded copper sheet of ten-mil thickness. The same impulse applied to a 25-mil copper sheet did not rupture it but did produce a large dent in its surface. On the other hand, a 25,000-ampere one- to two-coulomb discharge will form a bright bead on a 20-mil copper sheet but will not puncture the sheet. In the explosive type or high current discharge many factors have to be

weighed besides current amplitude, while the charge in the long-duration low-current continuous discharge can be computed with fair accuracy.

The tests indicate a possible source of fire with thin metal-roofed buildings, if inflammable material is close to the metal or in such position that molten metal may drop on combustible materials. If thin metals are to be used for covering, then elevated air terminals should be used to keep the arc away from the building and a suitable path to ground provided to prevent damage at joints in the metal structure.

## Tests on Steel Plate

In view of possible lightning strokes to metal containers of explosive gases of liquids, tests were made with the equipment shown in Figure 1 with the following result. A $3/8$-inch steel plate was tested with 430 coulombs in the arc. Results of such tests are shown in Figure 9. The plate could not be punctured but a crater-like hole was formed of $3/16$-inch depth and 180 square millimeters area. To puncture such a plate several thousand coulombs would be required.

## Lightning Stroke to Home

Of the many lightning damage cases which the authors have investigated, that which occurred near Amherst, Mass., during the summer of 1939 is perhaps one of the most interesting. Lightning struck the home shown in Figure 10, resulting in the external damage shown. The upper portion of the chimney had been eliminated, and the chimney was cracked throughout its length. A hole having an area of 345 square millimeters was found in the 15-mil galvanized-iron shingle roof at a point about three feet from the chimney and in the direction of the damaged corner of the building shown in Figure 10. Several small holes were found in a shingle, which apparently had been located at the corner of the roof above the damaged corner. No evidence of fire could be found anywhere, although in the kitchen there was a considerable burn between a sink and a nearby pipe, which had a combined effective resistance to ground of 47 ohms. This was the only ground in this house. There was also considerable burning between the cover of an ice box and the zinc lining. Nearly all of the windows on the ground floor were blown outward, showing the high pressure developed within the house. Two persons were in the house, one upstairs to the right of the chimney, and the

other in the kitchen to the left of the door shown in Figure 10. Neither was hurt.

There was no wiring of any sort in this home. In Figure 11 is shown another home, 155 feet away, which had a three-wire service with the usual appliances connected. In the cellar was a driven ground of 430 ohms. In addition, two grounds having a combined resistance of 215 ohms were driven at the service pole located 110 feet from the house of Figure 10, and 80 feet from the house of Figure 11. A portion of the path of the lightning discharge is shown in Figure 12. At the point illustrated the channel in the earth was about three feet in width and about 15 inches in depth. It continued with two-foot width and about the same depth for a distance of 74 feet where it split into two parts, one to continue 88 feet to the ground rod in the cellar of the house of Figure 11, and the other to travel 81 feet to the ground rods driven at the base of the service pole. The electric equipment in the wired house was in operating condition after the storm, although the cellar windows were blown out as the result of the pressure developed in the spark to the driven ground rod inside close to the cellar wall.

From magnetic effects observed, it was concluded that the current in the neutral wire was of the order of 30,000 amperes a slow rate of rise and indicated a negative-polarity stroke to the unwired house of Figure 10. A calibration of the shingle burns indicates a coulomb value of 210 for the larger burn and 30 coulombs for the smaller burns.

In reconstructing what happened, it is probable that the stroke was negative, beginning with a current peak of the order of 200,000 amperes, followed by a continuing current having a coulomb value of 240. The physical damage seen in Figures 10 and 12 resulted from the high current peak. After the chimney exploded, apparently the path shifted to the burned points found on the roof. With the high coulomb value of the continuing current, one would have expected a fire to ensue, but no evidence of this could be found, indicating that the inflammability of the various paths was such as not to cause fire.

This case is given here, because some knowledge exists as to the magnitude of the lightning current which caused the damage observed. This again illustrates what may happen when good grounds are not available when lightning strikes.

The pine tree shown in Figure 13 is mute evidence of the same type of lightning discharge just described. This tree struck by lightning exploded a few feet

EXHIBIT "D"

# Abnormal Currents in Distribution Transformers Due to Lightning

### J. M. BRYANT
MEMBER AIEE

### M. NEWMAN
ASSOCIATE AIEE

**Synopsis:** Abnormal currents in distribution transformers due to lightning are analyzed both theoretically and from field experiences. Under certain conditions of direct stroke transferred through the arrester to the neutral of the secondary winding, excessive currents may wreck the secondary windings by electromagnetic forces. Long-duration surges, or shorter repeated surges, saturate the transformer cores producing greatly increased surge currents in the primary windings which influence fuse failures. The saturation of the cores by unidirectional lightning surges also brings about increased power-frequency magnetizing currents influencing sectionalizing-fuse and circuit-breaker operations.

