```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION
```

JERRY MILLER, et al.                                          PLAINTIFFS

    V.                    Civil No. 14-3007

JOHNSTONE SUPPLY INC., et al.                                 DEFENDANTS

### O R D E R

On June 1, 2015, the parties entered into a settlement agreement after participating in a settlement conference conducted by the undersigned.  Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 2nd day of June, 2015.

                                    /s/ *Erin L. Setser*
                                  HON. ERIN L. SETSER
                                  UNITED STATES MAGISTRATE JUDGE