A GREAT deal of research has been done and many papers have been written dealing with the problems of overvoltages under lightning conditions. It has been assumed generally that, because of the relatively high inductance of transformer windings, very little lightning current builds up within them. There are, however, certain conditions under which the lightning current may enter the secondary windings of grounded-neutral distribution transformers and rise to such magnitudes as to develop electromagnetic forces sufficient to destroy that winding by mechanical stress. Also, for long-duration single or multiple lightning surges enough current builds up through the primary winding to saturate the core; and the consequent rate of increase of current in the winding becomes more rapid, and the current is finally limited only by the d-c resistance of the primary winding. These latter currents are generally insufficient to damage the winding, but they are important in the determination of fuse failures[1] and sectionalizing operation under lightning conditions.

Another source of abnormal transformer currents is that of large magnetizing inrush currents brought about by surge conditions, which will be primarily important in the operation of fuses or breakers. These various phenomena of abnormal transformer currents are discussed further in this paper, with special reference to distribution transformers on rural lines.

## Direct-Stroke Lightning Currents in the Secondary Windings

Under certain circumstances of direct lightning strokes to the primary line, very large currents may go through the secondary winding when the lightning arrester functions to protect the primary. Occasionally the effect of such currents is completely to disrupt the windings, as shown in Figure 1. There is no present protection scheme in use which protects against such conditions. The transformer was connected as shown in Figure 2. The lightning arrester effectively by-passed to the ground lead the resulting current from a direct stroke to the line, and the primary winding was perfectly protected, as determined by subsequent test. The voltage of the secondary wires rose, together with that of the transformer case, to the value of the surge-impedance drop of the grounding wire impedance and ground resistance, and another flashover to ground occurred, this time on the customer's premises. Current in the two wires on each side of the grounded neutral to the customer ground fault went through the secondary winding. Since the current went from the transformer case at raised potential into the neutral connection of the transformer coil, and from there into the winding halves in opposite directions, the magnetic fields of the two halves of the secondary winding canceled out to a high degree, because of the close coupling. The leakage-reactance drop and also the resistance drop were not sufficient to flash over the bushing or the normal shunt safety gaps in use. Thus the current continued to go into the secondary coil sections in opposing directions; the extreme resulting mechanical forces due to electromagnetic reaction distended the secondary winding, as shown at $X$ in Figure 1, and actually cut several turns in two by jamming them against the core laminations.

Such conditions to a greater or lesser extent, must occur in almost every case of a direct stroke to line near a transformer installation. The paths for the lightning current through the transformer secondaries are indicated by arrows in Figure 2. The relative amount of current going into the windings varies with the relative ground resistances; in this case it was probably of the order of 20,000 amperes

Paper 42-109, recommended by the AIEE committee on power transmission and distribution for presentation at the AIEE summer convention, Chicago, Ill., June 22-26, 1942. Manuscript submitted April 9, 1942; made available for printing May 4, 1942.

J. M. BRYANT is professor and head of the electrical engineering department, and M. NEWMAN is associate research engineer in the electrical engineering department, University of Minnesota, Minneapolis, Minn.

The authors acknowledge the co-operation of J. H. Willox and E. H. Yonkers of the Joslyn Manufacturing and Supply Company, both in the investigations and in the development of special methods of protection related to the new factors brought out in this paper.

above the ground. Examination of the upper portion of the tree and the debris scattered over a considerable area showed no signs of burning; yet the stump was on fire when the owner of the land ran to the point where he saw the lightning strike. Evidently this stroke also began with a high current peak blowing the tree apart. The stroke persisted as a continuing current to the stump of the tree, which was still grounded, setting it afire. This was going on while the tree and the debris were in the air.

The data which have been collected thus far seem to indicate that the use of thin metal surfaces makes a fairly satisfactory means for collecting data with respect to the number of coulombs contained in natural lightning strokes, excluding the effects of the high current peaks which may be present.

## References

1. LIGHTNING TO THE EMPIRE STATE BUILDING, K. B. McEachron. Journal of the Franklin Institute, volume 227, 1939, number 2.

2. LIGHTNING STROKES IN FIELD AND LABORATORY—III, P. L. Bellaschi. AIEE TRANSACTIONS, volume 60, 1941, pages 1248–56.

3. FIELD INVESTIGATIONS OF LIGHTNING, C. F. Wagner, G. D. McCann, Edward Beck. AIEE TRANSACTIONS, volume 60, 1941, pages 1222–30.

4. SYMPOSIUM ON THE OPERATION OF THE BOULDER DAM TRANSMISSION LINE—INSULATION AND LIGHTNING PROTECTION, Bradley Cozzens. AIEE TRANSACTIONS, volume 58, 1939, April section, pages 140–6.

5. TESTING WITH HIGH IMPULSE CURRENTS, B. D. McEachron, J. L. Thomason. General Electric Review, volume 38, 1935, number 3.

6. LIGHTNING STROKES IN FIELD AND LABORATORY—I, II, P. L. Bellaschi. AIEE TRANSACTIONS, volume 54, 1935, August section, pages 837–43; volume 56, 1937, October section, pages 1253–60.

7. LIGHTNING TO THE EMPIRE STATE BUILDING, K. B. McEachron. AIEE TRANSACTIONS, volume 60, 1941, pages 885–90.

EXHIBIT "D"

# Lightning Stroke Damage to Aircraft

## J. H. HAGENGUTH
MEMBER AIEE

**Synopsis:** The paper describes a series of tests made in the period 1938 to 1942 to determine in the laboratory the effects of lightning strokes on the safe operation of aircraft. Due to wartime restrictions, publication was deferred. Investigated were: the burning of holes in the metal skin of planes and other metallic parts of planes; damage to airplane fuel tanks; breaking of safety glass in windshields; the effect of current flow on ball bearings; effect of impulse sparks on the vision of pilots; and tests on nonmetallic airplane parts. The tests showed that the probability of damage from lightning strokes to airplanes of sufficient magnitude to prevent further operation and to result in loss of the airplane is extremely small and can be discounted.

**T**HESE investigations were carried on in collaboration with the National Advisory Committee for Aeronautics under the direction of Dr. K. B. McEachron to determine whether or not lightning strokes represent a danger to airplanes. It was thought at the time that some unexplained airplane accidents may have been caused by lightning. Any conclusions drawn from the tests are those of the author.

From various lightning investigations it is known that lightning strokes essentially consist of two characteristic forms. The so-called current peaks have relatively high peak amplitudes—average:

Paper 49-214, recommended by the AIEE Air Transportation, and Transmission and Distribution Committees and approved by the AIEE Technical Program Committee for presentation at the AIEE Pacific General Meeting, San Francisco, Calif., August 23–26, 1949. Manuscript submitted January 21, 1949; made available for printing June 30, 1949.

J. H. HAGENGUTH is with the General Electric Company, Pittsfield, Mass.

The tests described in this paper were made by the personnel of the High Voltage Engineering Laboratory of the Pittsfield Works, General Electric Company. The author wishes to express his appreciation, in particular to C. R. Craig, W. C. Lesher, C. McIntosh Jr., R. A. Johns, J. W. Flowers, R. B. Gustafson, I. B. Johnson, A. F. Rohlfs, and M. E. Noon.

15,000 amperes; maximum: 200,000 amperes.

There may be as many as 42 current peaks in a lightning stroke; however, the average stroke has only two current peaks. In the interval between current peaks, so-called continuous current flows through the lightning channel with amplitudes ranging from a few thousand amperes to probably less than one ampere. The duration of these continuing discharges may be as long as a second and a half, while the duration of the current peaks is only of the order of between 20 and 100 microseconds. This describes the normal cloud-to-ground stroke.

Many of the lightning discharges, however, occur between clouds or within the clouds. There is very little known about these discharges, but photographic evidence and theoretical considerations seem to indicate that cloud-to-cloud discharges probably are of the continuing-current type only. Any current peaks are expected to be of low amplitude, probably less than 10,000 amperes. The oscillogram of a typical cloud-to-ground stroke to the Empire State Building[1] in New York City is shown in Figure 1.

There were two reasons for selecting certain elements of the plane for study: to gain statistical data from planes actually struck by lightning as to the type of lightning stroke and its characteristics responsible for the damage observed; and to study the possibilities of lightning damage not before encountered.

**Figure 1. Composite plot of continuing currents and current peaks of a lightning stroke to the Empire State Building, New York, N. Y.**



EXHIBIT "D"



Figure 2. Relation between coulombs in the arc and the size of hole burned in metal sheets. Arc current amplitude ranges between 50 and 1,000 amperes

I.   Stainless steel–10 mil
II.  Galvanized iron–15 mil
III. Copper–20 mil
IV.  Stainless steel–40 mil
V.   Aluminum–51 mil
VI.  Aluminum–100 mil

Subject to study were the following items:

1. Burning of holes in the skin and other metallic parts of airplanes or distortion of metal parts.

2. Damage to airplane fuel tanks.

3. Breaking of the safety glass in windshields.

4. Effect of current flow through ball bearings of the control system.

5. Effect of the light from a lightning stroke on the vision of a pilot.

6. Effect of exhaust gases.

7. Nonmetallic airplane parts.

**Figures 3. Samples of holes burned with long-time laboratory discharges**

Top: 20-mil copper sheet
Bottom: 25-mil aluminum sheet



**Figure 4 (right). Holes burned in aluminum rudder bow tubing by actual lightning stroke and by laboratory arcs. 25-mil wall thickness, 1-inch tubing**



## Burning of Holes in Metal Parts of Airplanes

In a previous paper[2] the effect of lightning on metal sheets was discussed for copper and steel sheets. It was shown that the principal effect of lightning on metal sheets is from the continuing type of discharge, the result being a hole burned in the metal. The work was extended to aluminum and steel sheets using the test circuit described previously. Figure 2 shows the results for all metals tested.

The type of metal appears to have very little influence. In every case the size of the hole burned is directly proportional to the coulombs or ampere-second flow of the arc current into the sheet. The size of the hole burned in a sheet of a given thickness can be expressed by two equations which give fairly accurate results

$$A = 25.3 \times C \times t^{-0.9} \text{ for } t = 0 \text{ to } 35$$

$$A = 245 \times C \times t^{-1.84} \text{ for } t = 35 \text{ to } 150$$

where

$A$ = area of hole burned in square millimeters

$C$ = coulombs in arc

$t$ = thickness of sheets in mils

The appearance of the holes burned differs. Copper produces bead-like globules at the edges; also, stainless steel, with a reduced number, while aluminum rarely had any beads. For aluminum, a crater-like partially burned area usually occurred, in addition to a well-defined hole. The area of this crater is approximately 2:1 for 25-mil sheets and about 6:1 for 100-mil sheets. The difference in the appearance of the holes burned is shown in Figure 3.

The more exposed regions in a plane are the relatively sharp edges of control equipment, such as rudders and flaps. The metal at the trailing edges of these devices sometimes is formed with circular tubing or with trapezoidal sections offering a double surface opposite to the lightning stroke.

Typical lightning burns and test burns are shown in Figure 4 on 1-inch diameter aluminum tubing with 25-mil wall thickness. The size of the hole burned in the surface facing the test electrode is approximately equal to that burned in sheets of the same thickness. Up to approximately 50 coulombs, only a single hole is burned. For higher coulombs, holes also are produced on the opposite side of the tubing. The worst type of hole burned by natural lightning is shown in Figure 5. In this case the tubing was almost burned in two. It is estimated that this damage was caused by a lightning stroke conducting approximately 300





**Figure 5 (right). Holes burned in a wing edge (top) and a rudder bow (bottom) by natural lightning. Estimated 300 coulombs in lightning stroke for both cases**

EXHIBIT "D"

AFAL-TR-68-290
PART II

# LIGHTNING AND STATIC ELECTRICITY CONFERENCE, 3-5 DECEMBER 1968

## PART II. CONFERENCE PAPERS

TECHNICAL REPORT AFAL-TR-68-290, PART II

MAY 1969

This document has been approved for public release
and sale; its distribution is unlimited.

AIR FORCE AVIONICS LABORATORY
AIR FORCE SYSTEMS COMMAND
WRIGHT-PATTERSON AIR FORCE BASE, OHIO

EXHIBIT "D"

AFAL-TR-68-290
PART II



Figure 6.   Aluminum Skin Puncture Threshold

305

EXHIBIT "D"



the Energy to Lead

**FINAL REPORT**

GTI PROJECT NUMBER 21323

# Validation of Installation Methods for CSST Gas Piping to Mitigate Indirect Lightning Related Damage

**Reporting Period:**
April 23, 2012 through September 5, 2013

**Report Issued:**
September 5, 2013

**Prepared for:**
NFPA 54 Technical Committee

**GTI Project Manager:**
Andrew Hammerschmidt
R&D Director, Infrastructure Sector
847-768-0686
andrew.hammerschmidt@gastechnology.org

**GTI Technical Contact:**
Christopher J. Ziolkowski
R&D Manager, Sensors and Automation
847-768-5549
chris.ziolkowski@gastechnology.org

**Gas Technology Institute**
1700 S. Mount Prospect Rd.
Des Plaines, Illinois 60018
www.gastechnology.org

EXHIBIT "D"



**Figure 24 – Arc Charge versus Duration for All Data**



**Figure 25 – Criterion Proposed by PowerCET**

EXHIBIT

Lightning Technologies, an NTS Company
10 Downing Industrial Parkway
Pittsfield, MA 01201

Test Report LT-13-3671, Rev. (-)
18 March 2013
Page 66 of 97



Figure 28 – Typical 1" CSST Sidewall Damage from 8 µs x 20 µs Waveform,
1 kA/ 0.026 Coulombs



Figure 29 – Typical 1" CSST Sidewall Damage from 8 µs x 20 µs Waveform,
5 kA/ 0.11 Coulombs

EXHIBIT "D"

Lightning Technologies, an NTS Company
10 Downing Industrial Parkway
Pittsfield, MA 01201

Test Report LT-13-3671, Rev. (-)
18 March 2013
Page 67 of 97



Figure 30 – Typical 1" CSST Sidewall Damage from 8 µs x 20 µs Waveform,
10 kA/ 0.23 Coulombs



Figure 31 – Typical 0.5" CSST Sidewall Damage from 8 µs x 20 µs Waveform,
1 kA/ 0.026 Coulombs

EXHIBIT "D"

Lightning Technologies, an NTS Company
10 Downing Industrial Parkway
Pittsfield, MA 01201

Test Report LT-13-3671, Rev. (-)
18 March 2013
Page 68 of 97



Figure 32 – Typical 0.5" CSST Sidewall Damage from 8 µs x 20 µs Waveform,
5 kA/ 0.11 Coulombs



Figure 33 – Typical 0.5" CSST Sidewall Damage from 8 µs x 20 µs Waveform,
10 kA/ 0.23 Coulombs

EXHIBIT "D"

Lightning Technologies, an NTS Company
10 Downing Industrial Parkway
Pittsfield, MA 01201

Test Report LT-13-3671, Rev. (-)
18 March 2013
Page 69 of 97



Figure 34 – Typical 1" CSST Sidewall Damage from 10 µs x 350 µs Waveform,
1 kA/ 0.5 Coulombs



Figure 35 – Typical 1" CSST Sidewall Damage from 10 µs x 350 µs Waveform,
5 kA/ 2.4 Coulombs

EXHIBIT "D"

Lightning Technologies, an NTS Company
10 Downing Industrial Parkway
Pittsfield, MA 01201

Test Report LT-13-3671, Rev. (-)
18 March 2013
Page 70 of 97



Figure 36 – Typical 1" CSST Sidewall Damage from 10 μs x 350 μs Waveform,
10 kA/ 4.9 Coulombs



Figure 37 – Typical 0.5" CSST Sidewall Damage from 10 μs x 350 μs Waveform,
1 kA/ 0.5 Coulombs

EXHIBIT "D"

Lightning Technologies, an NTS Company
10 Downing Industrial Parkway
Pittsfield, MA 01201

Test Report LT-13-3671, Rev. (-)
18 March 2013
Page 71 of 97



Figure 38 – Typical 0.5" CSST Sidewall Damage from 10 µs x 350 µs Waveform,
5 kA/ 2.4 Coulombs



Figure 39 – Typical 0.5" CSST Sidewall Damage from 10 µs x 350 µs Waveform,
10 kA/ 5.0 Coulombs

EXHIBIT "D"

# Electrical Fault Damage to Corrugated Stainless Steel Tubing in a House Fire

Timothy L. Morse, Ph.D., P.E.
Andrew D. Ellison, P.E., CFEI
Harri K. Kytömaa, Ph.D., P.E., CFEI
Exponent, Inc.

## ABSTRACT

Corrugated Stainless Steel Tubing (CSST) is commonly used as an alternative to black iron pipe to distribute fuel gas within a house. Electrical arcing to CSST can result in the formation of a hole in the tubing wall due to localized melting of the stainless steel. Typical house fire temperatures are not hot enough to melt stainless steel. Thus when holes in CSST are found at a fire scene, they are often assumed to have been caused by lightning and considered a possible cause of the fire. However, there is an alternative mechanism for the formation of holes in CSST: electrical faults involving the household electrical system during a fire. Inside homes, CSST is often routed along or across branch circuit wiring. The electrical insulation on the wiring and the protective jacket on CSST prevent electrical arcing at typical household voltages. However, as the jacket and insulation melt or burn away, an electrical fault can occur between an energized branch circuit wire and the now unprotected CSST.

Extensive testing has been performed to determine how different electrical configurations affect the electrical fault event and the resulting hole (or holes). In these tests a wire with insulation was connected to a typical household circuit breaker and placed in close proximity to a section of insulated CSST. These were then exposed to a flame, eventually resulting in an electrical fault.  The formation of a hole, and the size of the hole that is formed was found to be heavily dependent on the performance of the circuit breaker. For high current electrical faults, the breaker tripped rapidly by the magnetic trip mechanism (on the order of milliseconds). This limited the amount of charge delivered by the electrical fault and only a small hole (1 to 2 millimeters in diameter) was formed. If the electrical fault had a lower current (due to increased resistance of the circuit) such that the breaker tripped slowly by the thermal trip mechanism (lasting a second or more), much more charge was transferred to the CSST and larger holes formed. These findings indicate that localized melt holes in CSST can be the consequence of a fire, where the CSST arced with branch circuit wiring, rather than an indication of its cause.

## INTRODUCTION

Corrugated stainless steel tubing (CSST) is used to distribute fuel gas (propane and natural gas) within a home. The flexibility of CSST allows it to be routed where needed without the use of multiple threaded fittings to change direction. This makes it easier and less expensive to install than rigid black iron pipe, especially in large installation.

There are several manufacturers of CSST in the United States, however design of the stainless steel tubing itself is substantially similar between different manufacturers. The tubing wall is typically around 11 mils thick and is covered by a yellow plastic jacket. The tubing is shipped on spools and can be cut

EXHIBIT "D"

**RESULTS**

Thirty tests were run. The control resistance was varied to be between 0 (i.e. no resistor) and 2.12 Ω. The highest current measured for all the tests was just over 400 amps. The longest fault event lasted over 8 seconds (see summary of results in Table 1).

**Table 1. Summary of test results.**

| Test Number | Control Resistance [Ω] | Peak Current [A] | Activity Duration [s] | Charge Transfer [C] | Number of Holes | Combined Hole Area [mm²] |
|---|---|---|---|---|---|---|
| 1 | 0 | 284 | 0.011 | 2.06 | 1 | 1.6 |
| 2 | 0 | 342 | 0.005 | 1.06 | 1 | 2.2 |
| 3 | 0 | 345 | 0.012 | 2.01 | 1 | 3.1 |
| 4 | 0 | 276 | 0.004 | 0.78 | 1 | 2.0 |
| 5 | 0 | 303 | 0.004 | 0.80 | 1 | 2.0 |
| 6 | 0 | 312 | 0.006 | 1.21 | 1 | 2.7 |
| 7 | 0 | 374 | 0.004 | 0.98 | 1 | 2.1 |
| 8 | 0 | 363 | 0.004 | 1.00 | 1 | 2.9 |
| 9 | 0 | 392 | 0.004 | 1.15 | 1 | 2.0 |
| 10 | 0 | 322 | 0.004 | 0.92 | 0 | n/a |
| 11 | 0 | 406 | 0.005 | 1.28 | 1 | 3.1 |
| 12 | 0 | 376 | 0.005 | 1.22 | 1 | 3.4 |
| 13 | 2.12 | 73.8 | 8.395 | 393 | 1 | 0.8 |
| 14 | 1.59 | 96.9 | 5.856 | 264 | 1 | 4.7 |
| 15 | 1.33 | 114 | 3.198 | 213 | 1 | 9.4 |
| 16 | 1.07 | 140 | 2.204 | 165 | 1 | 11.0 |
| 17 | 0.697 | 200 | 1.538 | 108 | 1 | 9.4 |
| 18 | 0.533 | 250 | 1.097 | 81.4 | 1 | 21.2 |
| 19 | 0.288 | 339 | 0.279 | 2.2 | 1 | 6.3 |
| 20 | 0.535 | 248 | 0.912 | 45.9 | 3 | 53.4 |
| 21 | 0.535 | 248 | 1.321 | 87.6 | 2 | 55.8 |
| 22 | 0.535 | 247 | 1.477 | 74.6 | 0 | n/a |
| 23 | 0.535 | 247 | 1.245 | 79.7 | 1 | 16.5 |
| 24 | 0.535 | 242 | 0.652 | 18.0 | 1 | 39.3 |
| 25 | 0.694 | 200 | 1.320 | 118 | 1 | 51.1 |
| 26 | 0.694 | 201 | 1.504 | 107 | 1 | 27.5 |
| 27 | 0.694 | 201 | 1.295 | 107 | 1 | 14.1 |
| 28 | 0.694 | 204 | 1.079 | 104 | 1 | 25.9 |
| 29 | 0.694 | 203 | 1.054 | 102 | 1 | 25.9 |
| 30 | 0.698 | 200 | 0.913 | 96.8 | 1 | 47.1 |

As expected, the peak current decreased with increasing control resistance, while the total duration increased as the control resistance increased (see Figure 4 and Figure 5). However, at any one resistance, there was variation in the peak current and duration.

EXHIBIT "D"



**Figure 12. Total hole area vs. total charge transfer. Solid symbols indicate the magnetic trip regime, open symbols indicate the thermal trip regime. The prediction by the Hagenguth equation is shown as the dashed line. The encircled points indicate test runs for which time traces and photographs are provided in the previous Figures.**

We believe that the reason for the decrease in hole size at high charge transfer is that the higher charge transfer events have much longer durations, but also lower peak currents than the lower charge transfer events. As the peak current decreases, the rate at which heat is generated also decreases. At a low enough current, the rate at which heat can be dissipated (through conduction, convection, and radiation) eventually becomes similar to the rate at which heat is generated, limiting the amount of melting that occurs.

The effect of the duration of electrical activity on hole formation in metal sheets was also explored by Brick, who subjected metal sheets (aluminum and titanium) to electrical discharge to determine the amount of charge transfer necessary to form holes.[5]  The Brick study found that the threshold charge transfer needed to form a hole in thin metal sheets is a minimum for discharges approximately 10 milliseconds long. Faster or slower discharges required higher total charge transfer to form holes. This result is consistent with the present study where longer duration events produce smaller holes than would be predicted by the Hagenguth equation.

**CONCLUSIONS**

The testing described here shows that holes can form in CSST due to electrical faults involving branch circuit wiring in the presence of a fire. Both small holes (millimeter diameter) and large holes (spanning a corrugation or multiple corrugations) are possible due to this mechanism. In general,

# ANALYTICAL & MATERIALS ENGINEERING, INC.

**1906 Atchison Drive**
**Norman, Oklahoma  73069**
Voice  (405)  447 • 2234   Facsimile  (405)  447 • 2254
*Oklahoma Registration No. 3372*

January 26, 2015

## ANALYSIS

## of the

## CORRUGATED  STAINLESS  STEEL  TUBING

In the matter of:
***Jerry & Terry Miller  v  Johnstone Supply and Omega Flex***

Submitted to:
Mr. William R. Cathcart
Mr. Jarrett A. Wilson
Cathcart & Dooley
2807 Classen Blvd.
Oklahoma City, OK  73106

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**
**CASE NO. 14-3007**

As prescribed by:
Federal Rule 26(a)(2)

EXHIBIT "D"

Mr. William Cathcart                                           Page 5 of 6
Miller v Omega Flex
Case No. 14-3007
January 26, 2015

been conducted on selected segments of the subject CSST.   The compilation
of this work, along with my education, professional training and experience,
have resulted in the formation of the following conclusions and opinions to a
reasonable degree of scientific and engineering certainty.

1.  Perforations in the corrugated stainless steel wall bear the clear and
    unmistaken appearance of those created as a result of failure following
    a lightning strike.

    • *macroscopic examination and scanning electron microcopy of tubing
      segments revealed (liquid and) re-solidified metal masses outlining
      certain holes*

    • *energy dispersive x-ray analysis (EDS) of the metal rimming the holes
      disclosed the principal elements of 304 stainless steel (iron, chromium
      and nickel), and in the proportions consistent with the alloy's typical
      alloy composition*

    • *metallographic analysis of cross sections taken carefully through the
      frozen rim of metal revealed microstructures consistent with cast 304
      SS*

    • *phases of other metals and alloys (i.e., eutectics), such as those
      resulting from the CSST coming into contact with energized metallic
      conductors and causing electrical arcing, were NOT observed;
      such phenomena did not occur and thus did not contribute to the
      formation of holes*

    • *other openings discovered in the tubing were a consequence of post-fire
      corrosion and mechanical damage from handling*

2.  The perforations discussed above did not form as a result of the fire.
    Instead the holes in the corrugated stainless steel tubing were caused
    by electrical discharge from lightning.  This activity induced localized
    melting in the tube wall.

EXHIBIT "D"

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE WESTERN DISTRICT OF OKLAHOMA
 3                    HARRISON DIVISION
 4    JERRY and TERRY MILLER,    )
                                 )
 5         Plaintiffs,           )
                                 )
 6    -vs-                       ) No. 14-3007
                                 ) HARRISON DIVISION
 7    JOHNSTONE SUPPLY, INC.,    )
      and OMEGAFLEX, INC.,       )
 8                               )
           Defendants.           )
 9
10
11            VIDEOCONFERENCE DEPOSITION OF
12                WILLIAM R. COLEMAN, P.E.
13           TAKEN ON BEHALF OF THE DEFENDANTS
14         ON MARCH 9, 2015, BEGINNING AT 9:23 A.M.
15               IN OKLAHOMA CITY, OKLAHOMA
16
17
              APPEARANCES:
18
      On behalf of the PLAINTIFFS:
19
              WILLIAM R. CATHCART
20            Attorney at Law
              CATHCART & DOOLEY
21            2807 Classen Boulevard
              Oklahoma City, Oklahoma 73106
22            bcathcart@cathcartdooley.com
23
24    (Appearances continued on next page)
25
```

EXHIBIT "D"

Page 22

1   fair statement?

2        A   I think that's a fair statement.

3   There's no evidence of copper being there.  It's

4   hard to imagine that it could be there, from

5   source, and not be involved in the metal that's

6   there.

7        Q   So if the arcing occurs -- if I

8   understand you correctly, if the arcing occurs

9   between the branch circuit wiring, which is made

10  of copper conductors and the CSST, there has to be

11  some transfer of copper to the CSST if that arcing

12  occurs, in your mind; is that correct?

13       A   In my opinion, yes.

14       Q   And there can never be an instance

15  where the CSST arced to the branch circuit wiring

16  and copper is not transferred from the branch

17  circuit wiring to the surface of the CSST?

18       A   I don't know of a scenario where that

19  could occur and copper not be present.

20            MR. DeMICCO: Marcy, could you read

21  back the last question and answer?

22       (The question and answer was read back by

23  the reporter)

24       Q   (By Mr. DeMicco) Mr. Coleman, is it

25  possible for arcing to occur between CSST and a

EXHIBIT "D"

Page 25

1    experiments where you caused an arc to occur

2    between CSST and a copper conductor?

3          A    No.

4          Q    Have you done any testing or experiment

5    where you caused arcing to occur between a

6    stainless steel item and a branch circuit wiring?

7          A    I don't think with stainless steel I've

8    done that.

9          Q    Have you ever done any testing or

10   experiments where you caused two metal surfaces to

11   become energized -- I'm sorry, strike that.

12             Have you done any experiments or

13   testings where you caused arcing to occur between

14   two metal surfaces?

15         A    Yes.

16         Q    Can you explain that experiment or

17   experiments for me?

18         A    I can tell you that those experiments

19   involved power line arcs creating, intentionally

20   creating a short to produce spatter of metal on

21   either of the two metals involved.  And

22   cross-sectioning of those areas, x-raying of those

23   areas to determine what the metals were and the

24   resulting spatter and arc residue.

25         Q    And what type of -- how could you

EXHIBIT "D"

Page 74

1    your file?

2         A    Yes.

3         Q    Where would that be located, sir?

4         A    It's within --

5         Q    If you can identify the Bates stamped

6    page?

7         A    I don't know what Bates stamp it is,

8    but it's a page that says, "EDS spectra, section

9    8."   And that's spectra 59 through 71.

10        Q    Now, do you mention anywhere in your

11   report, your original report that was issued in

12   this case, that you found the presence of copper

13   on some of the remains of CSST?

14        A    No.

15        Q    And why not?

16        A    There wasn't any reason to report it.

17   The amounts are insignificant.

18        Q    What would constitute a significant

19   amount of copper, sir?

20        A    I would say on the order of 8 to 10

21   percent would indicate that there's a definite

22   presence.

23        Q    And why do you come to the number of 8

24   to 10 percent?  What basis do you have that says

25   that's a significant amount?

EXHIBIT "D"

1   experimentation?

2          A    I don't agree or disagree with it.  I

3   don't believe that's consistent with what we have

4   in this case or in other cases.  But his tests, it

5   says what it says.

6          Q    Do you have any criticisms of

7   Dr. Kytomaa's methodology in the experiments he

8   ran that are mentioned in his report?

9          A    Not at this time, no.

10         Q    Sir, the report that you wrote in this

11  case, does it accurately reflect the opinions that

12  you will offer at trial?

13         A    Yes.  Unless there's other information

14  that I am provided or I'm asked to do some other

15  work that would contribute to the report, or a

16  supplemental.

17         Q    Sir, is there a section of your report

18  that you can point me to which lists all of the

19  facts, data and information you considered to

20  support your opinion in this case, or before

21  forming your opinion in this case?

22         A    Well, this section of the report is the

23  laboratory results and the laboratory work

24  conducted and all of the photographs that are

25  attached to it.  So it's laboratory examination,

EXHIBIT "D"